

| District Civil Court, Mesa County, Colorado | ORIGINAL FILED IN |
|---|---|
| Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | JUL 22 2022<br>COMBINED COURT<br>BY LITIGANT<br>▲ COURT USE ONLY ▲ |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10   Courtroom 10 |

## RESPONSE AND OBJECTION TO MOTION TO TRANSFER INTEREST AND AMEND JUDGMENT

Comes now, Plaintiff, Alyssa Chrystie Montalbano, and moves this Court and faithfully performing Judicial Officers to Deny the "MOTION TO TRANSFER INTEREST AND AMEND JUDGMENT" to ALPINE JUDGMENT RECOVERY and Mr. Thomas D. Seaman, as filed July 8, 2022, for the following:

1. Chief Judge Brian James Flynn, the original Judicial Officer assigned this instant case, is a third-party Defendant in Denver Federal Court pending case 1:20-CV-00742-DDD-KLM; for Deprivation of Civil Rights in this instant case and for placing a fraud on the Mesa District Civil Court through denying Plaintiff, Montalbano, her Constitutional Rights and lying on this Court Record.

2. Montalbano incorporates by reference the attached pending in Denver Federal Court Deprivation of Civil Rights Claim (**EXHIBIT CW** [1]) against Chief Judge Brian James Flynn and it is incorporated fully herein, as a record of Kangaroo Court [2] frauds performed by Brian James Flynn all during this instant case.

3. Case 18CV50 dismissal orders as entered January 29, 2020 and Judgment as entered August 5, 2020 are in Lawful dispute in Denver Federal Court case 1:20-CV-00742-DDD-KLM for Deprivation of Montalbano's Constitutional Civil Rights by Chief Judge Brian James Flynn in this instant case; whereby Mr. Flynn repeatedly issued orders and judgments exactly opposite Constitutional Law and thereby perjured his Oath of Office to both the State and National Constitutions. (See Exhibit BA filed February 12, 2020 this case, Mr. Flynn Certified Oath of Office)

4. **Oath of Office – Sworn Duties**

   The Colorado Constitution states at Article XII, Section 8 (Oath) [3]:

   Section 8. **Oath of civil officers. Every civil officer**, except members of the general assembly and such inferior officers as may be by law exempted, shall, **before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to faithfully**

---

[1] To reduce paper filing, printing, and mailing expenses only the proposed Amended claim is attached for review. The complete Federal Court filing may be provided upon request.

[2] Black's Law Dictionary Eighth Abridged Edition, at p304-305
**kangaroo court. 1.** A self-appointed tribunal or mock court in which the principles of law and justice are disregarded, perverted, or parodied. **2.** A court or tribunal characterized by unauthorized or irregular procedures, esp. so as to render a fair proceeding impossible. **3.** A sham legal proceeding. (Blacks Law Dictionary

[3] https://law.justia.com/constitution/colorado/cnart12.html#:~:text=(8)%20Persons%20in%20the%20personnel,all%20persons%20having%20like%20duties.

perform the duties of the office upon which he shall be about to enter.

(Emphasis added)

The Constitution of the United States of America states:

Article VI [4]

"[T]his Constitution, and the Laws of the United States which shall be **made in Pursuance thereof**; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.**

The Senators and Representatives before mentioned, and the Members of the several **State Legislatures, and all executive and judicial Officers,** both of the United States and of the several States, **shall be bound by Oath or Affirmation, to support this Constitution**; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States." (emphasis added)

Judicial Officer Brian James Flynn, had a sworn to duty to uphold the State and National Constitutions in this instant case above any state law or other law contrary the Constitutions (including contrary case law and statutes) pursuant his Oath of Office to U.S. Constitution, Article VI. Montalbano reasonably relied on Flynn during case 18CV50 to faithfully perform the sworn duties of his office; he did not.

The following inalienable Constitutional Rights were violated by Brian James Flynn in this instant case legally rendering his orders and judgment legally null and void

---

[4] https://constitution.congress.gov/constitution/article-6/

5. – Constitutional Author Rights –

**Constitution of the United States of America, Article I, Section 8, Clause 8** [5]:

"To promote the Progress of Science and useful Arts, **by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries**" (emphasis added)

Montalbano is an American Citizen and an author with writings and discoveries brought to Judge Flynn, this instant case (June 25, 2018), to secure her exclusive author rights to her writings and discoveries (injunctive declaratory relief), and he did not.

