**EXHIBIT DA**
TO OBJECTION to Motion to Transfer Interest
ORIGINAL FILED IN
JUL 22 2022
COMBINED COURT
BY LITIGANT

## COUNT 10
### (10) DEFAMATION CRS 13-80-103
### (The Enterprise, Public Servants)

533. Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

534. Goode, Wilcock, Yanaros and their associates (believed to be working for The Enterprise), have defamed Montalbano publicly and privately to third parties, intentionally, negligently, or with reckless disregard of the truth and have made knowingly false public and private statements about Montalbano accusing her of criminal acts (stalking, murder, rape, pedophilia), sexual misconduct (as someone having an extramarital affair with Goode), and as someone with a mental disease (crazy, insane, delusional), to others in the same or similar trades and professions of predictive dream research, via libel and slander notably overtly since February 2, 2018 and have regularly publicly escalated their hate speech against Montalbano through to current. **[#121-21]** (Claims 1, 2, 3, 4, 5, 12, 13, 14, 15, 16, 17, 18, 19, 20)

535. Montalbano incorporates by reference all 20 Claims as evidence of defamation by knowingly false statements by a group of people performing a pattern of racketeering to destroy Montalbano's life.

536. This defamation by Goode, Wilcock, and their associates promoted by the Enterprise and not stopped by the Public Servants pursuant their Oath of Office, embarrasses Montalbano as someone sexually amoral and as a criminal, and destroys her reputation within the same trade and profession that Goode and Wilcock are involved in, dreams, and predictive dream research. (Claims 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, and 19)

537. Goode, Wilcock, and their associates defame Montalbano to maintain their public frauds, donation schemes, and their unlawful use of Montalbano's Intellectual Property and Trade Secret dream research. (Claims 7, 8, 9, 11, 12, and 20)

538. During 2018 through to current, Goode, Wilcock, and their associates have publically defamed Montalbano as a stalker, murderer, rapist, pedophile, Satanist, human trafficker, cult practitioner, and cabal by labeling her with the term "Dark Alliance." **[#121-21]**

539. Goode, Wilcock, and their associates, knowingly participate in defamation practices by spreading lies about Montalbano to millions of people (third parties) in the general public via their worldwide broadcasts and publishing networks. **[#121-21]** (Claims 1, 2, 3, 4, 5)

540. Goode and his associates have defamed Montalbano in her profession and trade, via (but not limited to): Facebook, Twitter, YouTube, and Reddit. Reaching hundreds of thousands and even millions of people (third parties) with their knowingly fraudulent misrepresentations about Montalbano. **[#121-21]**

## DEFAMATION IN TRADE, BUSINESS, AND PROFESSION – EMAIL and PHONE

541. Mr. Goode defamed Ms. Montalbano as a criminal (stalker) to a mutual Gaia Inc. contact, Ms. Kiersten Medvedich, on June 5, 2018. **[#121-8]** [57]

542. Mr. Goode had Montalbano contact by phone his then business associates, Mr. Roger Richards, February 2, 2018. (Goode is now suing Richards in

---

[57] Filed by Goode on Denver Federal Court Record case 1:18-cv-02060-RM-GPG Dkt. 34-5 on 09/10/18 – CG called Montalbano a stalker to Medvedich via email; and also filed as Exhibit AR on Mesa Court Record August 2, 2019 - Medvedich

USDC case 20-cv-00947-STV) During the phone call, Richards defamed Montalbano as a 'security risk' and denied her attendance at Goode's then coming event with Joan Ocean Company in Hawaii. Montalbano was subsequently embarrassed to have her money refunded by Joan Ocean Company due to these fraudulent statements.

## INTERNET DEFAMATION

### FACEBOOK DEFAMATION

543. Goode defamed Montalbano as a stalker by direct implication on his Facebook page @BlueAvians on July 17, 2018 with approximately 100,000 page followers by telling his fans he had to obtain a Protection Order.[58] **[#121-21 at p1, p2]**

544. Goode also threatened future defamation of Montalbano by stating he 'hoped to make more public statements in the near future' and since then he has proceeded to do so with severe escalations of hate speech. **[#121-21 at p2 ]** [59]

545. Goode has threatened to publicly release the private recorded phone call between Montalbano and Richards', which would only serve to further embarrass and humiliate Montalbano. (**[#121-21 at p4]** Reddit screen shot taken March 18, 2019)

546. March 17, 2019, Goode's Facebook friend and business associate Mr. Chuck Raymond (a 3D animator for Goode) defamed Montalbano as someone sexually amoral stating Montalbano claims to have sex with Goode in his dreams. Montalbano never told Raymond that and had not made any public statements of having sex (in dream states) with Goode either, that was

---

[58] The same date Goode obtained the TRO in Broomfield Combined Court 18C103 against Montalbano.
[59] Filed as exhibit AS Mesa Court Record August 2, 2019 – CG FB stalker post July 17, 2018

private information contained in the emails and private dream journal records delivered to Goode. (**[#121-21] at p6-7** defamation – Chuck Raymond and CG Facebook) [60]

547.     Raymond went on to defame Montalbano on Facebook in her trade of dream research by stating Montalbano is crazy (mentally diseased) thinking she 'foresees the future' in dreams, when this is exactly what his associates Goode and Wilcock are publicly famous for (with zero proof) yet Raymond doesn't call them delusional or crazy. (**[#121-21]** defamation – Chuck Raymond and CG Facebook)

548.     March 20, 2019, Goode posted to associate Raymond's defamatory hate speech Facebook post and cited the stalking case he lost against Montalbano (with fabricated evidence) and Goode included Montalbano's actual name with his "(Montalbano vs Goode)" making it clear he's knowingly defaming Montalbano as a stalker since his July 17, 2018 Facebook post.

