| County Court [X] District Court | |
|---|---|
| Mesa County, Colorado | FILED IN COMBINED COURT DATE FILED: August 08, 2022 |
| **MESA COUNTY DISTRICT COURT** 125 N. Spruce Street Po Box 20,000-5030 Grand Junction, Colorado 81501 | AUG 0 8 2022 MESA COUNTY COMBINED COURT MESA COUNTY, COLORADO |
| Plaintiff: ALYSSA-CHRISTIE MONTALBANO v. | ▲ **COURT USE ONLY** ▲ |
| Defendant: JAMES COREY GOODE | |
| Attorney or Party Without Attorney: | Case Number: 18 CV 50 |
| Thomas Seaman ALPINE JUDGMENT RECOVERY P.O. Box 1002 Ridgway, CO 81432 | Division_____ Courtroom_____ |
| Phone Number: (844) 258-2770  E-mail: FAX Number:                  Atty. Reg. #: | |
| **AFFIDAVIT OF SERVICE** | |

Received by Colorado West Pro Serve & Investigations, LLC to be served on **ALYSSA-CHRISTIE MONTALBANO AKA ARI STONE, 2222 DA VINCI PLACE, GRAND JUNCTION, CO 81507-4526**.

I, Eric Scott, being duly sworn, depose and say that on the **27th day of July, 2022** at **3:06 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **PLAINTIFF THOMAS D. SEAMAN DBA ALPINE JUDGMENT RECOVERY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF ALYSSA CHRISTIE MONTALBANO** with the date and hour of service endorsed thereon by me, to: **ALYSSA-CHRISTIE MONTALBANO AKA ARI STONE** at the address of: **2222 DA VINCI PLACE, GRAND JUNCTION, CO 81507-4526**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the the 2nd day of August, 2022 in Mesa County, Colorado

Dated the the 2nd day of August, 2022

Signature of Process Server

**Eric Scott**
Name

Colorado West Pro Serve & Investigations, LLC
2276 El Moro Court
Grand Junction, CO 81507
(970) 712-0878

# ALPINE JUDGMENT RECOVERY
PO Box 1002
Ridgway, CO 81432
(970) 626-9944
Toll Free (844) 258-2770

August 5, 2022

Mesa County Court
Att: Court Clerk
PO Box 20,000-5030
Grand Junction, CO 81501

Re:   <u>Alyssa-Chrystie Montalbano vs. James Corey Goode;</u>
<u>Civil Action No.: 2018 CV 50</u>

Gentlemen:

On July 27, 2022, Pattern Interrogatories were served on Alyssa-Chrystie
Montalbano.

Please enter the enclosed Affidavit of Service into the record for this case.

Please contact me toll free at (844) 258-2770 or on my home office number (970)
626-9944 should you have questions or should there be any problem with this
request.

Thank you.

Sincerely,

Thomas D. Seaman
Owner

*Alpine Judgment Recovery is a licensed Collection Agency in the State of
Colorado pursuant to Title 5, Article 16, Colorado Revised Statutes as amended.*