IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 1:22-CV-02224-KLM**

**Thomas D. Seaman, Individually**
**James Corey Goode, Individually**

**Plaintiffs,**

v.

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:50 pm, Aug 31, 2022
JEFFREY P. COLWELL, CLERK

## NOTICE OF RELATED CASE

Pursuant to D.C.Colo.L.CivR 3.2, Defendant, Alyssa Chrystie Montalbano, respectfully files this Notice of Related Case, to advise the Court that the above captioned case is related to the following action:

1. Goode and et. al. v. Montalbano: Denver Federal Court,

   Case 1:20-CV-00742-DDD-KLM, opened March 17, 2020.

Dated this 31st Day of August 2022

Respectfully Submitted and All

Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

American Citizen, Defendant

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 31th day of August 2022 a true copy of the foregoing Notice of Related Case was filed with the clerk of the Federal Court via submitting the documents to COD_Prose_filing@cod.uscourts.gov and the same delivered by paper mail upon the following pro se parties:

**Mr. James Corey Goode**
1140 US Highway 287
Suite 400-266
Broomfield, CO 80020
USPS Certified Mail 7021 0950 0000 5249 9126

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 2989

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen