```
I N T E G R A T E D   C O L O R A D O   O N L I N E   N E T W O R K   (I C O N)
```

Status:            CLSD         District Court, Mesa County
Case #: 2018 CV 000050      Div/Room: 10     Type:  Other
          MONTALBANO, ALYSSA-CHRYSTIE et al vs. GOODE, JAMES COREY

                                                    DV STATUS:
Case File Date:  6/25/2018   Case Close Date:  1/29/2020  Appealed: Y
                             Confidential Intermediary.............:

                    Bar #   Name
        Judicial Off...: 038229  LANCE PHILLIP TIMBREZA
        Alt Jud Officer: 000000
                    Description                  Stat Date        Time     Appea
        Trial.........:                                          0:00
        Next Schd Event:                                         0:00
        Last Schd Event: Review                  VACT  1/31/2020 7:00 P
        Last Event.....: Objection                n/a   8/25/2022

        Attorney(s)....: N                              **FILED**
                                                **UNITED STATES DISTRICT COURT**
        Judgements............:Y                      **DENVER, COLORADO**
        Motions Filed.........:Y                    *1:25 pm, Sep 01, 2022*

        Amount Prayed for.....:        .00       **JEFFREY P. COLWELL, CLERK**

        Jury Fee Paid.........:Y


                    ----- PARTIES -----
PARTY  ROL STS    NAME                    ATTORNEY              ROL
DEF  1        GOODE, JAMES COREY
             Business Address........: 1140 US HIGHWAY 287 SUITE 400-266
                               : BROOMFIELD, CO   80020
PTF  1         MONTALBANO, ALYSSA-CHRYSTIE
             Business Phone..........: (970) 250-8365
             Business Address........: 2536 RIMROCK AVE SUITE 400-117
                               : GRAND JUNCTION, CO  81505
PTF  2         ALPINE JUDGMENT RECOVERY
             Business Phone..........: (844) 258-2770
             Business Address........: PO BOX 1002
                               : RIDGWAY, CO   81432
FILE DATE   EVENT DESCRIPTION
 6/25/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000012   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - B
 6/25/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000013   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - C
 6/25/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000014   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - D
 6/25/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000015   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - E
 6/25/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000016   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
```

```
FILE DATE    EVENT DESCRIPTION
Exhibit - F
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000017    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - G
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000018    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - H
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000019    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - I
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000020    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - J
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000021    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - K
 6/25/2018   Certificate Filed                 Event ID: 000022    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
 6/25/2018   Complaint                         Event ID: 000001    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Complaint
 6/25/2018   Summons                           Event ID: 000002    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Summons
 6/25/2018   Civil Case Cover Sheet            Event ID: 000003    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Civil Case Cover Sheet
 6/25/2018   Motion for Default Judgment       Event ID: 000004    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Default Judgment
 6/25/2018   Filing Other                      Event ID: 000005    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Table of Contents
 6/25/2018   Exhibit List                      Event ID: 000006    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit List
 6/25/2018   Proposed Order                    Event ID: 000007    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed Order Re: Cease and Desist
 6/25/2018   Certificate Filed                 Event ID: 000008    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
 6/25/2018   Brief Filed                       Event ID: 000009    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Memorandum Brief
 6/25/2018   Affidavit                         Event ID: 000010    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit of Truth
 6/25/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000011    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - A
 7/03/2018   Affidavit                         Event ID: 000023    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
```

```
FILE DATE   EVENT DESCRIPTION
Affidavit in Support of Order for Service by Publication
 7/03/2018  Proposed Order                Event ID: 000024   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
For Service by Publication
            Related Event  AFFI Affidavit                    7/03/2018
 7/17/2018  Motion to Dismiss             Event ID: 000026   E-Filed: J
            DEF/    GOODE, JAMES COREY
Motion to Dismiss
 7/18/2018  Order                         Event ID: 000025   E-Filed: J
Order for Service by Publication
 7/18/2018  Reply                         Event ID: 000027   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Reply to Defendant's Motion to Dismiss for Failure to State a Complaint
            Related Event  MODS Motion to Dismiss            7/17/2018
 7/18/2018  Motion                        Event ID: 000028   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Motion to Claim and Exercize Constitutional Rights and Require the Presiding
Judge to Rule upon the Motion and All Public Officers of this Court to Uphold
Said Rights
 7/31/2018  Reply                         Event ID: 000029   E-Filed: J
            DEF/    GOODE, JAMES COREY
Reply to Plaintiff's Repsonse to Mr. Goode's Motion to Dismiss for Failure to
State a Complaint
            Related Event  REPL Reply                        7/18/2018
 8/13/2018  Report                        Event ID: 000030   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Status Report
 8/13/2018  Exhibit-Attach to Pleading/Doc  Event ID: 000031  E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit L - Attachment to Status Report
            Related Event  RPRT Report                        8/13/2018
 8/28/2018  Letter                        Event ID: 000036   E-Filed: J
            DEF/    GOODE, JAMES COREY
Letter from Atty Valerie Yanaros
 8/28/2018  Notice Filed                  Event ID: 000037   E-Filed: J
            DEF/    GOODE, JAMES COREY
Notice of Removal
 8/28/2018  Exhibit-Attach to Pleading/Doc  Event ID: 000038  E-Filed: J
            DEF/    GOODE, JAMES COREY
Document 1-1 (7 pgs)
            Related Event  NOTC Notice Filed                  8/28/2018
 8/28/2018  Exhibit-Attach to Pleading/Doc  Event ID: 000041  E-Filed: J
            DEF/    GOODE, JAMES COREY
Document 1-4 (2 Pages)
 8/28/2018  Exhibit-Attach to Pleading/Doc  Event ID: 000040  E-Filed: J
            DEF/    GOODE, JAMES COREY
Document 1-3 (11 Pages)
            Related Event  NOTC Notice Filed                  8/28/2018
 8/28/2018  Exhibit-Attach to Pleading/Doc  Event ID: 000039  E-Filed: J
            DEF/    GOODE, JAMES COREY
Document 1-2  (8 Pages)
            Related Event  NOTC Notice Filed                  8/28/2018
 8/28/2018  Exhibit-Attach to Pleading/Doc  Event ID: 000042  E-Filed: J
            DEF/    GOODE, JAMES COREY
```

