IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:28 am, Sep 02, 2022
JEFFREY P. COLWELL, CLERK

**Civil Action No:**

**Thomas D. Seaman, Individually**
**James Corey Goode, Individually**

**Plaintiffs,**

**v.**

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

---

### DEFENDANT ALYSSA MONTALBANO
### RESPONSE TO ADMINISTRATIVE NOTICE AT DOCKET 2

---

Comes now Alyssa Chrystie Montalbano, in response to Administrative Notice at Docket 2 requesting clarification and states as follows:

1. It states at docket two (2) that the Notice of Removal failed to include the Complaint.

2. 28 USC 1446(b)(3) states: "[i]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of **a copy of** an amended pleading, **motion, order or other paper from which it may first be ascertained that the cause is one which is or has become removable.**" (emphasis added)

3. The Initiating Document/Complaint is the "Motion to Transfer Interest and Amend Judgment" as filed in State Court by Plaintiffs Mr. Seaman and Mr. Goode July 8, 2022 [mistakenly filed twice at Dockets 1-5 and 1-12 by the clerks], along with Judge Flynn's August 5, 2022 orders.

4. Defendant Montalbano delivered to the clerks, August 26, 2022, by email, two orders entered by Judge Flynn in case 18CV50 for filing with the initiating documents, but only the July 20, 2022 order appears to have been entered [#1-7]. Montalbano reattaches herewith the August 5, 2022, State Court Order; whereby Judge Flynn vacated the July 20, 2022 order and extended time by twenty one days for response to Mr. Seaman and Mr. Goode's Motion/Complaint [#1-5 (same as #1-12)].

5. The Motion/Complaint filed July 8, 2022 [#1-5 (same as #1-12)], service of Interrogatories July 27, 2022 [#1-11; **and See attached Document - Interrogatories**], and the August 5, 2022 Orders, are the papers it became ascertained that case 18CV50 was removable and are the initiating documents pursuant 28 USC 1446(b)(3). See Notice of Removal at Docket 1, No. 15 - 24, for fuller details.

6. If it is required that Plaintiff Montalbano also file her State Court Complaint (the documents that opened case 18CV50 originally and her amended complaint) in addition to Plaintiffs Mr. Seaman and Mr. Goode's Initiating Document Motion/Complaint, Montalbano will do so upon request.  However, based on the Removal Rule and the Court's procedural guidelines titled "Suggested procedural filing guideline for filing a Notice of Removal and state court document" at column 1, No. 3.b. "[o]r other initiating documents"; the Initiating Documents have been filed, and they are the

Motion/Complaint [#1-5 (same as #1-12)] and Order documents [#1-7 **and Attached August 5, 2022 Order**].

7. The following pending motions and responses from State Court were also delivered to the COD_ProSe_Filing@cod.uscourts.gov for filing (at case opening) that are not (yet?) in the Docket:

    a. Pending State Court Second Motion to Recuse Officer Brian James Flynn.

    b. Pending State Court Motion to Dismiss Mr. Seaman and Mr. Goode's Claims.

    c. Exhibit DB attached to Motion to Dismiss –Motion of Joinder to join Mr. Seaman to Denver Federal Case 1:20-CV-00742-DDD-KLM.

    d. Exhibit DC attached to Motion to Dismiss – Emergency Motion to consolidate case 18CV50 with Case 1:20-CV-00742-DDD-KLM Denver Federal Court.

    e. Renewed Objection to Mr. Goode and Mr. Seaman's Motion/Complaint.

Dated this 2nd day of September 2022

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

American Citizen, Defendant

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of September 2022 a true copy of the foregoing Response to Administrative Order was filed with the clerk of the Federal Court via emailing the documents to COD_ProSe_Filing@cod.uscourts.gov and paper copies mailed to pro se litigants at:

**Mr. James Corey Goode**
1140 US Highway 287
Suite 400-266
Broomfield, CO 80020
USPS Certified Mail 7021 0950 0001 5240 2996

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1654

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen