| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br><br>Address: 125 N. Spruce Street<br>　　　　　Grand Junction, Colorado 81501-5841<br>　　　　　(970) 257-3625 | |
| Plaintiff(s)/Petitioner(s):<br><br>ALYSSA-CHRISTIE MONTALBANO<br><br>v.<br><br>Defendant(s)/Respondent(s):<br><br>JAMES COREY GOODE | ▼COURT USE ONLY▼<br><br>Case No. 2018 CV 50<br><br>Div.:　　　　　Ctrm. |
| Attorney or Party Without Attorney (Name and Address):<br><br>Thomas D. Seaman dba Alpine Judgment Recovery<br>PO Box 1002<br>Ridgway, CO 81432<br><br>Phone Number:(844) 258-2770　E-mail:<br>FAX Number:　　　　　Atty. Reg. #: | |
| **PLAINTIFF THOMAS D. SEAMAN DBA ALPINE JUDGMENT RECOVERY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF ALYSSA-CHRISTIE MONTALBANO** | |

　　　　Pursuant to C.R.C.P. 33, Plaintiff Thomas D. Seaman DBA Alpine Judgment Recovery ("AJR") hereby requests that Plaintiff Alyssa-Christie Montalbano respond to the following interrogatories.

**DEFINITIONS AND INSTRUCTIONS**

The following definitions apply to all discovery requests, unless otherwise ordered by the court:

(1) *Communication.* The term "communication" means the transmittal of information in the form of facts, opinions, ideas, inquiries, or otherwise.

(2) *Document.* "Document" and "documents" shall be deemed to mean any document or thing (including the original, copy or drafts) or any physical embodiment of information or ideas and shall include, but are not limited to, all paper materials of any kind, whether written, typed, printed, punched, filmed or marked in any way, recording tapes or wires, film, photographs, movies or any graphic matter however produced or reproduced, and all mechanical or electronic sound recordings or transcripts thereof that are in Defendant's possession, custody or control. Without limitation of the term "control" as used in the preceding sentences, a document is deemed to be in Defendant's control if Defendant has the right to secure the document or a copy thereof from another person having actual physical possession thereof. If any document requested was, but is no longer, in Defendant's possession or subject to her control as defined herein state:

> (a) What disposition was made of it, and the date or dates, or approximate date or dates, on which such disposition was made;
> (b) The last known location of that document; and
> (c) The names and addresses of all persons with knowledge of the contents of that document.

(3) *Identify (With Respect to Persons).* When referring to a natural person, to "identify" means to give, to the extent known, the person's (a) full name, (b) present or last known address, and (c) the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(4) *Identify (With Respect to Entities).* When referring to an entity, to "identify" means to give, to the extent known, (a) the entity's full name, including (when not apparent from the name) the nature of the entity, e.g. corporation, limited liability corporation, partnership, or professional corporation, (b) present or last known address of its headquarters or principal place of business, and (c) the state in which the entity is incorporated or otherwise created. Once an entity has been identified in accordance with this subparagraph, only the name of that entity need be listed in response to subsequent discovery requesting the identification of that entity.

(5) *Identify (With Respect to Documents).* When referring to documents, to "identify" means to give, to the extent known: (a) the type of document; (b) the general subject matter; (c) the date of the document; (d) the author or authors, according to the document; and (e) the persons to whom, according to the document, the document (or a copy) was to have been sent.

(6) *Parties.* The term "plaintiff' or "defendant," as well as a party's full or abbreviated name or a pronoun referring to a party, shall mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, and subsidiaries. This

definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

(7) *Person.* The term "person" means any natural person or any business, legal, or governmental entity.

(8) *Concerning.* The term "concerning" means referring to, describing, offering evidence of, or constituting.

(9) *State the Basis or State all Facts.* When an interrogatory calls upon a party to "state the basis" of or "state all facts" concerning a particular claim, allegation, or defense (or uses comparable language), the party shall provide a substantial summary of the factual basis supporting the claim, allegation, or defense at the time the interrogatory is answered. The summary shall: (a) identify the essential acts or failures to act forming the substance of the claim, allegation, or defense, (b) identify the persons and entities that, through first hand information or possession of documents, are the sources of the party's information regarding the claim, allegation, or defense, and (c) when one or more documents is the basis of the claim, allegation, or defense, such as a written contract in a contractual claim or defense, or a written misrepresentation in a misrepresentation claim, identify (or provide as part of the interrogatory answer a copy of) each such document. In stating the basis, a party may not withhold information from the interrogatory answer because it derives from attorney work product or was obtained in anticipation of litigation if the party intends to offer this information at trial.

## INTERROGATORIES

1. State your home address, business address, home phone, business phone, and date of birth:

    Home address:

    Rent or Own:

    Business address:

    Home phone:

    Business phone:

    Cell Phone:

    Date of Birth:

2. If you are employed, state the name, address, and phone number of your employer(s). If more than one employer show additional employers on a separate sheet of paper.

