| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502<br><br>Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode<br><br>----<br><br>Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode<br>v.<br>Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano | **ORIGINAL FILED IN**<br><br>AUG 2 5 2022<br><br>**COMBINED COURT BY LITIGANT**<br><br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10   Courtroom 10 |
| **DEFENDANT ALYSSA CHRYSTIE MONTALBANO**<br><br>**RENEWED OBJECTION**<br><br>**TO PLAINTIFF, MR. THOMAS D. SEAMAN'S "MOTION TO TRANSFER INTEREST AND AMEND JUDGMENT"** | |

Comes now, Alyssa Chrystie Montalbano, original Plaintiff case 18CV50 and now Defendant to Plaintiff, Mr. Thomas D. Seaman/ALPINE JUDGMENT RECOVERY's, Complaint judgment claims filed as "Motion to Transfer Interest and Amend Judgment" and responds as follows to Mr. Seaman's Motion without waiving any Rights and without submitting to the jurisdiction of this Court, and Objects to Mr. Seaman's Motion and moves this Courts faithfully performing Judicial Officers to Deny and Dismiss Mr. Seaman's Motion and Complaint claims for the Following:

1. Montalbano incorporates by reference **"Alyssa Chrystie Montalbano's Second Motion to Recuse Officer Brian James Flynn Pursuant Colo.R.Civ.P. 97 and Colorado Code of Judicial Conduct 2.11"** as filed the same day of this Objection, and it is incorporated herein. Mr. Flynn is a defendant to Montalbano's Civil Rights Violations claim pending in Denver Federal Court **(See Exhibit CW, filed July 22, 2022)** for deprivation civil rights all during case 18CV50 and must be recused.

2. Montalbano incorporates by reference **"Defendant Alyssa Chrystie Montalbano Motion to Dismiss Plaintiff Mr. Thomas D. Seaman's Complaint "Motion to Transfer Interest and Amend Judgment" Pursuant Colo.R.Civ.P. 12(b)"** as filed the same day of this Objection, and it is incorporated herein. Mr. Seaman's Motion must be denied for lack of subject matter jurisdiction and improper venue.

3. Montalbano incorporates by reference **"Response and Objection to Motion to Transfer Interest and Amend Judgment"** filed July 22, 2022 and it is incorporated herein. Mr. Seaman's Motion is to be denied for being filed in the incorrect court (Mesa District Civil Court) and incorrect case (18CV50) as the matters pending are Constitutional Law matters pending before the Denver Federal Court located at: 901 19th St, Denver, CO 80294 in case 1:20-CV-00742-DDD-KLM, and the Federal Court has original jurisdiction over case 18CV50 matters and judgment money in dispute, pursuant 42 USC 1983, 42 USC 1988, 28 USC 1331 and 28 USC 1332.

**WHEREFORE,** for all the facts, laws, Constitutional Laws, and reasons stated herein and as contained in the cited and incorporated Motions, Documents, and Exhibits Mr. Seaman's claims arise under Federal laws (42 USC 1983, 42 USC 1988, 28 USC 1331 and 28 USC 1332) as they are part of Montalbano's claims pending to proceed in Denver Federal Court against Mr. Goode (defamation, $116,600) and Mr. Flynn (Deprivation Rights, $116,600) and the amount in controversy exceeds $75,000 and the federal court has original jurisdiction; and Mr. Seaman's Complaint styled as a Motion must be Denied for being filed in the wrong court and with the wrong case and his complaint claims must be Dismissed pursuant Colo.R.Civ.P Rule 12(b) for lack of jurisdiction over Montalbano and the subject matter, and for being filed in the improper venue; and Montalbano be awarded the cost of her time ($125/hr) and expenses incurred from addressing and removing Mr. Seaman's improperly filed in State Court claims.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Defendant, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **RENEWED OBJECTION** were sent first class by U.S. Mail, postage prepaid, to pro se litigants Mr. James Corey Goode USPS Certified Mail 7019 1640 0001 9358 6813; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and upon pro se litigant Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432; USPS Certified Mail 7019 1640 0001 9358 6806, this 25th day of August, 2022.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen