| | |
|---|---|
| District Civil Court, Mesa County, Colorado<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>AUG 2 5 2022<br><br>**COMBINED COURT<br>BY LITIGANT**<br>▲ COURT USE ONLY ▲ |
| Plaintiff(s)/Petitioner(s): Alyssa Chrystie Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode<br>-----<br>Plaintiff(s)/Petitioner(s): Thomas D. Seaman, James Corey Goode<br>v.<br>Defendant(s)/Respondent(s): Alyssa Chrystie Montalbano | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa Chrystie Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com<br>FAX Number:_____ Atty. Reg. #: N/A | Division 10   Courtroom 10 |

## DEFENDANT ALYSSA CHRYSTIE MONTALBANO

## MOTION TO DISMISS

## PLAINTIFF, MR. THOMAS D. SEAMAN'S COMPLAINT "MOTION TO TRANSFER INTEREST AND AMEND JUDGMENT"

## PURUSUANT Colo.R.Civ.P. 12(b)

Comes now, Alyssa Chrystie Montalbano, original Plaintiff case 18CV50 and now Defendant to pro se litigant Plaintiff Mr. Thomas D. Seaman/ALPINE JUDGMENT RECOVERY's ("AJR") Complaint judgment claims; and files this Motion to Dismiss Mr. Thomas D. Seaman's Complaint Claims filed as "Motion to Transfer Interest and Amend Judgment" and moves this Courts faithfully performing judicial Officers to Deny Mr. Seaman's Motion and Dismiss Mr. Seaman and his Complaint Claims from case 18CV50, for lack of Jurisdiction and improper Venue, pursuant Colo.R.Civ.P. 12(b):

MOTION TO DISMISS                                                                                                     Page **1** of **6**

## I.     Relevant Procedural Background

1. This case was originally opened by pro se litigant, Plaintiff, Alyssa Chrystie Montalbano, June 25, 2018, seeking injunctive relief from celebrity James Corey Goode's public Defamation acts and seeking declaratory relief for Trade Secret Intellectual Property mistakenly delivered to Mr. Goode largely by email during 2017, due to belief in his public alien and dream teaching frauds.

2. All during case 18CV50 Montalbano's Constitutional Rights were knowingly violated (taken away) by Chief Judge Brian James Flynn (assigned officer case 18CV50) who placed a fraud on the Mesa District Civil Court and maliciously entered orders this instant case under color of office and color of law (aka lied) to unlawfully ensure a white male celebrity, Mr. James Corey Goode, won the case.

3. Ms. Montalbano filed a pending Deprivation Civil Rights claim in Denver Federal Court, December 22, 2020, against Officer Brian James Flynn and et. al. for Deprivation of Montalbano's Civil Rights all during case 18CV50, lying (perjury), and for being biased and prejudice. **(Ex. CW, filed July 22, 2022)**

4. **Montalbano incorporates by reference the Motion to Recuse Judicial Officer Brian James Flynn (filed same day this Motion to Dismiss) and it is incorporated herein.**

## II.     Facts and Law in Support of Denial and Dismissal of Mr. Seaman's Complaint Motion Claims

1. Case 18CV50 has been an overtly Federal Constitutional Civil Rights matter since December 22, 2020. **Montalbano incorporates by reference the pending amended Federal Court Deprivation Civil Rights claim against Brian James Flynn and filed as Exhibit CW, July 22, 2022 this Court Record,** and it is incorporated fully herein.

2. Case 18CV50 is a Federal jurisdiction matter pursuant 42 USC 1988 (proceedings in vindication of civil rights), 42 USC 1983 (Deprivation Civil Right), and 28 USC 1331 (Constitutional Law Federal question), due to civil rights violations performed by Mr. Flynn this case and that are being addressed in Denver Federal Court case 1:20-CV-00742-DDD-KLM. **(Ex. CW)**

3. This State Court lost jurisdiction over Ms. Montalbano, case 18CV50, and the alleged judgment amount, due to the civil rights violations performed by Officer Brian James Flynn this instant case **(Ex. CW)** that made case 18CV50 a fully federal matter. (42 USC 1988, 42 USC 1983, 28 USC 1331)

4. The alleged Judgment amount of $116,600 exceeds $75,000 and the Federal Court has original jurisdiction of all civil actions where the matter in controversy exceeds $75,000. (28 USC 1332)

5. The alleged final judgment amount $116,600 Mr. Seaman is claiming an interest in, has been in lawful dispute in Denver Federal Court since December 22, 2020, as part of the Deprivation Civil Rights claim against Officer Brian James Flynn and et. al.. **(Ex. CW)**

