EXHIBIT C
Darling International / Goode
Protection Order

439F-000315

EXHIBIT P

CAUSE NO. 14-04807

| | | |
|---|---|---|
| DARLING INTERNATIONAL INC., | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| JAMES "COREY" GOODE | § | |
| Defendant | § | 116th JUDICIAL DISTRICT |

## AGREED PERMANENT INJUNCTION

This Court, after due consideration of the request and agreement of the parties, Plaintiff Darling International Inc. (now known as Darling Ingredients Inc.) ("Plaintiff" or "Darling") and Defendant James "Corey" Goode ("Defendant" or "Goode") in the above-captioned matter, hereby ORDERS, ADJUDGES, and DECREES this Agreed Permanent Injunction ("Permanent Injunction") of this Court.

Defendant, a former employee of Darling, and Defendant's agents, servants, and those persons acting in concert or participation with him / them who receive actual notice of this Permanent Injunction by personal service or otherwise, shall be and hereby are enjoined and prohibited from the following:

1. Committing or threatening any acts of violence or harassment against Darling, its officers, directors, board members, executives, investors, and/or employees (collectively, "Protected Parties");

2. Threatening or harassing Darling and/or the Protected Parties in person, by telephone, e-mail, social media and/or internet posting, including YouTube, or any other means of in person, written, or electronic communication;

3. Making a threat to Darling and/or the Protected Parties or engaging in harassment through another person against Darling and/or the Protected Parties;

4. Going within 200 yards of Darling's operations and facilities as set forth on EXHIBIT A to this Permanent Injunction, including Darling's corporate headquarters at 251 O'Connor Ridge Boulevard, Ste. 300, Irving, Texas 75038, the physical location of any meeting of the Board of Directors (which meeting locations Mr. Goode has actual knowledge of), Darling's facility at 1240 Sargent Road, Dallas, Texas 75203, and the personal residence of Mr. Cooper Wilson located at 1005 W. Winding Creek, Grapevine, Texas 76051;

5. Stalking, following, or engaging in conduct directed specifically to Darling and/or the Protected Parties, which is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass Darling and/or the Protected Parties, or disrupt the business operations of Darling;

AGREED PERMANENT INJUNCTION — 1

EXHIBIT C
Darling International / Goode
Protection Order

6. Making or posting threatening, harassing, and/or defamatory comments or postings about Darling and/or the Protected Parties on social media websites or the internet generally; and/or

7. Disrupting the workplace or operations of Darling by telephone, fax, e-mail, or other forms of communication, directed or sent to the office(s) or facilities of Darling as set forth on EXHIBIT A, or by telephoning, faxing, emailing, or otherwise communicating with any employee or Protected Party at the office(s) of Darling set forth on EXHIBIT A, in a manner which is reasonably likely to disrupt Darling's workplace or operations or with the intent of doing so, or accessing the computer system(s) and/or computer network of Darling.

The parties have agreed, and the Court finds, that this Permanent Injunction, including EXHIBIT A, which is fully incorporated herein by reference, is specific in its terms and describes in reasonable detail, and not by reference to the complaint or other document, the act or acts sought to be restrained and that it gives fair notice to Defendant of what he is prohibited from doing and for what period of time he is prohibited from doing the prohibited acts. Defendant has agreed, and the Court finds that Defendant has agreed, not to challenge the clarity or the specificity of the language of this Permanent Injunction if he is cited for contempt for violating this order. Defendant has further agreed and consented to, and the Court finds that Defendant has agreed and consented to, the release of the bond posted by Plaintiff in this matter.

The Court finds that both parties have decided to agree to the entry of this Permanent Injunction and have decided to and agree to forgo the opportunity to conduct a hearing before the Judge on Plaintiffs' request for a temporary injunction and to forgo a jury trial on Plaintiff's request for a permanent injunction for reasons that each party is informed and is satisfied are sufficient and because the parties have agreed to resolve this dispute without the necessity, time, and expense of proceeding to trial. Therefore, this Court finds that there is good and sufficient reason, backed by facts and legal arguments known to the parties and/or their counsel, for them to request that this Court enter this Permanent Injunction, and for this Court to find that there is good and sufficient reason for this Court to sign and order this Permanent Injunction. The Court further orders that the $250.00 bond posted by Plaintiff be released from the registry of the Court and returned to Plaintiff.

Each party shall pay its own attorneys' fees and court costs.

SIGNED this 31st day of October 2014, at 2:25 o'clock, a.m./p.m.

_____
THE HONORABLE JUDGE
TONYA PARKER PRESIDING

AGREED PERMANENT INJUNCTION                                                                 2

EXHIBIT C
Darling International / Goode
Protection Order

JACKSON LEWIS P.C

By _____
Dan Hartsfield
State Bar No. 09170800
dan.hartsfield@jacksonlewis.com
Justin H Smith
State Bar No. 24041943
justin.smith@jacksonlewis.com
Cynthia Uduebor Washington
State Bar No 24047012
cynthia.washington@jacksonlewis.com

500 N Akard, Suite 2500
Dallas, Texas 75204
Phone: (214) 520-2400
Fax    (214) 520-2008

ATTORNEYS FOR PLAINTIFF,
DARLING INTERNATIONAL INC.

Date· October 30th, 2014

By. _____
James "Corey" Goode
2715 Forrest Grove Drive
Richardson, Texas, 75080
Phone· 469-377-0620
e-mail: GoodeTech@Yahoo.com

DEFENDANT, *PRO SE*

Date   October 30th, 2014