IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02224-KLM

THOMAS D. SEAMAN, individually, and JAMES COREY GOODE, individually,

Plaintiffs,

v.

ALYSSA CHRYSTIE MONTALBANO,

Defendant.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in other cases in this court as counsel for:

MR. JAMES COREY GOODE

Please enter send all notices of filing to me and register myself as counsel for him in this proceeding.

DATED at Dallas, Texas this 7th day of September, 2022

/s Valerie Yanaros, Esq.
Valerie Yanaros, Esq.
Texas Bar No. 24075628
Admitted to Practice in the District
Court of Colorado
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The below signed certifies that a copy of this filing will be served on each Defendant by ECF on September 7th, 2022.

<u>/s Valerie Yanaros, Esq.</u>
Valerie Yanaros, Esq.
