**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No: 1:22-CV-02224-KLM**

**Thomas D. Seaman, Individually
James Corey Goode, Individually**

**Plaintiffs,**

**v.**

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

---

**DEFENDANT ALYSSA MONTALBANO
JURY DEMAND**

---

COMES NOW, Defendant, Alyssa Chrystie Montalbano and files this demand for

Trial by Jury pursuant U.S. Constitution, Bill of Rights, Article VII;

Colorado Constitution, Bill of Rights, Sections 6, 10, 23 and 25; FRCP 38; and

28 USC 1331, and states as follows:

1. Montalbano claims her Right to trial by Jury on matters exceeding twenty dollars.

   $116,600 exceeds twenty dollars. (U.S. Const., Bill of Rights, Art. VII)

2. Montalbano claims her Right to trial by jury for defamation.

   (Colo. Const., Bill of Rights, Section 10)

3. Montalbano claims her Right to trial by Jury in civil cases.

    (Colo. Const., Bill of Rights, Section 23)

4. Montalbano claims her Right to protect her writings and discoveries.

    (U.S. Const. Article I, Sec. 8., Cl 8) and whereby the amount in controversy exceeds twenty dollars ($70,000+).

5. Montalbano claims her Right to Due Process of Law.

    (Colo. Const., Bill of Rights, Section 25)

6. Montalbano claims her Right to Equality of Justice.

    (Colo. Const., Bill of Rights, Sec. 6)

7. Montalbano demanded Trial by Jury in case 18CV50 and Mr. Brian James Flynn unlawfully took away this Right [#1-2 Deprivation Rights] in his Kangaroo Court ran inside Mesa District Civil Court and he knowingly corrupted the Judicial Machinery.  **(Exhibit 1 – Jury Demand filed case 18CV50, June 10, 2019)**

**WHEREFORE,** Montalbano demands Trial by Jury for Defamation; to protect her writings and discoveries; and for the fraud judgment amount of $116,600 maliciously and unlawfully entered by Brian James Flynn via his Kangaroo Court, case 18CV50.

| | |
|---|---|
| Dated this 9th Day of September 2022 | Respectfully Submitted and All Rights Reserved, |
| | */s/ Alyssa Chrystie Montalbano* |
| | American Citizen, Defendant |
| | 970.250.8365<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, CO 81505<br>E-mail: LegalZenACM@gmail.com |

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September 2022 a true copy of the foregoing Jury Demand was filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1661

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.co

/s/ **Alyssa Montalbano**

Alyssa Montalbano, American Citizen