| | |
|---|---|
| District Court<br><br>Mesa County, Colorado<br>Court Address: 125 North Spruce<br>P.O. Box 20,000-5030<br>Grand Junction, CO 81502 | **ORIGINAL FILED IN**<br><br>JUN 1 0 2019<br><br>COMBINED COURT<br>BY LITIGANT<br><br>▲ **COURT USE ONLY** ▲ |
| Plaintiff(s)/Petitioner(s): Alyssa-Chrystie: Montalbano<br>v.<br>Defendant(s)/Respondent(s): James Corey Goode | |
| Attorney or Party Without Attorney (Name and Address):<br>Alyssa-Chrystie: Montalbano, American Citizen<br>2536 Rimrock Ave, Suite 400-117<br>Grand Junction, Colorado, 81505 | Case Number: 18CV50 |
| Phone Number: 970.250.8365 E-mail: AriStoneArt@Ymail.com | Division 10   Courtroom 10 |
| **STATEMENT OF JURY DEMAND** | |

Comes now Plaintiff, Alyssa Chrystie Montalbano, to state the following for her jury demand: Jury demand was made and paid for in the 'stricken as redundant' amended complaint filed on February 27, 2019 and was not made in the accepted Amended Complaint filed on November 13, 2018. Plaintiff demands a trial by jury as a matter of right on all matters so triable.

Respectfully submitted, All Rights Reserved

*Alyssa Chrystie Montalbano*

Plaintiff, Alyssa Chrystie Montalbano, American Citizen

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **STATEMENT OF JURY DEMAND** was sent first class by U.S. Mail, postage prepaid, to Mr. James Corey Goode USPS Certified Mail 7018 0680 0002 3148 6060; 1140 US Highway 287, Suite 400-266, Broomfield, CO 80020 and by email to James Corey Goode this 10th day of June, 2019.

*Alyssa Chrystie Montalbano*
Alyssa Chrystie Montalbano, American Citizen