# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No: 1:22-CV-02224-KLM**

**Thomas D. Seaman, Individually**
**James Corey Goode, Individually**

**Plaintiffs,**

**v.**

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

---

## DEFENDANT ALYSSA MONTALBANO

## NOTICE OF FAILURE OF SERVICE (FRCP 5)

---

COMES NOW, Defendant Alyssa Chrystie Montalbano, and files this Notice of Failure of Service; to notify this court and its faithfully presiding officers the following documents filed by Mr. Thomas D. Seaman/ALPINE JUDGMENT RECOVERY ("AJR") in case 18CV50 were never served on Ms. Montalbano, in violation of FRCP 5:

1. Copy of Affidavit of Certificate of Service of Interrogatories, filed August 8, 2022. [#7 at 20] Montalbano obtained a copy directly from the Mesa Court Clerks. [#1-11]

2. ALPINE JUDGMENT RECOVERY ("AJR")/Thomas D. Seaman, letter to the court requesting contempt of court against Ms. Montalbano, filed August 15, 2022; and marked reviewed by Mr. Flynn, August 23, 2022 (only 8 days after it was filed). [#7 at 20] Montalbano received a copy from the Mesa Courts about September 1, 2022 via post mail with Mr. Flynn's "Reviewed" order attached to it.

3. Ms. Montalbano has since informed Mr. Seaman/AJR by email he is required to serve copies of everything he files, upon Ms. Montalbano.

**WHEREFORE,** Montalbano Notifies the Court that Montalbano's right to respond/object was (again) taken away, and Mr. Flynn (as usual) reviewed Mr. Seaman's papers immediately after Mr. Seaman filed them; when in contrast Mr. Flynn ignored Montalbano's repeat requests for Injunctive Relief from defamation by male celebrity Goode for over a year and half [#1-2, Deprivation Rights]; showing (again) Mr. Flynn's bias for male celebrity Mr. Goode and his associates, over Ms. Montalbano.

Dated this 9th Day of September 2022

Respectfully Submitted and All Rights Reserved,

*/s/ Alyssa Chrystie Montalbano*

American Citizen, Defendant

970.250.8365
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
E-mail: LegalZenACM@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 9th day of September 2022 a true copy of the foregoing Notice was filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1661

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.co

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen