**EXHIBIT N**

| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: December 10, 2020<br>CASE NUMBER: 2020CA1775 |
|---|---|
| Mesa County<br>2018CV50 | |
| **Plaintiff-Appellant:**<br><br>Alyssa C Montalbano,<br><br>**v.**<br><br>**Defendant-Appellee:**<br><br>James Corey Goode. | Court of Appeals Case Number:<br>2020CA1775 |
| ORDER OF THE COURT | |

To: Appellant

After review of the December 2, 2020 motion, which the Court construes as a motion to reconsider the November 19, 2020 order dismissing the appeal, the Court DENIES the motion.

BY THE COURT
Terry, J.
Grove, J.
Gomez, J.