**FORM 827**   OATH OF OFFICE—THE C. F. HOECKEL CO., DENVER 33768

**STATE OF COLORADO**

Mesa County,
Grand Junction City/Town

BOOK 2121 PAGE 713
1706042 03:34 PM 01/10/95
MONIKA TODD CLK&REC MESA COUNTY CO

I, **BRIAN J. FLYNN** do solemnly swear by the ever living God, that I will support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of the office of **Deputy District Attorney** upon which I am about to enter.

*Signature*

Subscribed and sworn to before me this **10th** day of **January**, 19**95**.

Official administering oath
**Charles A. Buss, Chief Judge**
Title
**Mesa County Courthouse**
Address

My Commission expires **N/A**

**NOTE: USE AFFIRMATION ON BACK SIDE ONLY UPON REQUEST!**





Tina Peters, Clerk and Recorder of Mesa County certifies this to be a full, true and correct copy of the original recorded document in my custody.
Date: 2/3/2020  By: _____ Deputy Clerk

MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BA
JUDGE FLYNN OATH OF OFFICE

FORM 827   **OATH OF OFFICE**   PARAGON SYSTEMS GROUP   hoe827.frm

**STATE OF COLORADO**

COUNTY: __MESA__
TOWN/CITY: _____

BOOK 2294   PAGE 298
1784997   0151PM 01/14/97
MONIKA TODD CLK&REC MESA COUNTY Co

I, __Brian J. Flynn__, do solemnly swear by the ever living God, that I will support the Constitution of the United States of America and of the State of Colorado, and faithfully perform the duties of the office of __Deputy District Attorney, 21st Judicial District__ upon which I am about to enter.



SIGNATURE

[SEAL]   Subscribed and sworn to before me this __14th__ day of __January__, 19__97__.

Officer administering oath: _____
Charles A. Buss
Title: __Chief Judge, District Court, 21st Judicial District__
Address: __P.O. Box 20000, Grand Junction, CO  81502-5032__
My commission expires: __N/A__

*AN AFFIRMATION IS AVAILABLE ON REVERSE SIDE OF THIS FORM*

Tina Peters, Clerk and Recorder of Mesa County certifies this to be a full, true and correct copy of the original recorded document in my custody.
Date: 2/3/2020   By: _____ Deputy Clerk



MOTION TO VOID JUDGEMENT
PERSUANT RULE 60(B)(3),(4)
EXHIBIT BA
JUDGE FLYNN OATH OF OFFICE