FOR THE DISTRICT OF COLORADO

IN THE UNITED STATES DISTRICT COURT

**Civil Action No: 1:22-CV-02224-KLM**

**Thomas D. Seaman, Individually**
**James Corey Goode, Individually**

**Plaintiffs,**

**v.**

**Alyssa Chrystie Montalbano, Individually**

**Defendant**

---

**ALYSSA MONTALBANO**
**OBJECTION TO ORDER TO SHOW CAUSE [Dkt. 16]**

---

Montalbano hereby objects to Magistrate Mix's improper and unlawful order to show cause [Dkt. 16] whereby the following Constitutional violations/anomalies must FIRST be lawfully resolved pursuant Magistrate Mix's Constitutional Oath of Office prior her writing any orders, recommendations, or remand decisions as related to Montalbano in this instant action and the related case, 1:20-cv-00742-DDD-KLM [Dkt. 6]:

1. Montalbano incorporates by reference her Response and Objection to the Motion for Remand as if set fully herein and it is set fully herein [Dkt. 17], showing the full details of the Constitutional Law violations and why any remand of this case will in-fact be perjury of any remanding Officer's Oath of Office.

1

2. At least one party has not consented to Magistrate Judge Mix presiding over this instant case [Dkt. 4] and she should not be writing or filing any papers herein to include the 'Order to show Cause'.

3. Montalbano has filed a Motion to Recuse Magistrate Mix [Dkt. 12] from this instant action for her playing multiple choice on which Constitutional Laws she will follow in the related Federal Court case 1:20-CV-00742-DDD-KLM depending on who's asking her [Dkt. 1-2, Deprivation Rights], aka bias and prejudice for her co-workers, and perjury of her Oath of Office.

4. Had case 18CV50 actually been heard in accordance with due process of law in the Mesa District Civil Courthouse and if traditional 'removal' rules actually applied, the removal was timely performed due to extensions of time being granted by Brian James Flynn in regard to addressing the Motion/orders that made it known to pro se litigant Montalbano the case was removable.[Dkt. 1 at 5,No.23].

5. Magistrate Mix acknowledged that defamation occurred in case 1:20-CV-00742-DDD-KLM by Goode against Montalbano [Dkt. 1-4], but is still unlawfully trying to cover up for her co-worker, Brian Flynn, who also knew Goode was defaming Montalbano all during case 18CV50 (2018-2020) as Flynn saw the same defamation facts as Magistrate Mix, but Flynn instead lied Montalbano's defamation claim was frivolous and also lied Montalbano had to pay $116,600 to Goode (the defamer). Flynn knowingly corrupted the Judicial

Machinery of the Mesa Courthouse with his lies and perversions.

[Dkt. 1-2, Deprivation Rights]

6. Montalbano's emergency Motion [Dkt. 10] must be granted to uphold Constitutional Law (Supreme Law of the Land) pursuant an Oath of Office.

7. Magistrate Mix's impartiality is reasonably in question for her openly supporting her co-worker Brian Flynn's Corruption of the Judicial Machinery performed inside the Mesa Courthouse; and the Motions to Recuse Magistrate Mix [Dkt. 12; and Motion to Recuse filed in case 1:20-CV-00742-DDD-KLM at Dkt, 303] must FIRST be resolved in accordance with Constitutional Law before Magistrate Mix may continue in this instant action or the related action (1:20-CV-00742).

Any objections by Magistrate Mix to her recusal this instant action must be supported with 100% Constitutional Law and pursuant her Oath of Office she must only provide court rules, case laws, and other laws in 100% support of Constitutional Law, anything less is open perjury of said Oath.

