

9/25/2022
@11:58pm

~~[redacted]~~

Konce Joe
Bernard  Koraude
Snake, inside to see him
'born' again - scowl

CASE 1:22-CV-02224-KLM
REMAND

They want
to remand
my case.
Put it back
in state court (did
of Flynn dream,
whew done
Nothing)

6:30am I was outdoors w/ [redacted] & one or 2 others (A mom? & a son?). I was
    a dad?
showing them magik, & saying it didn't
matter if I fell off the banister as I could
fly or use magik to slow myself at the bottom.
    I then did a lil demo & held onto a 'branch'
that was more like a white cloth & I let myself
very slowly rise w/ it (as if a helium balloon)
⟨DV creepy clown⟩ & I went up almost to the
next level floor. Then, I think I let go?
to show the slow down demo & came down
(only ≈3ft up from the floor w/ my feet). They
thought it cool & were impressed.
    Now an 'animal' was giving birth on the main level
wood deck where [redacted] were & a young
[redacted] (like 7 or 8 yrs old) & he came out the
birth canal as if in a sack, but

reminiscent to the one by my bunk bed on the floor. It seemed for sure he was coming w/me & I was ok w/ the responsibilities involved in having him as I seemed to have also hug held him & I seemed to have had no pets for a very long time & I missed having one there for me & so loving, so Ip was planning to keep him as otherwise he sorta seemed he'd be an orphan &/the 'snake' he'd been born from seemed dead now.

There was also a sequence where it was like case 1:22-cv-02224-KLM was put back in state court by the 'Judge' (KLM) for Flynn to issue orders in it. & they'd just done it on their own w/no motions filed by the opposing party or legal reasons. They were angry, hateful & spiteful about the case & wanted to let Flynn keep being a nasty ▇ in State Court w/no legal repercutions. & for him to keep damaging me. I then realized it was a dream & saw that nothing had happened in the case in 'actuality' & was relieved. But knew now they were hateful & spiteful & wanted Brian to keep being a nasty ▇ in State Court & that they were trying to resolve how to do it, but mostly they were

angry w/ me & that they had no legal rights
to do so. But, they wanted to try to scare me
w/ their garbage & to distress & stress me out.
& to show me what they want to do. (Keep being
[redacted] crooks, imho, [redacted]

10:16pm Today VYW text me @7:42pm asking
my opinion about her soon to file a motion for Remand.
No motion attached though; just her asking my position.



**Valerie Yanaros Wilde**
Mobile

9/26/22 7:42 PM

Hi Ms. Montalbano, I sent an email earlier about our proposed motion to remand--I will file as opposed unless I hear otherwise in the next hour or so. I can always update the certificate of conferral if you respond as unopposed after I file but I'm guessing that probably won't happen. Thank you!!

9/26/22 7:47 PM

I have responded to your email. There is no motion attached?. Regardless, it does not come as a surprise considering what I observed in my dream last night...

Sent

9/26/22 7:54 PM

Thank you so much!