Mr. Flynn violated Montalbano's clearly established inalienable Constitutional Author Rights by fraudulently stating Montalbano's Intellectual Property (IP) didn't exist because Montalbano's literary works and written discoveries were collectively referred to as "Dream Visions". Mr. Flynn wrote in his January 29, 2020, 'dismissal orders' "[d]ream visions are neither tangible or intangible property.." when he knew Montalbano's 'Dream Visions' are legally tangible and intangible IP records: Tangible, for being in federally recognized physical books (See Exhibit X, filed January 30, 2019) and private unpublished books and journals, and Intangible for being in a 'fixed' format according to Title 17, Copyright Laws, to include email, PDFs, JGS, TIF and etc. and whereby Montalbano's unpublished writings and discoveries in 'fixed' formats were mistakenly delivered to Mr. Goode by email, due to belief in his public alien, ascension, and dream teaching frauds. **(See Exhibit CW at No. 31-39)**

---

[5] U.S. Constitution, Article 1, Section 8 Clause 8
https://constitution.congress.gov/browse/article-1/section-8/clause-8/

For this instant case to be in Constitutional compliance, Mr. Flynn's exactly-opposite-Constitutional-Law January 29, 2020 orders and resultant August 5, 2020 unlawfully entered judgment, must be corrected by being struck, reversed, or properly voided pursuant a Judicial Officer's Oath of Office to uphold Author Rights and must declare Montalbano's writings and discoveries hers via the Trade Secret Claim.

It is to be duly noted, tangible evidence of Montalbano Trade Secret writings and discovery claim can be seen in the Dream Vision (DV) filed on this court record, February 12, 2020 as Exhibit BB – DV Sample 3, that has to do with the covid vaccine controversies. The DV record was written May 6, 2019 (observed and then documented in a fixed format by Montalbano) and the DV record was filed prior the waking state vaccine controversies and legally proves Montalbano's Trade Secret claim of seeing things first in dreams and documenting (writing) them prior their waking state occurrences, is true and correct. Montalbano's other Trade Secret writings and discoveries delivered by mistake and error to Mr. Goode due to belief in his public alien and dream teaching frauds, must be lawfully declared Montalbano's pursuant an Oath of Office to U.S. Constitution, Article 1, Section 8, Clause 8.

**(EXHIBIT CX** – written Dream Vision [#231-2 at 1-3] and subsequent matching covid vaccine articles [#231 and #231-2 at 4-24 [6] ] - legal proof Trade Secret claim)

6. Mr. Goode's alleged legal counsels, Ms. Valerie Yanaros (Wilde) and Ms. Elizabeth Lorie are also direct business coworkers with Mr. Goode, not related to their attorney counsel functions. Ms. Yanaros' sister (Ms. Teresa Yanaros) during case 18CV50

---

[6] Montalbano makes no statements as to the correctness of covid article, they are simply provided to show the subsequent waking state occurrences matched what was prior documented in Montalbano's Mesa court filed dream vision.

promoted Defendant Goode and his public frauds on her YouTube Channel and was a speaker at Mr. Goode's for profit public speaking event, Eclipse of Disclosure (2017), and that Montalbano paid to attend while believing in Goode's public alien and dream teaching frauds. Alleged legal counsel, Ms. Lorie, created an ascension teaching course product that Mr. Goode sells and has grossed at least $700,000 in sales. Mr. Goode, Ms. Yanaros (her sister) and Ms. Lorie are all direct dream teaching business competitors of Montalbano's and they have been abusing the (Colorado) legal system for years with Mr. Goode to destroy competitor Montalbano's legitimate dream teaching business through disparagement of Montalbano and her products and services(Violation Colorado Consumer Protection Act). **(See attached EXHIBIT CY, proposed pending amended RICO claim. See No. 17-23 and 39c.,** Yanaros' sister marketing coworker of Goode's; and **No. 23-29** Ms. Lorie ascension course product creator for Mr. Goode that brought in $700,000+ in illicit sales (no one has ascended))

Montalbano incorporates by reference the attached and pending proposed amended RICO Claim **(Exhibit CY)** against James Corey Goode and his business co-workers, Ms. Valerie Yanaros and Ms. Elizabeth Lorie, doubling as 'legal counsels' and it is incorporated fully herein, as a record of their vested financial and familial interests in the successes or failures of their business co-worker Mr. Goode.