549.     Goode also escalated Montalbano to be part of his public fantasy "Dark Alliance" and pointed out he also defamed Montalbano live on the Edge Of Wonder YouTube channel broadcast. (**[#121-21 at p7]** Creepy Clown CG Facebook defamation)[61]

### REDDIT DEFAMATION

https://www.reddit.com/r/CosmicDisclosure/comments/9xujtc/cg_being_sued_for_fraudinfringement_poster_on/(Retrieved June 27,2019)(**[#121-21 at p3-5]** Reddit defamation)[62]

---

[60] Filed as exhibit AP Mesa Court Record March 25, 2019 and as Exhibit AW August 2, 2019 – Chuck Raymond and Goode Facebook slander against Montalbano
[61] Id at 60. Mesa exhibit AP.
[62] Fuller filings filed as exhibits: AO on Mesa Court Record March 25, 2020; and AU August 2, 2019

**550.** On or about November 18, 2018 Goode posted on Reddit internet website with "Cosmic Disclosure" user handle seen in the URL and "SBAGoode" user handle, that Montalbano is a stalker, someone with a mental disease, and that he's going to report these behaviors to law enforcement (criminal/extortion) and proceeds to defame Montalbano as someone sexually amoral having an extramarital affair with himself and he refers to the December 16, 2017 marriage dream.

**551.** Goode further defamed Montalbano in the Reddit post in her trade of dream research as being 'delusional' for having legitimate 'prophetic' dreams that showed Montalbano knew (via many tangible dream journal records) what Goode and his attorney, ~~Wilde~~ Yanaros, were up to before they did the acts in waking states.[63]

### TWITTER DEFAMATION [64] [#121-21 at p9-12]

**552.** About May 22, 2019 through June 19, 2019 on Goode's Twitter account @CoreyGoode with approximately 23,000 followers (during 2019 hate speech campaign); Goode and a group of his organized cyberstalkers, bullied, harassed, and defamed Montalbano publically as a stalker, cyber stalker, "Dark Alliance," someone sexually amoral having an extramarital affair with Goode, someone with a mental disease, and again defamed Montalbano in her trade of predictive dream research and directed Goode's audience to Goode's November 2018 Reddit hate speech campaign.

---

[63] Filed as exhibit AN Mesa Court Record March 25, 2019 - email to Ms. Wilde of prior documented Dream Visions by Montalbano showing she knew what they were up to before they did the acts in waking states.
[64] Twitter defamation exhibits were filed on the Mesa Court Record as: Exhibit AY August 2, 2019 (with motion to amend the November 13, 2018 complaint) ; Exhibit AZ September 9, 2019; and Exhibits CL, CM, and CO, July 20, 2020 (with motion to amend the November 13, 2018 complaint)

553. Goode has posted a variety of Tweets on Twitter defaming Montalbano as "dark alliance" and a "stalker" by her given name and artist pseudonym, Ari Stone.

554. Goode has directly stated on Twitter he is Targeting the 'Dark alliance" and thereby he is knowingly Targeting Montalbano.

YOUTUBE DEFAMATION [#121-21 at p13-15]

555. March 18, 2019 Goode on YouTube channel "Edge of Wonder" with approximately 372,000 subscribers (retrieved July 21, 2019) indirectly defamed Montalbano as a stalker, someone sexually harassing him, and defamed Montalbano in her trade of Dream Research by again citing the December 16, 2017 marriage dream, in YouTube video titled, "*Corey Goode - Alliance Update, Antarctica, Supreme Brand Loves Satan - Edge of Wonder #3.*" and approximately 193,000 views. (times stamps; 1:39:00 to 1:43:00)

556. February 25, 2020 Goode posted to his "Corey Goode" YouTube account a video titled "ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE" with a write up below the video calling Montalbano a stalker. (sic):

*"Alleged cyber-stalker ALYSSA CHRYSTIE MONTALBANO aka @AriStone has worked with the #Dark Alliance Jay Weidner . . . ."* [#121-21 at p13]

557. On March 2, 2020 Goode posted a short 30 second video to YouTube on his "Corey Goode" YouTube Account with 4.79K subscribers a video titled "Corey Goode – Litigation Agreement Signed – Jay Weidner – Gaia TV – Law Suits incoming" with 4,814 views (retrieved June 21, 2020) and whereby Goode says nothing but is signing papers. In the

description box below he defames Montalbano again as an "alleged stalker" directly by name and her artist name of Ari Stone, when it is clear Montalbano does not even qualify as "alleged" stalker as he lost his stalking cases and claims in the Broomfield Combined Courts on three separate occasions, mid-June 2018, August 6, 2018 (18C103), and again June 22, 2020 (20C32).