```
FILE DATE    EVENT DESCRIPTION
Document 12 (3 Pages)
             Related Event  NOTC Notice Filed
                                                              8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000043    E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12-1 (60 Pages)
             Related Event  NOTC Notice Filed
                                                              8/28/2018
 8/28/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000044    E-Filed: J
             DEF/    GOODE, JAMES COREY
Document 12-2 (7 Pages)
             Related Event  NOTC Notice Filed
                                                              8/28/2018
 8/30/2018   Motion                            Event ID: 000032    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Set Hearing Date
 8/30/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000033    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit O  - Attach to Pleading/Doc
             Related Event  MOTN Motion
                                                              8/30/2018
 8/30/2018   Objection                         Event ID: 000034    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Reply to Plaintiff's Response to Mr. Goode's Motion to Dismiss
for Failure to State a Complaint
             Related Event  REPL Reply
                                                              7/31/2018
 8/30/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000035    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit M - Attach to Pleading/Doc
             Related Event  OBJ  Objection
                                                              8/30/2018
 9/06/2018   Objection                         Event ID: 000045    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Notice of Removal
             Related Event  NOTC Notice Filed
                                                              8/28/2018
 9/11/2018   Objection                         Event ID: 000046    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to First Motion for Extension of Time to File Court Register of the
State Court Action No. 18CV50
 9/11/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000047    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - P
             Related Event  OBJ  Objection
                                                              9/11/2018
 9/11/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000048    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - Q
             Related Event  OBJ  Objection
                                                              9/11/2018
11/13/2018   Motion                            Event ID: 000049    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Leave of the Court to Amend the Complaint
             Related Event  NOTC Notice Filed
                                                              3/01/2019
11/13/2018   Amended Complaint                 Event ID: 000050    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Amended Complaint Under Simplified Civil Procedure
11/13/2018   Exhibit-Attach to Pleading/Doc    Event ID: 000051    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - Attach to Pleading/Doc
             Related Event  MOTN Motion
                                                              11/13/2018
11/27/2018   Order                             Event ID: 000052    E-Filed: J
```

```
FILE DATE    EVENT DESCRIPTION
Ruling: ACTION TAKEN, Document Title: ORDER CLOSING THE CASE AS THE NOTICE OF
REMOVAL LEFT THIS COURT WITHOUT JURISDICTION TO ACT ON PLAINTIFF'S PENDING
MOTIONS
11/27/2018  Case Closed                  Event ID: 000053   E-Filed: N
FILE DATE    SCHEDULED EVENT DESCRIPTION  SCHD DATE   TIME    ROOM  APPEAR
11/27/2018  Review                       12/07/2018  06:00 PM  10
     Officer: BRIAN JAMES FLYNN                  Length:  1.00 Hour(s)
     Status.: VACT-Vacated                       Note..:  ORDR?
12/04/2018  Filing Other                 Event ID: 000054   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
United States District Of Colorado Order
12/05/2018  Order                        Event ID: 000055   E-Filed: J
Ruling: ACTION TAKEN, Document Title: ORDER REOPENING THE CASE
            Related Event  FOTH Filing Other         12/04/2018
12/05/2018  Reopened                     Event ID: 000056   E-Filed: N
            Related Event  POST Closed after post jdg activity  1/29/2020
12/11/2018  Motion                       Event ID: 000057   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Motion to Authorize Plaintiff and File Electronically
            Related Event  RSPN Response            1/02/2019
12/11/2018  Motion                       Event ID: 000058   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Motion to Set Scheduling Hearing
            Related Event  REPL Reply               1/30/2019
12/11/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000059   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibits Re Motionto Set Scheduling Hearing Amended Greivance
            Related Event  MOTN Motion              12/11/2018
12/11/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000060   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit RE Motion to Set Scheduling Hearing CIA Russell Targ
            Related Event  MOTN Motion              12/11/2018
12/11/2018  Motion                       Event ID: 000061   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Motion to Impose Sanctions on Defendant
            Related Event  REPL Reply               2/05/2019
12/11/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000062   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit RE Motion to Impose Sanctions on Defendant
            Related Event  MOTN Motion              12/11/2018
12/11/2018  Order                        Event ID: 000063   E-Filed: J
Ruling: DENIED, Document Title: Order: Motion to Authorize Plaintiff and File
Electronically
            Related Event  MOTN Motion              12/11/2018
12/27/2018  Motion                       Event ID: 000064   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Motion for Permanent Injunctive Relief
            Related Event  PORD Proposed Order      12/27/2018
12/27/2018  Exhibit-Attach to Pleading/Doc   Event ID: 000065   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
Exhibit Re Motion for Permanent Injunctive Relief Verified Complaint
            Related Event  MOTN Motion              12/27/2018
12/27/2018  Proposed Order               Event ID: 000066   E-Filed: J
            PTF/   MONTALBANO, ALYSSA-CHRYSTIE
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME      ROOM  APPEAR
Proposed Order For Declartory Injuctive Relief
            Related Event  MOTN Motion                             12/27/2018
1/02/2019   Response                        Event ID: 000068       E-Filed: J
            DEF/    GOODE, JAMES COREY
Response to Plaintiff's Motion to Set Hearing
            Related Event  REPL Reply                              1/30/2019
1/02/2019   Response                        Event ID: 000069       E-Filed: J
            DEF/    GOODE, JAMES COREY
Response to Plaintiff's Motion to Impose Sanctions on Defendant
            Related Event  REPL Reply                              2/05/2019
1/02/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000070     E-Filed: J
            DEF/    GOODE, JAMES COREY
Exhibit A - US Magistrate Judge Recommendations
            Related Event  RSPN Response                           1/02/2019
1/02/2019   Response                        Event ID: 000067       E-Filed: J
            DEF/    GOODE, JAMES COREY
Response to Plaintiff's Motion to Impose Sanctions on Defendant
            Related Event  MOTN Motion                             12/11/2018
1/10/2019   Motion                          Event ID: 000071       E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Seal Case to Protect Trade Secrets
1/23/2019   Filing Other                    Event ID: 000072       E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Information for the Court
1/23/2019   Filing Other                    Event ID: 000073       E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Second Information for the Court
1/30/2019   Reply                           Event ID: 000074       E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Reply to Defendant's Reponse to Pltf Motion to Set Hearing
            Related Event  EXHB Exhibit-Attach to Pleading/Doc     1/30/2019
1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000075     E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit R - Civil Docket Federal Court
            Related Event  REPL Reply                              1/30/2019
1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000076     E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit S
            Related Event  REPL Reply                              1/30/2019
1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000077     E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit T
            Related Event  REPL Reply                              1/30/2019
1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000078     E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit U - Photo
            Related Event  REPL Reply                              1/30/2019
1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000079     E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit V
            Related Event  REPL Reply                              1/30/2019
1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000080     E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit W
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME      ROOM   APPEAR
             Related Event  REPL Reply                               1/30/2019
 1/30/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000081      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit X