   Name of Employer:

   Address:

   Phone Number:

   Job Description:

   Supervisor:

   Gross Monthly Salary / Earnings:

3. If you have any income or receive any payments from any source other than your employer (for example, rental income, commissions, stock dividends, interest), state the name, address, phone number, amount, and dates of payment. Also state the source of the payments.

4. State all sources of money you use to pay your living expenses, including the name, address, telephone number, and amounts. Show additional sources on a separate sheet of paper, if necessary:

5. State whether you own or rent the home you live in. State the amount of rent or house payments you make and the sources of the funds used to make your rent payments. If you own the home that you live in, provide names and addresses of mortgage holder(s) and amount(s) of monthly payments.

6. State your educational background and work experience.

7. Provide the account name, credit card company and account numbers for all credit cards held or used by you within the past five years. Provide copies of the three most recent statement(s) for all credit cards listed in this section.

8. State the name, address, account number and type of account for every financial institution (bank, savings and loan, credit union, brokerage house) here you have an account or where you have signature authority on the account. Provide additional information on a separate sheet of paper, if necessary.

9. Provide a complete listing of all holdings and ownership interests, including but not limited to your ownership interest(s), membership interest(s), partnership interest(s), and any other beneficial ownership interests, in any and all

companies, partnerships, LLC's, and real estate assets owned or claimed by you as of September 17, 2010, the date on which the Decree of Dissolution of Marriage was entered in case #2010 DR 453.

10. Provide a complete listing of all holdings and ownership interests, including but not limited to your ownership interest(s), membership interest(s), partnership interest(s), and any other beneficial ownership interests, in any and all companies, partnerships, LLC's, and real estate assets owned or claimed by you as of the date hereof.

11. Provide a detailed listing of any and all sales or transfers of any ownership interest(s), membership interest(s), partnership interest(s), and any other beneficial ownership interests, in any and all companies, partnerships, LLC's, and real estate assets listed in item #7 above that were disposed of between September 17, 2010 and the date hereof. Include names and addresses of buyer(s) and transferee(s) as well as date of transfer or sale and price(s) paid for each asset.

12. If you own or owned during the last four years, or regularly use any automobiles, motorcycles, trucks, RV's, ATV's, Jet skis, boats, or trailers, list the make, model, year, VIN, date of purchase, purchase price, and name of owner. If you no longer own the vehicle, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.

13. Please state the name and current contact information for all individuals who have knowledge of the facts alleged in AJR's Complaint in this matter along with a summary of that knowledge.

14. State the docket number, caption and status of all other lawsuits (in Court, arbitration or other forum) that you have been a party to in the past ten years.

15. If you own or owned during the last four years, or regularly use any personal property NOT DESCRIBED ABOVE for which the purchase price was $500.00 or more, describe each item by make, model, date of purchase, purchase price, name of owner if only used by you. If you no longer own the item, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.

16. State the name, address, and telephone number of your spouse, if you are married and if not, a close relative not living with you, indicating their relationship to you.

17. Produce and attach to your answers, copies of the following documents for the last four years:
    Your federal and state tax returns with all attachments.
    The deed to or the lease for your home.
    Your driver's license.
    Your last pay stub from your employer(s).
    Your last bank statement(s).

18. If you are self-employed, you must also answer the following questions.

    What is the full name, address, and phone number of the business?

    What does your business do?

    On a separate sheet of paper, list the name, address and phone number of each business customer during the past three months, including the amount and reason for any money owed, if any.

19. State the name, address, account number and type of account for every financial institution (bank, savings and loan, credit union, brokerage house) where the business has an account. Provide additional information on a separate sheet of paper, if necessary.

20. If the business owns or owned during the last four years, or regularly uses, any personal property for which it paid $500.00 or more, describe each item by make, model, date of purchase, purchase price, name of owner if only used by you. If the business no longer owns the item, identify date of sale, sale price, and name and address of purchaser. Provide additional information on a separate sheet of paper, if necessary.

21. Produce and attach to your answers, copies of the following documents for the business:

    All bank records for the past three months.

    All payroll records for the past three months.

    Current list of the accounts receivable.

    Profit and Loss Statements for the current and prior year.

    Balance Sheet as of the later of the most recent fiscal year end or December 31, 2019.

   Federal and state tax returns with all attachments for the business for the past four years.

22. State the docket number, caption and status of all other lawsuits (in Court, arbitration or other forum) that you have been a party to in the past ten years.

23. Indicate by date, docket number and Court all petitions for bankruptcy that you have filed within the past ten years.

Failure to respond fully, accurately and timely to these interrogatories could result in a citation for contempt of court.

I do hereby affirm under penalty of perjury that I have read each of the above questions and answered them fully and truthfully.

Dated: _____

_____
   Judgment Debtor/Plaintiff

Subscribed and affirmed, or sworn to before me in the County of _____, State of _____, this _____ day of _____, 20_____.

My Commission Expires: _____

_____
Notary Public /Deputy Clerk