6. The alleged final judgment amount $116,600 is in dispute in Denver Federal Court as part of the pending to proceed defamation claim against original Defendant and white male celebrity James Corey Goode (Ex. DA, filed July 22, 2022), and for which Brian James Flynn saw the same defamation facts this instant case and lied none were shown in his alleged dismissal orders (January 29, 2020). **Montalbano incorporates by reference the pending to proceed in Denver Federal Court Defamation claim filed July 22, 2022 this court record as Exhibit DA,** and **incorporates by reference Federal Court Magistrate Mix's Recommendation that the Defamation claim proceed against Mr. James Corey Goode (Exhibit CZ filed July 22, 2022, this record).**

7. The alleged final judgment amount $116,600 is in dispute in Denver Federal Court as part of the pending RICO claim (18 USC 1961) against Mr. James Corey Goode, Ms. Valerie Yanaros (alleged legal counsel based in Texas), and Ms. Elizabeth Lorie (alleged legal counsel based in Florida). (Ex. CY, filed July 22, 2022)

8. This Mesa District Civil State Court is the wrong Venue for Mr. Seaman's claims as the same matters are already at issue in the Denver Federal Court's superseding case 1:20-CV-00742-DDD-KLM. The Federal Court in Denver, Colorado, located at: 901 19th St, Denver, CO 80294, is the correct venue. Mr. Seaman's motion must be denied for improper venue.

9. The Federal Court has original jurisdiction of all actions involving Constitutional matters. (18 USC 1331). Mr. Seaman's claim to the Judgment amount, is part of a Constitutional Civil Rights violation matter and this State Court must Deny and Dismiss his claims for lack of jurisdiction over the subject matter.

10. Montalbano has consented to the authority of the State and National Constitutions being upheld in the jurisdiction of the Denver Federal Court pursuant 42 USC 1988, 42 USC 1983, and 28 USC 1331; thereby this Mesa County State Court does not have personal jurisdiction over Ms. Montalbano or any matters related to case 18CV50 or the alleged final judgment monies, the Denver Federal Court does. **(Ex. CW)**

11. Montalbano has motioned in Denver Federal Court, case 1:20-CV-00742-DDD-KLM, for Mr. Seaman to be joined thereto. **(Attached EXHIBIT DB)**

12. Montalbano has Emergency motioned in case 1:20-CV-00742-DDD-KLM for case 18CV50 to be stayed and/or consolidated with the pending Federal Case. **(Attached EXHIBIT DC)**

13. Case 18CV50 is pending removal to Denver Federal Court to be joined with case 1:20-CV-00742-DDD-KLM pursuant 28 USC 1441(a) and (c), 28 USC 1446, 28 USC 1332(a), 42 USC 1988, 42 USC 1983 and 28 USC 1331 and whereby protection orders will be sought against Mr. Seaman, Mr. Goode, and Mr. Flynn for continued civil rights violations and harassment through trespassing the law, and placing a fraud on the Mesa District Civil Court to launder money via fraudulent court orders and alleged final judgments to fund Mr. Goode's ongoing public racketeering acts. **(Ex. CY)**

**WHEREFORE,** for all the facts, laws, Constitutional Laws, and reasons stated herein and as contained in the cited and incorporated Motions, Documents, and Exhibits and because the same matters are already pending to proceed in Denver Federal Court within case 1:20-CV-00742-DDD-KLM, this State Court does not have jurisdiction over Ms. Montalbano, case 18CV50, the alleged judgment monies, or any transfer of interest thereof, and Mr. Seaman's Complaint Motion to Transfer Interest and Amend Judgment as filed July 8, 2022 in Mesa District Civil Court case 18CV50, are filed in the wrong venue, Denver Federal Court located at: 901 19th St, Denver, CO 80294, is the correct venue; therefore, Mr. Seaman's Complaint styled as "Motion to Transfer Interest and Amend Judgment" must be Denied and Dismissed pursuant Colo.R.Civ.P Rule 12(b) for lack of jurisdiction and improper venue and Montalbano be awarded the cost of her time ($125/hr) and expenses incurred from addressing and removing Mr. Seaman's improperly filed in State Court claims.

Respectfully Submitted and All Rights Reserved,

*Alyssa Chrystie Montalbano*

Defendant, Alyssa Chrystie Montalbano, American Citizen

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION TO DISMISS** were sent first class by U.S. Mail, postage prepaid, to pro se litigant Mr. James Corey Goode USPS Certified Mail 7019 1640 0001 9358 6813; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020; and upon pro se litigant Mr. Thomas D. Seaman dba ALPINE JUDGMENT RECOVERY; PO Box 1002, Ridgway, CO, 81432; USPS Certified Mail 7019 1640 0001 9358 6806, this 25th day of August, 2022.

*Alyssa Chrystie Montalbano*

Alyssa Chrystie Montalbano, American Citizen