Any lawful Recommendations or Order filed herein by Magistrate Mix or any Officer of the Law, must show with Constitutional Law how the order upholds Montalbano's Defamation Rights **(Colo.Const., Bill of Rights, Sec. 10)**, Equality of Justice Rights **(Colo.Const., Bill of Rights, Sec. 6)**, Due Process of Law Rights

3

**(U.S. Const. 14th Amendment, Sec. 1[1]; and Colo. Const, Bill of Rights, Sec. 25)**, and Author Rights **(U.S. Const. Art. 1, Sec. 8, cl. 8)**. Continued failure by Officers to support orders and recommendations with 100% Constitutional Law will be open perjury of said Oath. Perjury of said Oath means the Officer writing repugnant Constitutional Law orders will have vacated their Office of public trust (**Colorado Constitution, Article XII, Section 10)** to knowingly participate in corruption of the Judicial Machinery in their personal capacity.  Pursuant the Stripping Doctrine in support of the Vacancy clause, the Officer will be stripped of immunities for acting outside the scope of their authority and may be sued in their professional capacity for all their unconstitutional acts. [Dkt. 17 at 3-6]

If Magistrate Mix will correct all her Constitutionally violative orders and recommendations (perjury) pursuant her Oath of Office in all cases pertaining to Montalbano and correct the Constitutional Law matters at issue and cited with specificity to be corrected this action and the related actions, Montalbano will withdraw all Motions to Recuse Magistrate Mix [Dkt. 12; and case 1:20-CV-00742-DDD-KLM, Dkt. 303)] and will expect her to strictly adhere to only Constitutional Law for the duration of any and all cases through trial without bias or prejudices pursuant her Oath of Office to the State and National Constitutions.

---

[1] https://constitution.congress.gov/browse/amendment-14/section-1/

8. Lastly, Montalbano already knew (9.25.2022) of Magistrate Mix's bent-of-mind to maliciously remand this instant case to her lying peer, Brian James Flynn, before Ms. Valerie Yanaros even asked for Montalbano's position on the Remand Motion **(Exhibit 1).** This is simply provided as further evidence of Montalbano's Trade Secret claim [2] and whereby there are even greater detailed Dream Vision records delivered by mistake and error to James Corey Goode notably by email during 2017 due to belief in he and David Wilcock's public alien and dream teaching frauds and donation rackets. [#1-3, RICO]

**WHEREFORE,** for all the facts, reasons and superior Constitutional Law cited herein and incorporated by reference and pursuant an Oath of Office that Constitutional Law is the Supreme Law of the Land, this instant case must lawfully remain within this federal court until all Constitutional anomalies are FIRST corrected, to include vacating Brian Flynn's clearly fraudulent orders [Dkt. 15-3] and fraud judgments in the State Court pursuant Due Process of Law and an Oath of Office to the State and National Constitutions which must be upheld above all conflicting court [remand] rules, state laws, and any other conflicting laws; and Montalbano's Emergency Motion [Dkt. 10] must be granted to uphold the State and National Constitutions and in particular the Bill of Rights contained therein; and that this Court grant any other such relief to Alyssa Montalbano as required by Law pursuant an Oath of Office to the State and National Constitutions to do so.

---

[2] See case 1:20-CV-00742-DDD-KLM, Dkt. 217, Claim 7 - Trade Secrets.
 Also see case 1:20-CV-00742-DDD-KLM, Dkt. 231 at 11-15, showing prior filed court dream vision regarding covid vaccines that occurred literally in waking states after the State Court filing.

| | |
|---|---|
| Dated this 13th Day of October 2022 | Respectfully Submitted and All Rights Reserved, |
| | */s/ Alyssa Chrystie Montalbano* |
| | American Citizen, Defendant |
| | 970.250.8365<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, CO 81505<br>E-mail: LegalZenACM@gmail.com |

## CERTIFICATE OF SERVICE

I certify that on this 13th day of October 2022 a true copy of the foregoing Objection to Order and attached Exhibit was filed via the CM/ECF filing system and the same delivered by paper mail upon the following pro se party:

**Mr. Thomas D. Seaman**
**dba ALPINE JUDGMENT RECOVERY**
PO Box 1002
Ridgway, CO 81432
USPS Certified Mail 7021 0950 0001 5240 1685

And upon Mr. James Corey Goode via his Counsel via the CM/ECF system:

**Valerie Yanaros**
Yanaros Law, P.C.
8300 Douglas Avenue Suite 800
Dallas, Texas 75225
Telephone: (512) 826-7553
valerie@yanaroslaw.com

**/s/ Alyssa Montalbano**

Alyssa Montalbano, American Citizen

6