Yanaros and Lorie have both abused the Colorado Courts and their lawyer licenses to unlawfully destroy the reputations of their direct business competitors with false criminal allegations (stalking) and perjury on multiple court records, and use their attorney titles to

coerce their direct dream teaching competitors (to include Montalbano) with repeat malicious criminal lawsuits and civil SLAPP (Strategic Lawsuits Against Public Participation) lawsuits. **(Exhibit CY at No. 22).**

### 7. – Constitutional Defamation Rights -

**The Colorado Constitution, Bill of Rights, states:**

"Section 10. *Freedom of speech and press.* No law shall be passed impairing the freedom of speech; every person shall be free to speak, write or publish whatever he will on any subject, being responsible for all abuse of that liberty; and **in all suits and prosecutions for libel that truth thereof may be given in evidence, and the jury,** under the direction of the court, **shall determine the law and the fact.**" (emphasis added)

Judge Flynn had a sworn duty to take Montalbano's defamation claim to the jury, he did not.

Stalking is a crime in the state of Colorado; and conveying by any means to any third party (even just one person) that someone is a stalker, is legally defamation per se.

Montalbano was repeatedly called a stalker by Goode to even hundreds of thousands of third parties in both print and broadcast to include but not limited to: YouTube, Facebook, Twitter, Reddit, and by Email to mutual peers, consumers, and potential mutual employer (GAIA INC) of Montalbano. Instead of upholding Constitutional Defamation Laws, Mr. Flynn knowingly fraudulently wrote the following under Color of Office [7] and Color of Law [8] with overt bias and prejudice in his January 29, 2020

---

[7] Black's Law Dictionary Eighth Abridged Edition, p222, **color of office.** The authority or power that is inherent in an office, esp. a public office. Acts taken under the color of an office are vested with, or appear to be vested with, the authority entrusted to that office.

Kangaroo Court dismissal orders (sic) "[P]laintiff has failed to show that Defendant [Goode] broadcast any defamatory statement published or uttered in or as part of a visual or sound radio broadcast."

Mr. Goode and his counsels; Ms. Yanaros and Ms. Lorie; even went so far as to commit perjury on the Broomfield Combined Court record to fraudulently obtain a temporary stalking protection order against Montalbano to further destroy Montalbano's legitimate dream teaching competing business and to further generate followers and sales of their own dream teaching products to mutual consumers. (Violation CCPA) Goode lied on the Broomfield Combined Court record that he did not have a lifelong stalking protection order issued against himself by his former employer (DARLING INTERNATIONAL) and Goode lied that Montalbano phoned him all the time, when Montalbano has never had his phone number, among other court deceptions. Montalbano has a clean record, does not drink, smoke, or do drugs, and is not a volatile person. These fraudulent criminal stalking claims of theirs in the Broomfield Combined Court served to further destroy Montalbano's legitimate dream teaching business and her prior impeccable reputation to mutual consumers. Their malicious criminal cases have been repeatedly rejected or dismissed in Ms. Montalbano's favor. **(Exhibit CW at No. 16-19, 67-72)**

---

[8] Black's Law Dictionary Eighth Abridged Edition, p222, "**color of law.** The appearance of semblance, without the substance, of a legal right. * The term usu. implies a misuse of power made possible because the wrongdoer is clothed with the authority of the state. *State action* is synonymous with *color of [state] law* in the context of federal civil-rights statutes or criminal law. See STATE ACTION"

Montalbano asked Judge Flynn to stop all this ongoing defamation and illegal Court harassment on thirteen separate occasions in this instant case, and he did not. **(Exhibit CW at No. 19)**