558. Brian James Flynn, 'Judge' assigned to case 18CV50, was regularly informed of this repeat and ongoing harassment and defamation being both published and broadcast against Montalbano to third parties. Flynn did nothing to stop the defamation pursuant his judicial duties, and instead Flynn flat out lied in his alleged January 29, 2020 orders that defamation was not shown to be occurring. **[#121-24]**

559. Flynn made himself an unlawful party in the defamation and harassment against Montalbano through his malicious and willful failure to faithfully perform his judicial duties which required him pursuant his Oath of Office to stop the civil rights violations.

560. The three Colorado Court of Appeal Judges; Gomez, Grove and Terry, participated in this ongoing harassment and defamation by refusing to honorably perform their judicial duties and investigate Flynn's civil rights violations in case 18CV50 when appealed and then proceeded to also lie in their own 'orders' [¶¶278-279; ¶¶663-666] to conceal Flynn's judicial and civil rights violations in direct violation of due process of law, court rules, and Montalbano civil rights.

561. The public servants all participated in the defamation against Montalbano through their repeat failures to stop it. (Claim 15, 16, 17, and 18)

562. This defamation and knowingly false representations are notably first performed by Goode and his associates, and then their false narratives are promoted as being legitimate news or fact(s) by Wilcock and their network of associates, who are believed to be working for The Enterprise.

563. Upon information and belief there are more instances of hate speech and public defamation against Montalbano, that Montalbano is yet to become aware of and that will likely surface in the discovery phases.

## DAMAGES AND INJUNCTIVE RELIEF

564. It is self-evident Goode, Yanaros, and The Enterprise will continue to escalate their defamation, hate speech, and harassment activities against Montalbano unless the Court orders it stopped.

565. Montalbano has sustained significant personal, financial, and profession damages for well over three (3) years due to these non-stop and escalating defamation acts, to include loss of investment money, professional opportunities, professional relationships, and friendships.

566. Goode and The Enterprise have been consistently destroying Montalbano's personal and professional reputation, career and life with their public hate speech and defamation campaigns heard by hundreds of thousands and even millions of people, and that are humiliating and cause enormous amounts of distress, anxiety, and ongoing stress and depression in Montalbano.

567. Injunctive Relief is warranted to stop and prevent further escalation of Goode, Wilcock, their associates, and The Enterprise's public and private hate speech and defamation campaigns against Montalbano.

568. Montalbano believes she is entitled to Injunctive Relief to stop the Defamation:

   a. **Preventative Injunctive Relief:** to restrain Goode, Wilcock, Yanaros ~~Wilde~~, and their associates from further publicly or privately defaming Montalbano on and off court records and for The Enterprise to stop promoting the defamation to the public as if it's true.

   b. Removal of all public defamation from the internet as posted by Goode, Wilcock, their associates and The Enterprise, and issue multiple public retraction apologies at all locations they defamed Montalbano and at all media locations they have the most followers, to include but not limited to: Facebook, Reddit, Twitter and YouTube.

569. Based upon the facts of all Twenty Claims, Montalbano believes she is entitled to preventive Injunctive Relief for defamation per se and to recover compensatory monetary damages for the foregoing act of Defamation to include:

   a. compensation for harm to Montalbano's reputation, personal humiliation, mental or physical suffering,

   b. loss of income, or earning capability.

   c. Presumed damages for defamation per se of being fraudulently and maliciously called a criminal stalker by Goode, Yanaros, and their associates on and off Court records that included fabricated evidence for Court and them publicly showing it as if true.

    d. attorney/legal fees and compensation for self-representation ($150/hr) defending against the defamation per se in multiple Courts since June 2018.

    e. Punitive damages for fraud and willful and malicious defamation and any other relief the Court deems just.

## RICO
## COUNT 11
### (11) MONEY LAUNDERING 18 USC 1956 RICO
**(The Enterprise, Public Servants)**

570. Montalbano incorporates the General Allegations in ¶¶1-281 by reference.

571. The Enterprise knowingly used personal property and research that does not legally or lawfully belong to them and that they knew did not belong to them, to include Montalbano's Intellectual Property and Trade Secrets, and The Enterprise created derivative works, fake news, fake "Dark Alliance" stories, and fake "Blue Avian alien" narratives to unlawfully obtain monetary proceeds from millions of people in the general public through their deceptive trade practices and other unlawful activities. **[#121-7]** The Enterprise has worked diligently to covered up and conceal the true source of ownership of information, research, and materials they receive through their ongoing deceptive trade practices used to carry out their money laundering schemes. The Enterprise also works with corrupt Public Servants in the legal system to obstruct justice, and maintain and promote their money laundering activities. (See all 20 Claims)

572. Montalbano incorporates by reference all 20 Claims as evidence of fraud to launder money via performance of the unlawful specified activities.