             Related Event  REPL Reply                               1/30/2019
 2/05/2019   Reply                             Event ID: 000082      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Reply to Defendant's Repsonse to Plaintiff's Motion to Impose Sanctions on
Defendant
             Related Event  EXHB Exhibit-Attach to Pleading/Doc     2/05/2019
 2/05/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000083      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit Y - Photo of Plaintiff
             Related Event  REPL Reply                               2/05/2019
 2/05/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000084      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit Z - Darling International v Good
 2/15/2019   Filing Other                      Event ID: 000085      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Third Information for the Court Doxxing and Gang Stalking
             Related Event  EXHB Exhibit-Attach to Pleading/Doc     2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000086      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Definition of Gang Stalking
             Related Event  FOTH Filing Other                       2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000087      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AB - Defendant Update and Plaintiff Dream Vision
             Related Event  FOTH Filing Other                       2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000088      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AC -  GC Doxxing Exposed
             Related Event  FOTH Filing Other                       2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000089      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AD - Fan Defamation Meme
             Related Event  FOTH Filing Other                       2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000090      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AE - Ms Yanaros Wilde Legally Threatening Jason Rice
             Related Event  FOTH Filing Other                       2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000091      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AF - Unirock Exposes CG Troll Doxxing
             Related Event  FOTH Filing Other                       2/15/2019
 2/15/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000092      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AG - Gang Stalking Whistleblower
             Related Event  FOTH Filing Other                       2/15/2019
 2/19/2019   Filing Other                      Event ID: 000093      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
Fourth Information for the Court Defendant Threatening Potential Witnesses
 2/27/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000095      E-Filed: J
             PTF/     MONTALBANO, ALYSSA-CHRYSTIE
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME      ROOM  APPEAR
Exhibit AJ  -Pre-Litigation Complaint And Mailings
            Related Event  CMJD Complaint & Jury Demand         2/27/2019
2/27/2019   Complaint & Jury Demand           Event ID: 000094  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Complaint w/Jury Demand
            Related Event  ANSW Answer                          6/07/2019
2/27/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000096  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AK - CIA Project Bluebird
            Related Event  CMJD Complaint & Jury Demand         2/27/2019
3/01/2019   Notice Filed                      Event ID: 000097  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Notice of Withdrawal of Motion for Leave of the Court to Amend the Complaint
            Related Event  MOTN Motion                          11/13/2018
3/25/2019   Motion                            Event ID: 000098  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Pltf Verified Original Motion for Temporary Restraining Order, Preliminary
Injunction, and Permanent Injunction
            Related Event  PORD Proposed Order                  3/25/2019
3/25/2019   Proposed Order                    Event ID: 000099  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed  Preliminary Injuction
            Related Event  MOTN Motion                          3/25/2019
3/25/2019   Affidavit                         Event ID: 000100  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit of Alyssa Chrystie Montalbano
            Related Event  FOTH Filing Other                    3/29/2019
3/25/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000101  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AL - Defendant Use of Pltf's Art (8 pgs)
            Related Event  AFFI Affidavit                       3/25/2019
3/25/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000102  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AM - Defendant Facebook Post PO (2 Pgs)
            Related Event  AFFI Affidavit                       3/25/2019
3/25/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000103  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AN - Private Email to Ms. Yanaros Wilde from Plft and Index Dream
Visions (4 Pgs)
            Related Event  AFFI Affidavit                       3/25/2019
3/25/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000104  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AO - Deft Defamation Post Publically Disclosing Private Legal
Communications (3 pgs)
            Related Event  AFFI Affidavit                       3/25/2019
3/25/2019   Exhibit-Attach to Pleading/Doc    Event ID: 000105  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AP - Deft and Associate Facebook Defamatory Posts (2 Pgs)
            Related Event  AFFI Affidavit                       3/25/2019
3/29/2019   Filing Other                      Event ID: 000106  E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Supplemental to Affidavit of Alyssa Chrystie Montalbano
            Related Event  AFFI Affidavit                       3/25/2019
5/14/2019   Order                             Event ID: 000107  E-Filed: J
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION        SCHD DATE   TIME    ROOM  APPEAR
Ruling: SEE ATTACHED ORDER, Document Title: ORDER RE: PENDING MOTIONS
6/07/2019   Answer                             Event ID: 000108   E-Filed: J
            DEF/    GOODE, JAMES COREY
Answer to Amended Complaint
            Related Event  CMJD Complaint & Jury Demand       2/27/2019
6/07/2019   Motion                             Event ID: 000109   E-Filed: J
            DEF/    GOODE, JAMES COREY
Renewed Motion to Dismiss for Failure to State a Complaint
            Related Event  OBJ  Objection                     6/10/2019
6/10/2019   Objection                          Event ID: 000110   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Renewed Motion to Dismiss for Failure to State a Complaint
            Related Event  MOTN Motion                        6/07/2019
6/10/2019   Filing Other                       Event ID: 000111   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Statement of Jury Demand
8/02/2019   Motion                             Event ID: 000112   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Leave of the Court to Amend the Complaint
            Related Event  ACMP Amended Complaint             8/02/2019
8/02/2019   Amended Complaint                  Event ID: 000113   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Amended Complaint Under Simplified Civil Procedure
            Related Event  MOTN Motion                        8/02/2019
8/02/2019   Motion                             Event ID: 000114   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Plaintiff's Motion for Preliminary Injunction
            Related Event  PORD Proposed Order                8/02/2019
8/02/2019   Proposed Order                     Event ID: 000115   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed Order to Stop and Desist Defamation, Stalking, Harassment, and
Unauthorized Use of Trade Secrets
            Related Event  MOTN Motion                        8/02/2019
8/02/2019   Exhibit-Attach to Pleading/Doc   Event ID: 000117   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AQ
            Related Event  AFFI Affidavit                     8/02/2019
8/02/2019   Exhibit-Attach to Pleading/Doc   Event ID: 000118   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AR
            Related Event  AFFI Affidavit                     8/02/2019
8/02/2019   Exhibit-Attach to Pleading/Doc   Event ID: 000119   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AS
            Related Event  AFFI Affidavit                     8/02/2019
8/02/2019   Exhibit-Attach to Pleading/Doc   Event ID: 000120   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AT
            Related Event  AFFI Affidavit                     8/02/2019
8/02/2019   Exhibit-Attach to Pleading/Doc   Event ID: 000121   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AU
            Related Event  AFFI Affidavit                     8/02/2019
8/02/2019   Exhibit-Attach to Pleading/Doc   Event ID: 000122   E-Filed: J
```