Flynn did the exact opposite of Constitutional Defamation Laws and did not follow the Law and thereby (again) perjured his Oath of Office on this Mesa Court record, this time violating the clearly established Constitutional Defamation Rights belonging to Montalbano. **(Exhibit CW at No. 10-30)**

The Denver Federal Court Magistrate (non-dispositive, Magistrate Judge Kristen L. Mix), in case 1:20-CV-00742-DDD-KLM, acknowledged Defamation occurred against Ms. Montalbano by Mr. Goode. The Denver Federal Court was provided the exact same defamation evidence as filed all throughout this instant case and that Mr. Flynn perjured himself on this Court record to knowingly fraudulently state (in his personal biased capacity) 'no defamation was shown' to prejudicially dismiss the case unlawfully in favor of the rich and famous public figure defendant (Goode) with licensed peers, who also don't follow the Law. (See attached **EXHIBIT CZ** – Recommendation Magistrate Judge, Defamation Claim recommended to proceed forward against Mr. Goode, relevant pages only; and **See Attached EXHIBIT DA** Defamation claim as pending in Denver Federal Court, relevant complaint pages only [9])

Mr. Flynn's unconstitutional role, as performed in this instant case of maliciously ignoring the non-stop defamation and harassment of Ms. Montalbano 2018-2020 and then

---

[9] To reduce paper filing, printing, and mailing expenses only the pending Federal Court Defamation claim without exhibits is attached for review, as many defamation exhibits are already on this court record. The complete Federal Court filing may be provided upon request.

knowingly issuing orders repugnant Constitutional Law, is pending before the Denver Federal Court.

8. Montalbano incorporates by reference the pending to proceed Defamation Claim **(Exhibit DA)** against James Corey Goode and Brian James Flynn and it is incorporated fully herein, as a record and evidence of Brian James Flynn's Kangaroo Court Frauds ran in this Mesa District Civil Court all during case 18CV50.

9. *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828).*

   Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that **"if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void,** and form no bar to a recover sought, **even prior to a reversal in opposition to them.** They constitute no justification **and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers."** (emphasis added) https://supreme.justia.com/cases/federal/us/26/328/

   *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974)*

   Note: By law, **a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law,** when a judge **does not follow the law,** the Judge **loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect.**

   The U.S. Supreme Court stated that **"when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his**

individual conduct. **The State has no power to impart to him any immunity** from responsibility to the supreme authority of the United States."
https://www.law.cornell.edu/supremecourt/text/386/547 (emphasis added)

*Elliot v. Piersol,* and *Scheuer v. Rhodes,* are Case Law in pursuance of Constitutional Law **(Colorado Constitution, Article XII, Section 8, and U.S. Constitution, Article VI; and Colorado Constitution, Article XII, Section 10** (vacancy – failure to qualify for office)) and pursuant an Oath of Office, Judge Flynn is legally defined as a trespasser of the Law because he did not follow the Law during case 18CV50.

Mr. Flynn's January 29, 2020 order and resultant August 5, 2020 entered judgment are exactly opposite Constitutional Laws and evidence filed in this instant case and are thereby legally and Lawfully null and void pursuant case law in pursuance of Constitutional Law and pursuant an Oath of Office that the State and National Constitutions are the Supreme Law of the Land and only case law in pursuance of Constitutional Law is valid in any Court of Law.

10. The judgment (to financially rape Montalbano) may not Lawfully be enforced in any capacity as written, as there are clear Constitutional Civil Rights violations and Constitutional Law violations in dispute regarding its validity and its fraudulent judgment dollar amount of $116,600, entered completely devoid of due process of law by Mr. Flynn's in his Kangaroo Court ran inside the Mesa District Civil Court, Division 10, under color of office and color of law.

## NOTICE

11. **This is lawful notification pursuant the Constitution of the United State of American and Constitution of the State of Colorado,** that any Officer, Judicial Officer, Collection Agency, third-party agent, subsidiarity, or any other partners, agents, assignees or any person or business, who attempts or seeks to attempt to collect on Flynn's color of law order/ judgment, as unlawfully entered this instant case completely devoid of due process of law, will be a trespasser of the Law with Mr. Brian James Flynn, pursuant case law in support of Constitutional Law (*Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974);* and *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828));* and each person or entity may be held personally liable for any and all damages they cause, along with paying Montalbano $125/hour for her time to read, write, and file papers (include this one).