```
FILE DATE     SCHEDULED EVENT DESCRIPTION     SCHD DATE    TIME      ROOM  APPEAR
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AV
              Related Event  AFFI Affidavit                   8/02/2019
 8/02/2019    Exhibit-Attach to Pleading/Doc    Event ID: 000123    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AW
              Related Event  AFFI Affidavit                   8/02/2019
 8/02/2019    Exhibit-Attach to Pleading/Doc    Event ID: 000124    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AX
              Related Event  AFFI Affidavit                   8/02/2019
 8/02/2019    Exhibit-Attach to Pleading/Doc    Event ID: 000125    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit AY
              Related Event  AFFI Affidavit                   8/02/2019
 8/02/2019    Affidavit                         Event ID: 000116    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Affidavit of Alyssa Chrystie Montalbano
              Related Event  EXHB Exhibit-Attach to Pleading/Doc  8/02/2019
 9/09/2019    Motion                            Event ID: 000126    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Rule on Motions
10/29/2019    Order                             Event ID: 000127    E-Filed: J
Ruling: DENIED, Document Title: Order: Motion to Rule on Motions
              Related Event  MOTN Motion                       9/09/2019
11/01/2019    Motion                            Event ID: 000128    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Set Hearing for Motion to Amend Complaint and Preliminary Injunction
 1/03/2020    Motion                            Event ID: 000129    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Second Motion to Set Hearing for Motion to Amend Complaint and Preliminary
Injuction
 1/22/2020    Motion                            Event ID: 000130    E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Third Motion to Set Hearing for Motion to Amend Complaint and Preliminary
Injunction
 1/29/2020    Order                             Event ID: 000131    E-Filed: J
Ruling: GRANTED, Document Title: Order: Renewed Motion to Dismiss for Failure
to State a Complaint
              Related Event  MOTN Motion                       6/07/2019
 1/29/2020    Order                             Event ID: 000132    E-Filed: J
Ruling: DENIED, Document Title: Order: Motion for Leave of the Court to Amend
the Complaint- Denied
              Related Event  MOTN Motion                       8/02/2019
 1/29/2020    Order                             Event ID: 000133    E-Filed: J
Ruling: DENIED, Document Title: Order: Plaintiff's Motion for Preliminary
Injunction - Denied
              Related Event  MOTN Motion                       8/02/2019
 1/29/2020    Order                             Event ID: 000134    E-Filed: J
Ruling: DENIED, Document Title: Order: Motion to Set Hearing for Motion to
Amend Complaint and Preliminary Injunction - Denied
              Related Event  MOTN Motion                      11/01/2019
 1/29/2020    Order                             Event ID: 000135    E-Filed: J
Ruling: DENIED, Document Title: Order: Second Motion to Set Hearing for Motion
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME    ROOM  APPEAR
to Amend Complaint and Preliminary Injunction - Denied
             Related Event  MOTN Motion                          1/03/2020
 1/29/2020   Order                            Event ID: 000136   E-Filed: J
Ruling: DENIED, Document Title: Order: Third Motion to Set Hearing for Motion
to Amend Complaint and Preliminary Injunction - Denied
             Related Event  MOTN Motion                          1/22/2020
 1/29/2020   Closed after post jdg activity   Event ID: 000137   E-Filed: N
CASE DISMISSED PER ORDER 1/29/2020                                       /KKB
             Related Event  ROPN Reopened                        12/05/2018
 1/29/2020   Review                          1/31/2020  07:00 PM  10
    Officer: BRIAN JAMES FLYNN                Length:  1.00 Hour(s)
    Status.: VACT-Vacated                     Note..:  ORDER
SENT TO RESEARCH ATTY'S 10/29                                           /KKB
RESEARCH ATTY ORDER TO BJF ON 12/11/19                                  /KKB
 2/12/2020   Motion                           Event ID: 000139   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Recuse Persuant CRCP 97
             Related Event  ORDR Order                           8/05/2020
 2/12/2020   Motion                           Event ID: 000140   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Second Motion to Claim and Exercise Constituional Rights and Require the
Presiding Judge to Rule Upon this Motion
             Related Event  ORDR Order                           8/05/2020
 2/12/2020   Motion                           Event ID: 000141   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Citizen's Demand for Trial by Jury
             Related Event  ORDR Order                           8/05/2020
 2/12/2020   Motion                           Event ID: 000142   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion Demand Court Read all Pleadings Plaintiff Files with this Court and
Adhere to Constitutionally Compliant Case Law, and More Particularly the Bill
of Rights in its Ruling
             Related Event  ORDR Order                           8/05/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc   Event ID: 000143   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BA - Judge Flynn Oalth of Office
             Related Event  MOTN Motion                          2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc   Event ID: 000145   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV1
             Related Event  EXHB Exhibit-Attach to Pleading/Doc  2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc   Event ID: 000146   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Samble DV2
             Related Event  EXHB Exhibit-Attach to Pleading/Doc  2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc   Event ID: 000147   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV3
             Related Event  EXHB Exhibit-Attach to Pleading/Doc  2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc   Event ID: 000148   E-Filed: J
        PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV4
             Related Event  EXHB Exhibit-Attach to Pleading/Doc  2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc   Event ID: 000149   E-Filed: J
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION        SCHD DATE   TIME       ROOM  APPEAR
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV5
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000151  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 7
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000152  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 8
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000153  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 9
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000154  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 10
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000155  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 11
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000156  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 12
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000157  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 13
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000158  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 13a
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000159  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 13b
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000160  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 13c
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000161  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 14
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000162  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 15
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
  2/12/2020  Exhibit-Attach to Pleading/Doc     Event ID: 000163  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 15a
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION       SCHD DATE    TIME      ROOM  APPEAR
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000164  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 16
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000165  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 17
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000166  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 17a
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000167  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 18
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000168  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 19
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000150  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB Sample DV 6
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/12/2020   Motion                             Event ID: 000138  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Void Judgement Persuant Rule 60(b)(3),(4) and 9(d)(3)
             Related Event  ORDR Order                           8/05/2020
 2/12/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000144  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB - Affidavit Tangibel Dream Vision Trade Secret Evidene
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/12/2020
 2/14/2020   Motion                             Event ID: 000169  E-Filed: J
             DEF/    GOODE, JAMES COREY
Motion for Extension of Time
             Related Event  ORDR Order                           8/05/2020
 2/18/2020   Motion                             Event ID: 000170  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Deny Attorney Fees Due to Defendant Failure to File Within 14 days
             Related Event  ORDR Order                           8/05/2020
 2/21/2020   Objection                          Event ID: 000171  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Defendants Motion for Extension of Time
             Related Event  EXHB Exhibit-Attach to Pleading/Doc   2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000172  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BW
             Related Event  OBJ  Objection                       2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000173  E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BX
             Related Event  OBJ  Objection                       2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000174  E-Filed: J
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION       SCHD DATE    TIME      ROOM  APPEAR
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit - Attach to Pleading/Doc
             Related Event   OBJ  Objection                 2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000176    E-Filed: N
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
EXHIBIT DISK
-STORED IN DIV 10 FILE BOX                                                  /KKB
 2/21/2020   Filing Other                      Event ID: 000175    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Fifith Informatin for the Court CIA
             Related Event   EXHB Exhibit-Attach to Pleading/Doc  2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000179    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BC
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000178    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BB   Sample DV20
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit List                      Event ID: 000177    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit List
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000180    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BD
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000181    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BE
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000183    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BG
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000185    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BI
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000184    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BH
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000182    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BF
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000186    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BJ
             Related Event   FOTH Filing Other                2/21/2020
 2/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000187    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BK
```

```
FILE DATE     SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME      ROOM  APPEAR
              Related Event  FOTH Filing Other                        2/21/2020
  2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000188     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BL

              Related Event  FOTH Filing Other                        2/21/2020
  2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000189     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BM

              Related Event  FOTH Filing Other                        2/21/2020
  2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000190     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BN

              Related Event  FOTH Filing Other                        2/21/2020
  2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000191     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BO

              Related Event  FOTH Filing Other                        2/21/2020
  2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000192     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BP

              Related Event  FOTH Filing Other                        2/21/2020
  2/21/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000193     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BV

              Related Event  FOTH Filing Other                        2/21/2020
  2/25/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000195     E-Filed: J
              DEF/    GOODE, JAMES COREY
Register of Actions and Party Information Pursuant to Rule 81.1
              Related Event  MOTN Motion                              2/25/2020
  2/25/2020   Exhibit-Attach to Pleading/Doc     Event ID: 000196     E-Filed: J
              DEF/    GOODE, JAMES COREY
Civil Docket for Case #: 1:18-cv-2060-RM-GPG
              Related Event  MOTN Motion                              2/25/2020
  2/25/2020   Motion                             Event ID: 000197     E-Filed: J
              DEF/    GOODE, JAMES COREY
Motion for Attorneys' Fees and Request for Hearing
              Related Event  ORDR Order                               8/05/2020
  2/25/2020   Motion                             Event ID: 000194     E-Filed: J
              DEF/    GOODE, JAMES COREY
Motion for Attorneys' Fees
              Related Event  AFFI Affidavit                           2/25/2020
  2/25/2020   Affidavit                          Event ID: 000198     E-Filed: J
              DEF/    GOODE, JAMES COREY
Affidavit in Support of Defendant's Motion for Attorney's Fees
              Related Event  MOTN Motion                              2/25/2020
  3/23/2020   Objection                          Event ID: 000199     E-Filed: J
              PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Plaintiff's Second Objection to Defendant's Motion for Attorney's Fees and
Request for Hearing and Motion for Attorneys' Fees Pursuant Rule
60(B)(1)(3),(4),(6)PLAINTIFF'S SECOND OBJECTION TO DEFENDANT'S MOTIN FOR
ATTORNEY'S FEES AND REQUEST FOR HEARING AND MOTION FOR ATTORNEYS' FEES
PURSUANT RULE 60(B)(1),(3),(4),(6)
/KKB

              Related Event  EXHB Exhibit-Attach to Pleading/Doc   3/23/2020
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME      ROOM   APPEAR
3/23/2020    Exhibit List                       Event ID: 000201      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit List Objection to Attorneys' FeesEXHIBIT LIST
/KKB
             Related Event   EXHB Exhibit-Attach to Pleading/Doc    3/23/2020
3/23/2020    Objection                          Event ID: 000202      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Plaintiff's Objection to Defendant's Motion for Attorney's Fees and Request
for Hearing and Motion for Attorney's Fees Pursuant Rule 60(b)(4)(3) and
(d)(3)
             Related Event   EXHB Exhibit-Attach to Pleading/Doc    3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000203      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit BZ
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000204      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CA
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000205      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CB (Only 14 pages filed)
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000206      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CC
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000207      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CE
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000208      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CF
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000209      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CG
             Related Event   OBJ   Objection                        3/23/2020
3/23/2020    Exhibit-Attach to Pleading/Doc     Event ID: 000210      E-Filed: N
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
EXHIBIT CD - AUDIO & VISUAL DISC OF THIS OBJECTION FILING, CD IN DIVISION
OFFICE
             Related Event   OBJ   Objection                        3/23/2020
7/21/2020    Filing Other                       Event ID: 000211      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Email with Attached Pleadings
7/21/2020    Motion                             Event ID: 000212      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Void Order of Dismissal for Mistake, Misconduct, and New Evidence
and Motion for Leave to File Amended Complaint
             Related Event   ORDR Order                             8/05/2020
7/21/2020    Amended Complaint                  Event ID: 000213      E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION       SCHD DATE   TIME      ROOM  APPEAR
Amended and Supplemental Complaint Under Simplified Civil Procedure
            Related Event  ORDR Order                     8/05/2020
7/21/2020   Exhibit List                    Event ID: 000214   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Complaint Exhibit List
            Related Event  EXHB Exhibit-Attach to Pleading/Doc   7/21/2020
7/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000215   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CH
            Related Event  EXHL Exhibit List              7/21/2020
7/21/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000216   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CR
            Related Event  EXHL Exhibit List              7/21/2020
7/21/2020   Motion                            Event ID: 000217   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Preliminary Injunction
            Related Event  ORDR Order                     8/05/2020
7/21/2020   Proposed Order                    Event ID: 000218   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Proposed Order for Preliminary Injunction
            Related Event  MOTN Motion                    7/21/2020
7/21/2020   Brief Filed                       Event ID: 000219   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Supplemental Brief for Motion to Void Judgment
            Related Event  MOTN Motion                    7/21/2020
7/21/2020   Motion                            Event ID: 000220   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion for Judicial Notice
            Related Event  ORDR Order                     8/05/2020
7/21/2020   Notice Filed                      Event ID: 000221   E-Filed: J
            PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Notice of Related Cases
            Related Event  MOTN Motion                    7/21/2020
8/05/2020   Order                             Event ID: 000222   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Recuse Persuant CRCP 97
            Related Event  MOTN Motion                    2/12/2020
8/05/2020   Order                             Event ID: 000223   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Void Judgement Persuant Rule
60(b)(3),(4) and 9(d)(3)
            Related Event  MOTN Motion                    2/12/2020
8/05/2020   Order                             Event ID: 000224   E-Filed: J
Ruling: DENIED, Document Title: Order:Second Motion to Claim and Exercise
Constituional Rights and Require the Presiding Judge to Rule Upon this Motion
            Related Event  MOTN Motion                    2/12/2020
8/05/2020   Order                             Event ID: 000225   E-Filed: J
Ruling: GRANTED, Document Title: Order:Motion for Extension of Time
            Related Event  MOTN Motion                    2/14/2020
8/05/2020   Order                             Event ID: 000226   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion for Citizen's Demand for Trial by
Jury
            Related Event  MOTN Motion                    2/12/2020
8/05/2020   Order                             Event ID: 000227   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion Demand Court Read all Pleadings
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME      ROOM  APPEAR
Plaintiff Files with this Court and Adhere to Constitutionally Compliant Case
Law, and More Particularly the Bill of Rights in its Ruling
             Related Event  MOTN Motion                    2/12/2020
 8/05/2020  Order                            Event ID: 000228   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Deny Attorney Fees Due to
Defendant Failure to File Within 14 days
             Related Event  MOTN Motion                    2/18/2020
 8/05/2020  Order                            Event ID: 000229   E-Filed: J
Ruling: GRANTED, Document Title: Order:Motion for Attorneys' Fees and Request
for Hearing
             Related Event  MOTN Motion                    2/25/2020
 8/05/2020  Order                            Event ID: 000230   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion to Void Order of Dismissal for
Mistake, Misconduct, and New Evidence and Motion for Leave to File Amended
Complaint
             Related Event  MOTN Motion                    7/21/2020
 8/05/2020  Order                            Event ID: 000231   E-Filed: J
Ruling: DENIED, Document Title: Order:Amended and Supplemental Complaint Under
Simplified Civil Procedure
             Related Event  ACMP Amended Complaint         7/21/2020
 8/05/2020  Order                            Event ID: 000232   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion for Preliminary Injunction
             Related Event  MOTN Motion                    7/21/2020
 8/05/2020  Order                            Event ID: 000233   E-Filed: J
Ruling: DENIED, Document Title: Order:Motion for Judicial Notice
             Related Event  MOTN Motion                    7/21/2020
 8/05/2020  Order                            Event ID: 000234   E-Filed: J
Ruling: DENIED, Document Title: Order: Motion for Preliminary Injunction-
Denied
             Related Event  MOTN Motion                    7/21/2020
 8/05/2020  Order                            Event ID: 000235   E-Filed: J
Ruling: DENIED, Document Title: Order: Motion for Judicial Notice- Denied
             Related Event  MOTN Motion                    7/21/2020
 8/05/2020  Order                            Event ID: 000236   E-Filed: J
Ruling: DENIED, Document Title: Order: Motion for Citizen's Demand for Trial
by Jury- Denied
             Related Event  MOTN Motion                    2/12/2020
 8/05/2020  Order                            Event ID: 000237   E-Filed: J
Ruling: DENIED, Document Title: Order: Amended and Supplemental Complaint
Under Simplified Civil Procedure- Denied
             Related Event  ACMP Amended Complaint         7/21/2020
 8/05/2020  Order                            Event ID: 000238   E-Filed: J
Ruling: DENIED, Document Title: Order: Second Motion to Claim and Exercise
Constituional Rights and Require the Presiding Judge to Rule Upon this Motion-
Denied
             Related Event  MOTN Motion                    2/12/2020
 8/05/2020  Order                            Event ID: 000239   E-Filed: J
Ruling: DENIED, Document Title: Order: Motion to Void Judgement Persuant Rule
60(b)(3),(4) and 9(d)(3)- Denied
             Related Event  MOTN Motion                    2/12/2020
 8/19/2020  Motion                           Event ID: 000240   E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Motion to Vacate Void Judgment Persuant  Colo.R.Civ.P.60(a) and (b)(2),(3):
Colo.R.Civ.P.59
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME      ROOM  APPEAR
             Related Event  ORDR Order                                 9/15/2020
 8/19/2020   Exhibit-Attach to Pleading/Doc    Event ID: 000241        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit CV   Receipt Jury Fee Payment
             Related Event  MOTN Motion                                 8/19/2020
 8/21/2020   Notice Filed                      Event ID: 000242        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Notice of Disqualification of Judge
             Related Event  ORDR Order                                  9/15/2020
 9/15/2020   Notice Filed                      Event ID: 000244        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Notice of Written Correspondence
             Related Event  CERT Certificate Filed                      9/15/2020
 9/15/2020   Notice Filed                      Event ID: 000245        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Notice of Contitutional Violations
             Related Event  ORDR Order                                  9/15/2020
 9/15/2020   Certificate Filed                 Event ID: 000243        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Certificate of Service
             Related Event  NOTC Notice Filed                           9/15/2020
 9/15/2020   Filing Other                      Event ID: 000246        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Copy: Colorado Commission on Judicial Discipline Willful Misconduct and
Presistent Failure to Perform Judical Duties Complaint
             Related Event  OBJ  Objection                              9/25/2020
 9/15/2020   Order                             Event ID: 000247        E-Filed: J
Ruling: DENIED, Document Title: Order:Notice of Contitutional Violations
             Related Event  OBJ  Objection                              9/25/2020
 9/15/2020   Order                             Event ID: 000248        E-Filed: J
Ruling: DENIED, Document Title: Order:Notice of Disqualification of Judge
             Related Event  NOTC Notice Filed                           8/21/2020
 9/15/2020   Order                             Event ID: 000249        E-Filed: J
Ruling: GRANTED IN PART, Document Title: Order:Motion to Vacate Void Judgment
Persuant  Colo.R.Civ.P.60(a) and (b)(2),(3): Colo.R.Civ.P.59
             Related Event  MOTN Motion                                 8/19/2020
 9/25/2020   Objection                         Event ID: 000250        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Plaintiff's Objection to 9/15/2020 Orders for Constitutional Rights Violations
             Related Event  ORDR Order                                 10/22/2020
10/13/2020   Notice of Appeal Filed            Event ID: 000251        E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Notice of Appeal
10/19/2020   Advisory Notc of filing NAPF      Event ID: 000252        E-Filed: J
             IMP/    NON-PARTY
Advisory Notice - NAPF COA #2020CA1775 RECORD DUE 12.16.20
10/22/2020   Order                             Event ID: 000253        E-Filed: J
Ruling: REVIEWED, Document Title: Order:Plaintiff's Objection to 9/15/2020
Orders for Constitutional Rights Violations
             Related Event  OBJ  Objection                              9/25/2020
11/19/2020   Filing Other                      Event ID: 000254        E-Filed: J
             IMP/    NON-PARTY
Filing Other COA - ORDER OF THE COURT TO APPELLANT APPEAL IS DISMISSED
W/PREJUDICE
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME      ROOM  APPEAR
             Related Event   ORDR Order                             11/24/2020
11/24/2020   Order                              Event ID: 000255    E-Filed: J
Ruling: REVIEWED, Document Title: Order:Filing Other
             Related Event   FOTH Filing Other                     11/19/2020
12/10/2020   Filing Other                       Event ID: 000256    E-Filed: J
             IMP/    NON-PARTY
Filing Other COA - ORDER OF THE COURT TO APPELLANT MOTION TO RECONSIDER
DISMISSING THE APPEAL IS DENIED
1/11/2021    Mandate from Appeals Court         Event ID: 000257    E-Filed: J
             IMP/    NON-PARTY
Mandate from Appeals Court APPEAL IS DISMISSED WITH PREJUDICE
3/22/2022    Order                              Event ID: 000258    E-Filed: J
Order on Appeal Costs
7/08/2022    Motion                             Event ID: 000259    E-Filed: J
             IMP/    NON-PARTY
Motion to Transfer Interest and Amend Judgment
             Related Event   OBJ  Objection                         8/25/2022
7/20/2022    Order                              Event ID: 000260    E-Filed: J
Ruling: GRANTED, Document Title: Order:Motion to Transfer Interest and Amend
Judgment
             Related Event   MOTN Motion                            7/08/2022
7/27/2022    Objection                          Event ID: 000261    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Objection to Order on Motion to Transfer Interest and Amend Judgment
             Related Event   ORDR Order                             8/05/2022
8/05/2022    Order                              Event ID: 000262    E-Filed: J
Ruling: GRANTED, Document Title: Order:Objection to Order on Motion to
Transfer Interest and Amend Judgment
             Related Event   OBJ  Objection                         7/27/2022
8/08/2022    Affidavit                          Event ID: 000263    E-Filed: J
             PTF/    ALPINE JUDGMENT RECOVERY
Affidavit of Service- Served First set of Interrogatories to Alyssa Christie
Montalbano at 2222 Da Vinci Pl, Grand Junction, CO 81507 on 7/27/22 at 3:06 pm
8/15/2022    Filing Other                       Event ID: 000264    E-Filed: J
             PTF/    ALPINE JUDGMENT RECOVERY
Filing Other
             Related Event   ORDR Order                             8/23/2022
8/15/2022    Motion                             Event ID: 000265    E-Filed: J
             PTF/    ALPINE JUDGMENT RECOVERY
Amended Verified Motion and Affidavit for Citation For Contempt Of Court
8/23/2022    Order                              Event ID: 000266    E-Filed: J
Ruling: REVIEWED, Document Title: Order:Filing Other
             Related Event   FOTH Filing Other                      8/15/2022
8/25/2022    Motion                             Event ID: 000267    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Alyssa Chrystie Montalbano's Second Motion to Recuse Officer Brian James Flynn
8/25/2022    Motion                             Event ID: 000268    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Defendant Alyssa Chrystie Montalbano :Motion to Dismiss Plaintiff Mr. Thomas
D. Seaman's Complaint
             Related Event   EXHB Exhibit-Attach to Pleading/Doc    8/25/2022
8/25/2022    Exhibit-Attach to Pleading/Doc     Event ID: 000269    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit DB - Motion to Dismiss
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME      ROOM  APPEAR
             Related Event  MOTN Motion                            8/25/2022
8/25/2022    Exhibit-Attach to Pleading/Doc    Event ID: 000270    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Exhibit DC - Motion to Dismiss
             Related Event  MOTN Motion                            8/25/2022
8/25/2022    Objection                         Event ID: 000271    E-Filed: J
             PTF/    MONTALBANO, ALYSSA-CHRYSTIE
Defendant Alyssa Chrystie Montalbano Renewed Objection to Plaintiff, Mr.
Thomas D. Seaman's Motion to Transfer Interest and Amend Judgment
             Related Event  MOTN Motion                            7/08/2022
JGM DATE     JUDGMENT DESCRIPTION              STATUS
8/05/2020    JDGE Judgment Entered             UNSATISFIED
             Ordered By..........: BRIAN JAMES FLYNN
             Debtor Fee..........: N
             Debtor Fee Paid.....: N
PJI 8% PER ANNUM
             JUDGMENT TRANSACTION(S)                 AMOUNT              DATE
             PRINCIPAL                               $0.00          8/05/2020
             COURT  COSTS                            $0.00          8/05/2020
             ATTORNEY FEES                      $116,600.00         8/05/2020
             INTEREST                                $0.00          8/05/2020
             JUDGMENT ROLE    NAME                               PTY ROLE
             Debtor    PTF    MONTALBANO, ALYSSA-CHRYSTIE         PTF
             Creditor DEF     GOODE, JAMES COREY                 DEF
             Creditor PTF     ALPINE JUDGMENT RECOVERY           PTF

             End of Case: 2018 CV 000050
```