12. This is lawful notification to Mr. Seaman (in his personal capacity), ALPINE JUDGMENT RECOVERY (the entity and its CEO), and any other Judicial Officer that participates in any capacity to execute upon Flynn's color of law Judgment; are hereby noticed they may be summoned and cited as third-party defendants in Denver Federal Court for their role in any and all damages related to the fraudulent January 29, 2020 dismissal orders and August 5, 2020 judgment entangled with the pending Denver Federal Court case 1:20-CV-00742-DDD-KLM, Defamation and Deprivation of Civil Rights claims.

13. Mr. Seaman (in his personal capacity), ALPINE JUDGMENT RECOVERY (the entity and its CEO), and any Court Officer this instant case, that participates in the transfer or enforcement of the color of law order and judgment, are hereby noticed they will be legally trespassers of the Law with Mr. Flynn, Mr. Goode, and et al. and any and all legal measures available will be taken to remedy any and all further damages Law trespassers participate in causing to Ms. Montalbano, to include loss of time (financial damages) and interest judgments to be collected against them instead in their personal capacities (Mr. Seaman) and against the corporate entity ALPINE JUDGMENT RECOVERY (and its CEO) for knowing participation in Mr. Brian James Flynn's Kangaroo Court frauds.

14. It is to be duly noted Mr. Thomas D. Seaman also incorrectly lists Mr. Goode as the Plaintiff and refers to Mr. Goode as 'her' (see page 1 of "Motion to Transfer Interest and Amend Judgment" filed July 8, 2022). The Motion is incorrectly filed and should be denied.

15. Montalbano, the actual Plaintiff in this case, has no contract with Mr. Thomas D. Seaman or ALPINE JUDGMENT RECOVERY and they are a third-party and of no use and may be dismissed and their motion Denied, for seeking to trespass Constitutional Law with Mr. Flynn.

16. Any transfer or enforcement of the federally disputed color of law order and judgment will further violate the following clearly established Constitutional Civil Rights of Montalbano's:

a. Right to trial by Jury for Defamation and civil claims (Colo. Const. Bill of Rights, Sec. 10 and 23)

b. Right to Due Process of Law (Colo. Const. Bill of Rights, Sec. 25 and 28)

c. Right to protect property (Intellectual Property) and obtain safety and happiness (Colo. Const. Bill of Rights, Sec. 3)

d. Right to fair and impartial treatment and to have remedy for injury to property and character. (Colo. Const. Bill of Rights, Sec. 6)

e. Right to protect writings and discoveries (U.S. Const. Art. I, Sec. 8, Cl. 8)

WHEREFORE, for all the facts, reasons, Constitutional Law (Supreme Law of the Land), case law in pursuance of Constitutional Law, all evidence filed in this instant case, related cases, and attached and incorporated by reference Exhibits of Claims and Recommendation pending in Denver Federal Court, the request to transfer the disputed color of law judgment amount to ALPINE JUDGMENT RECOVERY and Mr. Thomas D. Seaman, must be Denied and the January 29, 2020 order and August 5, 2020 entered judgment must be lawfully struck, reversed, and/or vacated by any Judicial Officer with an Oath of Office faithfully performing their sworn to protect duties to uphold Constitutional Law and Rights and pursuant said Oath they must correct all of Mr. Flynn's kangaroo court orders/judgments (that are exactly opposite Constitutional Law) and must make them be compliant with Constitutional Law; and that this Court Grant any other such relief it deems just and proper to Plaintiff, Ms. Alyssa Chrystie Montalbano.

Respectfully Submitted this 22 day of July 2022 and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **RESPONSE AND OBJECTION TO MOTION TO TRANSFER INTEREST AND AMEND JUDGMENT** were sent, to Mr. James Corey Goode USPS Certified Mail 7021 0950 0000 5249 9089; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and to Mr. Thomas D. Seaman, ALPINE JUDGMENT RECOVERY, USPS Certified Mail 7022 0410 0002 8766 1127; PO Box 1002, Ridgway, CO 81432.

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen