**EXHIBIT A** MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 2)

## NOTICE OF WRITTEN CORRESPONDENCE

April 18, 2018

Certified Mail#    7016 2070 0000 9810 9985

Petitioner: Alyssa-Chrystie: Montalbano
    ARI STONE ART LLC
    2536 Rimrock Ave
    Suite 400-117
    Grand Junction, Colorado 81505

Respondent:    James Corey Goode
    GOODE MEDIA PUBLISHING, LLC
    GOODE ENTERPRISE SOLUTIONS INC
    1140 US HIGHWAY 287
    SUITE 400-266
    BROOMFIELD, COLORADO 80020

This is formal notification that effective April 18, 2018 any and all correspondence regarding "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" be directed in writing to Alyssa-Chrystie: Montalbano at the following address:

Alyssa-Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

In order to proceed properly and in accordance with applicable laws regarding this matter, please send all lawful responses to the proceeding address.

**RESPONSE:** Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

Any response without the required certifications and/or documentation shall be deemed a dunning notice, and is considered frivolous and is evidence of Dishonor.

Signed this 18 day of April, 2018
With Prejudice and All Rights Reserved,

*Alyssa-Chrystie: Montalbano*

Alyssa-Chrystie Montalbano (UCC 1-308)

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

**EXHIBIT B** MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM
VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF
CHARACTER (R. 1)

RECEPTION#: 2843230
6/7/2018 4:01:00 PM, 1 of 77
Recording:   $393.00,
Sheila Reiner, Mesa County, CO,
CLERK AND RECORDER

## CERTIFICATE OF SERVICE

It is hereby certified, that on April  18 , 2018 , the undersigned mailed to:

James Corey Goode
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"**

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7016 2070 0000 9810 9985**  Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

Courtesy copies of 1, 2, and 4 sent by Certified Mail with Return Receipt to CEO, Jirka Rysavy GAIA INC Certified Mail No. 7016 2070 0000 9810 9954 and Senior Director of Content Production, Jay Weidner GAIA INC at the following address: 833 West South Boulder Road Building G, Louisville, CO 80027.

Signed this  18  day of April 2018

With Prejudice and All Rights Reserved,

Alyssa-Chrystie Montalbano (UCC 1-308)
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

EXHIBIT C   MOTION TO ORDER CEASE AND DESIST UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 22)

## Courtesy Notice

## Stop and Desist Use of Intellectual Property and Copyrighted Materials
### with
### Intent to Litigate - AMENDED

| | |
|---|---|
| Certified Mail# | **7018 0680 0002 3149 0623** |
| Date: | **May 16, 2018** |
| Petitioner: | Alyssa-Chrystie: Montalbano |
| | ARI STONE ART LLC |
| | 2536 Rimrock Ave |
| | Suite 400-117 |
| | Grand Junction, Colorado 81505 |
| Respondent: | James Corey Goode |
| | GOODE MEDIA PUBLISHING LLC |
| | GOODE ENTERPRISE SOLUTIONS INC |
| | 1140 US HIGHWAY 287 |
| | SUITE 400-266 |
| | BROOMFIELD, COLORADO 80020 |

I, Alyssa-Chrystie: Montalbano, real flesh and blood human being and of the real land of the United States of America without the jurisdiction of the UNITED STATES and being of sound mind and body do solemnly declare the following to be true and correct to the best of my knowledge and understanding:

Per due process of law this is lawful and legal notification to James-Corey: Goode, Sphere Being Alliance, GOODE MEDIA PUBLISHING LLC, GOODE ENTERPRISE SOLUTIONS INC, any other known or unknown names or entities as thereby used, all affiliates, associates, subsidiaries, and by extension David Wilcock, GAIA INC, GAIA TV, Cosmic Disclosure, and Wisdom Teachings, hereafter "Respondent" of the following criminal activities and copyright infringements of the intellectual property and copyrighted materials of Alyssa-Chrystie: Montalbano, Owner ARI STONE ART LLC, writer-artist operating under the pseudonym of Ari Stone, hereafter "Petitioner," (US CODE Title 17) specifically but not limited to 17 USC 5;  17 USC §501 ; 17 USC §106 -122; and 17 USC 106A.

Since 2016 Petitioner has freely shared in **error** and **mistake** over 500 dreams, proprietary information, intellectual property, and copyrighted materials with Respondent predominantly via email to SphereBeingAlliance@gmail.com and from the following specified two email accounts of Petitioner: AriStoneArt@Ymail.com (business email) and PurpleMagus374@gmail.com (private email).

Petitioner asserts Respondent **conspired** with a network of complicit associates **(18 USC §241)** in order to "synchronistically" encourage, manipulate, remote view, and remote influence Petitioner to continue to email dream experiences and free information and intel for Respondent to utilize, mutilate, and present as his own "secret insider" Secret Space Program "intel" or otherwise similar labels with **intent** to **knowingly and willfully** (18 USC §1001, CRM 910 Knowingly and Willfully) **defraud (Black's Law Dictionary Abridged 8th Edition, p360)**

# EXHIBIT D (1 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 4-5)

## NOTICE OF FAULT IN DISHONOR
### (Opportunity to Cure)

Certified Mail#    **7018 0680 0002 3149 0623**

Date:    **May 16, 2018**

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Reference:    **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate
dated April 18, 2018**

This instrument is a **Notice of Fault in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above.

**PRESENTMENT**: On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**DISHONOR:** By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest or acceptance, legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018**, and therefore a confession of judgment on the merits is warranted.

Petitioners in good faith offers an extension of the time to the Respondent for making the required presentment by an additional ten (10) days. Respondent has ten (10) days, for responding at the address given above.

Should Respondent fail, refuse, or neglect to honor the presentment with a verified response to this **Notice of Fault in Dishonor**; as defined below and set forth in Notice of Written Correspondence dated April 18,2018; Respondent is consenting with Petitioner entry of a **Notice of Default in Dishonor** upon the Respondent, and the issuance of a certificate verifying Respondent non-performance, acceptance of liability, and Respondent's acquiescence and tacit agreement with all terms, conditions, and stipulations as set forth by Alyssa-Chrystie: Montalbano.

**RESPONSE:** Only a response that meets the following criteria qualifies as a sufficient verified response:

1. Any response must be made via a sworn affidavit, verified and affirmed by a signature under the penalty of perjury, and;

2. Any attorney representing the matter must provide a certified copy of their Oath of Office, allowing them to operate in said capacity, along with a certified Power of Attorney, without such they are a 3rd party and of no use.

# EXHIBIT D (2 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 4-5)

Any response without the required certifications and/or documentation shall be deemed a dunning notice, is considered frivolous, and is further evidence of Dishonor and fraud.

**DEFAULT:** Default is with the Respondent and is a confession of judgment to the following:

1.  Respondent agrees to pay all fines and fees due Petitioner and as set forth in "Fines and Fees For Intellectual Property Use and Copyright Infringements" dated May 16, 2018 and as cited for remedy in "Certified Billing Statement 001" dated May 16, 2018

2.  The Respondent acknowledges silence is acquiescence and tacit agreement to all allegations by Petitioner and as cited in SECTIONS 1, 2, 3, and 4 in "Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018" and as REVISED and dated May 16, 2018

3.  Respondent agrees any and all infringement uses are to stop and desist immediately.

4.  The Respondent waives any and all claims, rights, immunities and defenses.

Respondent confession of judgment is with these stipulations:

1.  Respondent is granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all infringements associated with or secured by the above-referenced activities to Petitioner.

2.  Respondent is consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, accounts, by the Petitioner against the Respondent up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the Respondent with the semblance of hindering, impeding, obstruction and/or delaying of the Petitioner's rights, remedy, and/or attribution due.

3.  Respondent is consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, accounts, and public hazard bonds by the Petitioner against the Respondent up to the amount of Ten million and 00/100 dollars ($10,000,000.00) for any and all actions taken by the Respondent with the semblance of harassment, coercion, defrauding, and/or defamation of Petitioner.

**Signed this 16 day of May, 2018**
**With Prejudice and All Rights Reserved,**

alyssa-Chrystie: Montalbano

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of CO , County of Mesa

Signed before me on this 16 day
of May 2018 by Kim Denk Blossom

Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

# EXHIBIT E (1 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 76-77)
## NOTICE OF DEFAULT IN DISHONOR

Certified Mail#    **7018 0680 0002 3149 0630 and 7018 0680 0002 3149 0685**

Date:    **June 4, 2018**

Petitioner:    Alyssa-Chrystie: Montalbano
ARI STONE ART LLC
2536 Rimrock Ave
Suite 400-117
Grand Junction, Colorado 81505

Respondent:    James Corey Goode
GOODE MEDIA PUBLISHING LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US HIGHWAY 287
SUITE 400-266
BROOMFIELD, COLORADO 80020

Reference:    **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate dated April 18, 2018**

This instrument is a **Notice of Default in Dishonor** upon the instrument(s) delivered by the Petitioner dated April 18, 2018 with the U.S.P.S. Certified Mail No. **7016 2070 0000 9810 9985** and received by the Respondent on or about April 20, 2018 at the address referenced above and subsequent presentment with Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Colorado.

**PRESENTMENT**: On **April 20, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response:

1. **Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate** dated April 18, 2018

2. **Notice of Written Correspondence** dated April 18, 2018

3. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice)** dated April 18, 2018

4. Courtesy Copy **Certificate of Service** dated April 18, 2018

**PRESENTMENT**: On **May 16, 2018,** Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0623 and 7018 0680 0002 3149 0777** and received by the Respondent on or about May 18, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Notice of Fault in Dishonor** dated May 16, 201

2. **Updated and Corrected Copy: Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED** dated May 16, 2018

3. AMENDMENT ONE dated May 16, 2018

4. ADDENDUM ONE dated May 16, 2018

5. FINES & FEES For Intellectual Property Use and Copyright Infringements dated May 16, 2018

# EXHIBIT E (2 of 2) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 76-77)

6. Certified Billing Statement 001 dated May 16, 2018

7. OFFER FOR REMEDY – REVISED dated May 16, 2018

8. **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018

9. **CC: Notice of Written Correspondence** dated April 18, 2018

10. Courtesy Copy of **Certificate of Service** dated May 16, 2018

**PRESENTMENT**: On **May 29, 2018**, Alyssa-Chrystie: Montalbano presented the following instrument(s) for response with the U.S.P.S. Certified Mail No. **7018 0680 0002 3149 0784** and **7018 0680 0002 3149 0647** and received by the Respondent on or about May 31, 2018 at the address referenced above and the following address: C/O GAIA INC, 833 West South Boulder Road Building G, Louisville, CO 80027.

1. **Certified Billing Statement 002** dated May 28, 2018

2. Courtesy Copy **Certificate of Service** dated May 29, 2018

**DISHONOR**: By the terms and conditions of the instrument, the Respondent is under the duty and obligation to timely and in good faith protest and/or honor the presentment within 14 (fourteen) business days. Allowing 14 (fourteen) business days plus reasonable mailing time for the acceptance have passed and Petitioner shows no record of protest and/or honor to the presentment with a legal, or lawful response. Petitioner deems the instrument(s) to have been dishonored on **May 16, 2018,** and therefore a confession of judgment on the merits is warranted.

Allowing 14 (fourteen) business days for the acceptance, and an additional ten (10) days on the opportunity to cure, **Notice of Fault in Dishonor,** and the time allowed having passed for acceptance, and the Petitioner showing no record of acceptance, Petitioner now deems the instrument(s) to have been dishonored on **May 16, 2018** and the **Notice of Fault in Dishonor** to have been dishonored on **June 3, 2018,** thereby comprising a confession of judgment on the merits.

**DEFAULT**: For the Respondent(s) failure to honor the offer, places the Respondent(s) at **fault**. For the Respondent(s) failure, refusal, or neglect in the presentment of a verified response to the Presentments and to the **Notice of Fault in Dishonor**, Respondent(s) thereby acquiesce and tacitly agree with all terms, conditions and stipulations set forth within the **Notice of Fault in Dishonor** and by Alyssa-Chrystie: Montalbano.

In a continued effort to settle outside of litigation the **Addendum AOFRA (Acceptance of Offer For Remedy as Apprentice) –REVISED** dated May 16, 2018, though dishonored, shall remain an available option for Respondent to accept as remedy due Petitioner (Instructor) outside of litigation, unless otherwise certified in writing.

Signed this <u>4</u> day of June, 2018
With Prejudice and All Rights Reserved,

*alyssa-chrystie: Montalbano*

**Alyssa-Chrystie: Montalbano (UCC 1-308)**
Owner ARI STONE ART LLC
Artist Ari Stone

State of <u>D</u>, County of <u>Mesa</u>

Signed before me on this <u>4</u>

of <u>June 2018</u> by Kimberly D Blossom

Notary Public <u>Kimberly D Blossom</u>

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**KIMBERLY D. BLOSSOM**
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Notice of Default in Dishonor

Page **2** of **2**

# EXHIBIT F MOTION TO ORDER CEASE AND DESIST
## UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 25)

### SECTION 1

**Respondent is to immediately implement the following remedies:**

I.  Respondent is to stop and desist immediately from all acts of defamation of Petitioner's character and all uses of libel, and slander.

II. Respondent is to stop and desist immediately with the retailoring of dreams as their own information and that has previously been shared by Petitioner with Respondent since 2016.

III. Respondent is to stop and desist immediately from continued public infringement of retailored dream information of Petitioner's since 2016 in any and all monetized and public formats to include: Cosmic Disclosure, Wisdom Teachings, films, books, internet, and public events. **(17 USC 503)**

IV. All dreams and other information as sent to Respondent at SphereBeingAlliance@Gmail.com since 2016 or otherwise delivered to Respondent by Petitioner, are the sole intellectual and proprietary property of Petitioner.

V.  All dreams and information as shared freely with Respondent since 2016 whereby permission was initially granted for sharing was made by **mistake** and in **error** (Black Law Dictionary 6th edition) under **colorable transfer** (Black's Law Dictionary Abridged 8th Edition, p221-222) and all rights granted in error are hereby rescinded. All dream experiences, personal experiences, observations, conclusions and/or suppositions of Petitioner as discovered from first hand observations and research are the sole intellectual property and/or copyrighted materials of Petitioner and the intellectual property thereof is NOT to be further utilized by Respondent in any for-profit or not-for-profit teachings, events, books, tweets, Facebook posts, or any other form of public media known or to be developed without the express written and certified consent of Petitioner. **(17 USC §106)**.

VI. Respondent is to remedy Petitioner for the usage of all intellectual property as shared in error and subsequently used by Respondent since 2016 and in accordance with fair market values, rates, fines, and fees, and as based on the total amount of infringements including those not contained herein. Should litigation become necessary a complete and full list of infringements shall be provided and submitted for review and remedy in any court of law.

VII. Furthermore, as of the postmark date of this mailing Respondent is NOT to delete move, rename, relabel, or otherwise willfully obscure, obfuscate, or obliterate any of the evidence contained herein or evidence as to yet be cited in coming documents in the event litigation is necessary for remedy. Sources of evidence may not to be altered hereafter, including but not limited to Respondent: Tweets, Facebook posts, Facebook Messages, YouTube Vlogs, Emails, and any other methods heretofore utilized for infringement and as may be subpoenaed as evidence. **(18 USC §1519)** Any acts of further deception shall be deemed willful and criminal acts with intent to defraud and defame Petitioner and shall be Respondent's self-confession and admission of guilt and shall be upheld as such in any court of law.

VIII. Extra care is to be taken regarding Emails and as sent from Petitioner and as received by Respondent at SphereBeingAlliance@gmail.com account, along with Facebook posts, Facebook pass-through to Tweets, and Tweets as posted on @BlueAvians. All emails sent by Petitioner to Respondent or vice versa are not to be deleted, altered, or otherwise obscured, obfuscated, or obliterated by Respondent as they may be subpoenaed (duces tecum) as furtive evidence of allegations.

# EXHIBIT G (1 of 3) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 27)

**Containing Intellectual Property About:**

*Time travel chair use by bodied beings and how in particular the chair user "__shrinks__" to use the
"__time travel portal__" on the face plate and some notes regarding the "__calibration__" of the chair,
including __DNA__ reading.*

**ON MAY 09, 2017 RESPONDENT** presented intellectual property
ON Cosmic Disclosure S7E19 at approx. time stamp 15:30

**In The Following Way:** *Respondent described "__portal travel__" as "__shrinking__" and "__calibrating__"
matching Petitioner's description of how a soul/body travels when using the time travel chair and
how it is calibrated with dial control on the face plate and backside of chair.*

2-3.   AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondent, and
Respondent Associate, David Wilcock, in-person a home printed copy of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of
Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:  June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)

**Containing Intellectual Property About:**

p63 - **"Magikal Silver Sparkles & Manifesting Gifts"** – original dream date November 16, 2016
*I manifest "__silver sparkles__" with my hands to make into gift for others.*

p58 - **"Inter-Dimensional Home"** *where my home "__shimmered__"(mirage) into view from the
other dimension when I used my gold key to access it from this dimension (p 61, 62, 63)*

p58 – **"Inter-Dimensional Home"** *Where I fly in a tree (ship) and land "__in a sphere__" on the
ground then proceed to access my inter-dimensional home using a gold key (p59)*

**ON JUNE 13, 2017 RESPONDENT** utilized and retailored a combination of copyrighted materials
ON Cosmic Disclosure S7E24 at approx. time stamps 10:00 – 20:00

**In The Following Way:** *to describe portal travel as "__sparkling light__"(10:00) and to further
describe portals as "__shimmering__" like a __mirage__' (10:20) and that portals are "__3-dimensional
spheres__"(19:30). Again utilizing a blend of Petitioner's copyrighted materials.*

2-4.   AT Conscious Life Expo **FEBRUARY 9-12, 2017 PETITIONER** gifted Respondents, David
Wilcock and Corey Goode, in person, a home printed edition of:
Pre-published Book: DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of
Peace" Edition 1 – Case# 1-6477994989
Date Digitally Published:  June 17, 2017 - Kindle Edition Only - ASIN B072TRB9GP
(ISBN 978-0-9969608-1-6, January 19, 2017)
And in particular: **Chapter 3: ALIENS & TECHNOLOGY** (p66-95)

# EXHIBIT G (2 of 3) MOTION TO ORDER CEASE AND DESIST
## UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS, COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 30)

Next in "Mega Update," Respondent's Associate, David Wilcock complicitly **implements Ruse De Guerre tactic of "synchronicity"** in stating the following:

Section Titled: "COMMENTARY BY DAVID WILCOCK"

". . . it is interesting to _look at this event_ as being a _synchronistic mirror_ of what we are also seeing here on Earth."

Shifting focus from Respondent's utilizations of Petitioner's copyrighted materials as merely being "synchronistic" or a "mirror" rather than infringement activities.  This Ruse De Guerre tactic of "synchronicity" is abundant throughout 2017 and especially during the 6 months Respondent alleges to 'not' be reading Petitioner's emails.

The following infringements, numbered **2-6 to 2-13** occurred in **Part 1 of alleged "Mega Update"** and subsequent infringements numbered **2-14 to 2-20** occurred in **Part 2 of alleged "Mega Update,"** whereby Respondent presented the following intellectual property of Petitioner's as his own and in the following ways:

**ON** Divine Cosmos Website - PART 1 "Mega Update" (and later Cosmic Disclosure Episodes)
Web Link: https://divinecosmos.com/davids-blog/1225-abr-legacy/

2-6.    **ON AUGUST 9, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS : 68+ synopsis DW dreams, some CG too.  I know about the wedding.  Frank Jacob.
From: PurpleMagus374@gmail.com
With attachment:  DREAMS DavidW NtK.pdf
And in particular: (p33-36) **How to Navigate the Labyrinth and booby trap AXE maze house . . . with the "magik shirt"**

**Containing intellectual property about:**
_Axe House - I have to navigate_ to get to my twin flame and not get killed by _axes being rigged from the ceilings or floors_ in just about every _room_ that I was in, to navigate my way out with the magik shirt and subsequently was at an MC Escher-like labyrinth maze.

**ON JANUARY 12, 2018.  RESPONDENT** in **MEGA UPDATE (PART 1),** utilized, retailored, and/or mutilated:

In Section Titled:  **"ENGAGED IN BATTLE"**

_Respondent described, retailored, and subsequently mutilated the "AXE" house story, alleging he had an **experience inside a room** while off world with **axe heads hovering off the floor** and subsequently a being was killed._

# EXHIBIT G (3 of 3) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 45)

In the 126 page document of evidence submitted to GAIA INC, October to November of 2017, for syndicated Dream series, the image with misspellings, seen here, was contained within the document and special note was made of the <u>misspellings.</u>

This posting has since "synchronistically" had the errors fixed and now reads as follows

> "*A very massive dream appeared three mornings ago, portending a major leap forward in the defeat of the Cabal and towards disclosure.*

To Petitioner's knowledge this correction did not occur until after submission of 126 page document Part 1 on October 4, 2017, which was also shared with Respondent on October 2, 2017, suggesting reading proprietary document for complicit information gathering and "synchronistically" correcting the mistake, while still alleging to "not" be reading Petitioner's emails.

Furthermore, It is important to note Respondent Associate David Wilcock is also writing his own book "Awakening in the Dream." Whereby Mr. Wilcock declares in alleged **"MEGA UPDATE" (PART 2)** posted **JANUARY 12, 2018** how much Respondent's **"Mega Update"** <u>**changed how he's writing his book:**</u>

> Section Titled: **"MEGA GROWING OPPORTUNITIES"**

> "[DW: Some of <u>what he received</u> was personal for me. <u>I found it incredibly interesting, and it has completely changed how I am writing</u> *Awakening in the Dream.*]"

**Considering, Mr. Goode's "Mega Update" is predominantly based on the retailoring and subsequent mutilation of Petitioner's dreams for retelling of Petitioner's intellectual property as though they are Respondent's own personal experiences and whereby Respondent has received over 500 dreams from Petitioner in error, where approximately 70 dreams include direct and personal information for Mr. Wilcock, it is evident Mr. Wilcock is also directly utilizing and benefiting from copyrighted materials and intellectual property of Petitioner's and is knowingly planning further utilization of Petitioner's dream information for future profiteering and/or public acclaim in his coming book "Awakening in the Dream" and to the continued detriment of Petitioner.**

**Legal remedy and attribution will also be pursued against Respondent Associates for any and all infringements and in particular as may be contained in Mr. Wilcock's forthcoming book.**

**Additional note is to be made that Mr. Wilcock declared at Conscious Life Expo, February 2017, he was having "dream recall issues." giving further sustenance to intent to conspire with Respondent to defraud Petitioner of mass amounts of dream intel during implementation 2017 to 2018 Ruse De Guerre tactics.**

# EXHIBIT H (1 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 44)

**SECTION 3**                    *44 Dream Vision Instances Cited*

Alleged **"Synchronicities"** utilizing **Ruse De Guerre** tactics via Respondent, Affiliates,, Associates, and/or Subsidiaries to manipulate the actions of Petitioner in conjunction with remote influencing to maintain the continued free sharing of information by Petitioner with Respondent for subsequent profiteering and public acclaim:

3-1. **ON JUNE 15, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: "Dream Intel: Dimension Rescue, Cigar Ships, Help ETs, Portal Threads, Galactic Family, White Light Magik"
From: AriStoneArt@Ymail.com
With Attachment: **Dream Intel.pdf**
And in particular: (p11-12) Veil of Lies Removed, (p13-16) White Light Sparkles Stop Smucks

**Containing intellectual property:**

*(p11) I fly up in the air, raise my hands and stop people from useless banter (gossip), then speak my language and use magik to change the color of sky and thereby **remove the veil of lies so humanity can see truth**, some even for the first time.*



*(p15-16) A pervert guy keeps trying to touch me rudely; I use magik and make his hands go numb like dead hands for the next 24 hours, so he can't be rude to me or others. Two teams are on the field playing 'soccer'. One team is very abusive to the other team. **I raise my hand, speak another language, and white light emits out of my hands and prevents the abusive players from harming** the other team, they are white light tied/frozen. I then raise all the way up into the air and command them to no longer harm anyone ever again and **make their black hearts shiny and new. I call forth more white light and emit white light sparkles that encompass around the entire globe of Earth.** A version of me remained with arms raised and washing back and forth.*

**ON JUNE 18, 2017 RESPONDENT Associate, David Wilcock, "synchronisitcally" affirmed**
IN Facebook Post - DivineCosmosConvergence

**In The Following Way:** *On June 18, 2017, in original post Respondent Associate, David Wilcock, states with the following misspellings and as seen in Screenshot (image to left).*

*"AA very massive dream appeared hree mornings ago, portending a major leap forward in the defeat of the Cabal and towards major disclosure . . .*

*. . . This dream was utterly amazing and more than enough to convince me that now is the time to put this prophesy out there."*

This original post by Respondent Associate Mr. Wilcock, "synchronistically" is exactly 3 days after Petitioner emailed dream group in the morning to Respondent.

Case 1:22-cv-02224-CNS Document 23-2 Filed 11/15/22 USDC Colorado Page 13 of 28

# EXHIBIT H (2 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 47)

*associated with the warring god factions and as I recall, **Red, Blue, and White** (time stamp 19:18).*

It is very "synchronistic" this entire Prophesy based episode came out one month after Petitioner shared "Prophecy" dream on July 12, 2017 with Respondent via email. It was very "synchronistic" Mr. Wilcock specifically mentions in the episode it was like "reading someone's personal journals" Showing knowing and willful complicit reading and usage of Petitioner's personal dream journals without remedy or attribution to Petitioner. Furthermore, it is also "synchronistic" Mr. Wilcock made reference to how a spaceship might be referred to as a car and brings up the colors of the warring factions, red, blue, and white, all typically seen throughout Petitioner's dream journals and where peace is made.

3-4. **ON AUGUST 1, 2017 PETITIONER** shared with Respondent via email:
Email with subject line: DREAMS: incl the 'Vatican' like dream and USAF watching me
From: PurpleMagus374@gmail.com
With Attachment: Dreams – Vatican.pdf
And in particular: (p9-11) **2017_07_31_JUL Scram Jet USAF Watching Me 3 Passes**

**Containing Intellectual Property Dream Vision:**
*What I guessed to be a USAF jet watching me. It can move in ways unnatural to any known jets. Onboard it has a handful of people with special abilities that its taking to underground locations for 'fear' based access to abilities training. I see a TV and News magazine article with an image of the jet and an article intentionally deceiving the public about what the jet really is for. I draw an **illustration of the jet cover image as best I can upon waking.***



**ON SEPTEMEBER 30, 2017 RESPONDENT**
**"synchronistically"** affirmed
IN @BlueAvians tweeted on SEPTEMBER 30, 2017

**In The Following Way:** *Respondent Associate Dr. Michael Salla, writes and **posts an Elon Musk article with "synchronistic" similar image.***
Link: http://exopolitics.org/elon-musk-just-made-secret-space-program-disclosure-inevitable/



Again showing "synchronistic" and complicit utilization of Petitioner's intellectual property and dream visions without remedy or attribution to Petitioner.

# EXHIBIT H (3 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 49)

*Three waves of military groups are sent to 'get me.' The first wave is hundreds, the second wave thousands, the third all of the military of the world. With each wave I do the following: I speak my sacred language command them to listen using the violet-purple ray, the galactic family of love and light assist. The military men obey. **I order them** to put down their weapons and **to hug. They do and all the energies change**.*

**ON OCTOBER 10, 2017 RESPONDENT "synchronisitcally" affirmed**
IN @BlueAvians Tweet
In the following way: *Respondent tweeted link to, Associate Justin Deschamps', article about the power of hugs.*
Link: https://twitter.com/blueavians/status/917822563497267200

**"Synchronistically" affirming dream visions and again without attribution to Petitioner.**

## Below is a less detailed list of a 'few' more "synchronistic" affirmations.

3-7.   **ON JULY 10, 2017 PETITIONER** emailed to Respondent dream information about coming **ET Exchange program.**

**ON NOVEMBER 4, 2017 PETITIONER** shared with Respondent rough draft of Part 3 of Proprietary 126 page document of evidence containing full details and dream connections with coming **ET Exchange program**. Yet Petitioner was still in need of a link to support coming ET Exchange program. Subsequently the following was shared by Respondent Associate.

**ON NOVEMBER 19, 2017 RESPONDENT** Associate, **Teresa Yanaros,** "synchronsistically" shared information publicly regarding "**ET Exchange Program**" and alleged the information was from another source.

3-8.   **ON JUNE 25, 2017 PETITIONER** shared with Respondent information regarding **square ships.**

**ON OCTOBER 20, 2017 RESPONDENT** Asssociate, **Dr. Michael Salla,** shared photos of square-ish shape flying crafts from a "trusted source." *Salla, Michael. "Covert Disclosure of Antigravity Craft near MacDill AFB." Exopolitics.org. 20 Oct. 2017. Web. 21. Oct. 2017. Retrieved from http://exopolitics.org/disclosure-of-antigravity-craft-near-macdill-afb/*



Covert Disclosure of
Antigravity Craft near
MacDill AFB

WRITTEN BY DR MICHAEL SALLA ON
OCTOBER 20, 2017. POSTED IN FEATURED,
SPACE PROGRAMS

"Synchronistically" affirming dream vision information of Petitioner's and as outlined in 126 page proprietary document of evidence without attribution to Petitioner.

**EXHIBIT H** (4 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 52)

3-16.   **ON SEPTEMBER 25, 2017 PETITIONER** shared via email with Respondent dream "DC Legends
and Screw Plate" with drawing of a <u>metal plate</u> <u>with holes in it</u> and later connected with another post
by Respondent regarding the ancients underground 'vent' system (per connecting image to right of
screw plate drawing).

**ON OCTOBER 6, 2017 RESPONDENT** tweeted Mike Pence article with Mr. Pence's hand <u>on</u>
<u>NASA's metal plate</u> with "Do Not Touch" sign on it, with <u>matching holes style to plate in dream.</u>

 

3-17.   **ON AUGUST 3, 2017 PETITIONER** emailed Respondent dream titled "Argon Warning"
containing a <u>skull</u> in the warning message and as drawn by Petitioner in dream journal.

**ON DECEMBER 25, 2017 RESPONDENT** tweeted a link to article posted on Associate David
Wilcock's DivineCosmos.com containing a "synchronistic" image of a "<u>Skull</u>" asteroid to make pass
near Earth.



3-18.   **ON OCTOBER 10, 2017 PETITIONER** emailed Respondent dream titled "Bates Motel Looking
Guy Loses Bullet Bet" with dream date of January 28, 2017; containing information about a
specialized <u>golden colored bullet that is like a stealth-like missile and around 2 to 3 inches long.</u>
Petitioner wonders if it is a new kind of weapon with pathetic drawing of the bullet. In dream
'shooter' lost the bullet bet to shoot and kill a friend.

# EXHIBIT H (5 of 5) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 59)

3-38.   **ON OCTOBER 22, 2017 PETITIONER** shared via email intellectual dream vision property
regarding Respondents coming event and he would be safe.

**ON OCTOBER 23, 2017 RESPONDENT "synchronistically"** Facebook-pass-through tweeted
link to his coming Philadelphia event.

3-39.   **ON SEPTEMBER 21, 2017 PETITIONER** shared via email intellectual dream vision property
information regarding vampire history. With special mention to email shared on JUNE 28, 2017
where Petitioner shape-shifted a dozen times for her prison sanctuary love and again shape-shifted in
email shared on JULY 31, 2018 into a bumble bee.

**ON SEPTEMBER 27, 2017 RESPONDENT** Associate, Dr. Micahel Salla, **"synchronistically"**
posted an article containing vampire history with image containing Vlad the Impaler (aka Dracula).
Article Titled, " A DESCRIPTION OF THE SHAPE-SHIFTING REPTILIAN BEINGS WRITTEN ABOUT IN
ANCIENT INDIA – "THE NAGA""

3-40.   **ON MAY 10, 2017 PETITIONER** shared via email with Respondent the Vatican dream.
Containing intellectual dream vision property regarding the **Vatican Break Away group** as denoted
by the Vatican guy with "no pointy hat" watched as demonstrations were being made on the **black
and white mosaic checkered wall** teaching another man how to pass through walls by rearranging
atoms, and some of the time using a **sea shell** (water connection) to demonstrate.

**ON MAY 29, 2017 PETITIONER "synchronistically"** found an image of Respondent with
Respondent Associate, Jordan Sather, with black and white mosaic floor tiling, but not in the exact
squares format seen in dream vision.



**ON JUNE 20, 2017 RESPONDENT "synchronistically"**
tweeted a link to his YouTube Vlog showing his Solstice Pool
Party ('synchronistic' water connection with 'sea shell') and
"synchronistically" affirmed he was the married man being taught
in the dream, as the **pool walls were the matching style of black
and white mosaic tile checkers seen in dream vision**.

**ON JUNE 22, 2017 RESPONDENT "synchronistically"** tweeted twice and to two links of
Respondent Associate Dr Michael Salla's article regarding the **Vatican Break Away** group choosing
to reveal the truth to humanity.
http://exopolitics.org/world-religions-unite-as-prelude-to-extraterrestrial-disclosure/ (Written version)

**ON JUNE 27, 2017 RESPONDENT "synchronistically"** tweeted an additional link with further
information about **Vatican Break Away** group, due to inquiries by Petitioner and others on June 22,
2017 Vatican tweet comment section, asking for clarification if these are the proverbial good guys.

**EXHIBIT I** (1 of 4) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

# Yanaros Law, P.C.

Protecting Your Intellectual Property.

June 5, 2018

*Sent Federal Express*

**BY CERTIFIED MAIL AND EMAIL**

*and*

Ms. Alyssa-Christie Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505
purplemagus374@gmail.com
aristoneart@ymail.com

*email via standard email - No
court system for
notification was used -*

Re:   CEASE AND DESIST: Trademark and Related Intellectual Property
      Infringement of IP Material Belonging to Mr. James Corey Goode; Stalking
      Protective Order

*Frivolous and Without Merit Presentment*

Dear Ms. Montalbano:

My firm represents Mr. James Corey Goode, Goode Enterprise Solutions, Inc.
and related entities (collectively, "Mr. Goode" or my "Client") in matters related to their
intellectual property and personal protection. As you know, Mr. Goode is well known
across the United States and throughout the world for his work in the Disclosure
Community as well as all that is encapsulated in and related to his testimony regarding
the Secret Space Program, Sphere Being Alliance, Blue Avians, 20 & Back, Return of
the Guardians (collectively, "Mr. Goode's Trademarks"), and countless other topics and
areas of interest. These ideas, stories, productions and testimony are intellectual
property covering, related to and regarding Mr. Goode's life and work, and are created
**solely** by and through him and thus, belong to **solely** Mr. Goode

I understand that you reached out to Mr. Goode an alarming number of times
over the past year via phone, letter, email and various other communication outlets. It
has also come to my attention that you have sent defaming, harassing and fraudulent
material to his employer, Gaia Inc. Recently, you sent a large amount of materials
including what appears to be photos of pages of a composition notebook bearing writing

**EXHIBIT I** (2 of 4) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

*Frivolous and Without Merit Presentment*

that purports to tell a story or dream sequence(s), communications threatening litigation, and an addendum titled "Acceptance of Offer For Remedy as Apprentice"—which, in substance, amounts to no more than an attempt to extort and coerce my Client to engage in a type of role-playing relationship wherein you assume the name of "Ariel" and Mr. Goode as "Francis".

These communications are very alarming in the misuse of the word "Petitioner" in reference to yourself, especially because to date our search has not found any filed litigation by you against Mr. Goode—therefore making the use of that designation fraudulent at worst and misdescriptive at best. Further, your offer of "one last opportunity, outside of litigation, to resolve this matter directly with me" underscores the fact that no petition to a Court or legal entity has in fact been filed. Such fraudulent statements carry heavy consequences in the likely case of Court action being undertaken by us.

As explained further below, this letter is to demand that you **halt, cease and desist** from:

*No Specificity*

1. Any further contact with Mr. Goode and any of his relatives, colleagues, employers or coworkers/collaborators
2. Any further defaming remarks asserting that Mr. Goode has in any way taken or interfered with your alleged intellectual property rights
3. Any further attempts to extort or coerce my Client to engage in any role playing or other personal relationship with you
4. Any further attempts to extort or coerce my Client to engage in any business relationship with you
5. Any further statements—private or public—that in any way involve Mr. Goode or any of his colleagues, counterparts, companies or works
6. Any further infringement of Mr. Goode's intellectual property rights—including but not limited to infringement of his trademarks (including but not limited to Mr. Goode's Trademarks), copyrights, trade dress or otherwise (common law, state and federal)
7. Any further threatening letters, comments, posts on social media, texts, or any communication whatsoever sent to Mr. Goode, his colleagues, counterparts, companies, affiliates, employers or coworkers.

There are innumerable references in the materials that you sent my client that are cause for great concern, but specifically on page 7 of your composition notes you state:

"...I knew if I went to court...I'd win...cause (sic) I'd already sent all my info to him first and then he and David presented info like it."

Please understand that if you are in any way attempting to claim any of the copyrighted, trademarked or otherwise protected materials that my Client has produced that we will be forced to file a lawsuit in order to police and protect Mr. Goode's rights. To be

2

# EXHIBIT I (3 of 4) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

*Frivolous and without Merit Presentment*
*No Specificity*

completely clear: any and all of the materials that Mr. Goode has put forth via television, YouTube, radio or otherwise performed are attributable solely to Mr. Goode and Mr. Goode only—and anyone that attempts to infringe or otherwise subvert those rights will face litigation.

Mr. Goode's Trademarks, common law trademark rights, copyrights and other intellectual property protections provide him with certain proprietary rights. This includes the right to restrict the use of Mr. Goode's trademarks, or confusingly similar trademarks, in association with confusingly similar products or services.

It is important that Mr. Goode exercises his right to protect his intellectual property rights, including those extending to his trademarks and servicemarks. They serve as important and distinctive representations of the origin of his services and products as well as the goodwill of his company and presence. State and federal law supports our position that confusingly similar trademarks may cause confusion among customers. This confusion may cause substantial harm to Mr. Goode's Trademarks by facilitating the loss of its effectiveness in establishing a distinct association between it, his products and services, and his company's goodwill.

Mr. Goode's Trademarks have gained national and international fame and notoriety and we cannot let any unauthorized use exist that can confuse customers and the public in general.

Due to these concerns, and because continued unauthorized use of Mr. Goode's intellectual property, and specifically his trade and service marks, willful infringement of his trademark rights, we demand that you cease and desist in any further use of the any of Mr. Goode's Trademarks in association with the marketing, sale, distribution, or identification of your products, services or alleged IP.

Please respond by letter indicating your intention to: 1) cease and desist the use of any and all of Mr. Goode's IP; 2) take down any reference on social media or otherwise that includes Mr. Goode's IP within Fifteen (15) days from the date of this letter; and 3) send notices to any resellers and any parties that might have a copy of your infringing materials that you intend to cease use of said infringing materials, marks or phrases.

We hope that you will comply with these demands so that no further damages will accrue. We do hope we can settle this matter expeditiously without pursuing any litigation.

**EXHIBIT I** (4 of 4) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

Frivolous and Without Merit Presentment

Very truly yours,

/s Valerie Yanaros Wilde
Attorney, Yanaros Law, P.C.

CC:

James Corey Goode
Roger Richards

No Indorsement (USC 3-501)

No Attorney ID#

Dunning Style Harassment
Presentment

Failure to Serve (C.R.C.P. Rule 5)

4

# EXHIBIT J (1 of 6) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

## CERTIFICATE OF SERVICE

It is hereby certified, that on June 11, 2018 , the undersigned mailed to the following addresses:

**James Corey Goode**
GOODE MEDIA PUBLISHING, LLC
GOODE ENTERPRISE SOLUTIONS INC
1140 US Highway 287
Suite 400-266
Broomfield, Colorado 80020

**Valerie Yanaros Wilde**
C/O: Yanaros Law, P.C.
5057 Keller Springs Rd
Suite 300
Addison, TX 75001

Hereinafter, "Recipient," the documents and sundry papers pertaining to **"Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate"** and as filed on **Public Record with Reception # 2843230 Sheila Reiner, Mesa County CO, CLERK AND RECORDER.**

1. **Notice of Constitutional Law Precedence and Failure to Respond** dated June 11, 2018

2. **CC: Notice of Written Correspondence** dated April 18, 2018

3. Courtesy Copy of this **Certificate of Service**

by Certified Mail No. **7018 0680 0002 3149 0722** and **7018 0680 0002 3149 0715** Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Colorado.

Affirmed this  11  day of June 2018
All Rights Reserved,

Alyssa – Chrystie: Montalbano
2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505

**State of** ___ County of ___
**Signed before me on this** ___
of ___ by ___
**Notary Public** ___

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

Certificate of Service June 11, 2018

**EXHIBIT J** (2 of 6) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

## NOTICE OF CONSTITTUTIONAL LAW PRECEDENCE

### AND

### FAILURE TO RESPOND

Certified Mail No  **7018 0680 0002 3149 0722, 7018 0680 0002 3149 0715**

Public Record Reception# **2843230**, Sheila Reiner, Mesa County CO CLERK AND RECORDER

| | |
|---|---|
| Date: | **June 11, 2018** |
| Petitioner: | Alyssa-Chrystie: Montalbano<br>ARI STONE ART LLC<br>2536 Rimrock Ave<br>Suite 400-117<br>Grand Junction, Colorado 81505 |
| Respondent: | James Corey Goode<br>GOODE MEDIA PUBLISHING LLC<br>GOODE ENTERPRISE SOLUTIONS INC<br>1140 US HIGHWAY 287<br>SUITE 400-266<br>BROOMFIELD, COLORADO 80020 |
| | Valerie Yanaros Wilde<br>YANAROS LAW, PC<br>5057 KELLER SPRINGS RD<br>SUITE 300<br>ADDISON, TEXAS 75001 |

*Presentment Delivered to Mr. Goode June 13, 2018 at 12:37pm and to Ms. Yanaros Wilde June 14, 2018 at 10:29am*

*Respondent subsequently attempted a Stalking Protective Order June 16, 2018*

**RE: Frivolous "CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" dated June 5, 2018**

Ms. Valerie Yanaros Wilde and Mr. James Corey Goode,

Please see that your offer to contract as "stalker" (Stalking Protective Order) is hereby honorably refused for the following legal and lawful reasons based in fact, law, and evidence.

In any matter where there is controversy between statutes and the supreme law of the land, the Constitution of the United States of America shall take precedence in all instances.

This letter is lawful notification to you, pursuant to The Bill of Rights of the National Constitution, in particular, the First, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Amendments, and The Bill of Rights of the Colorado Constitution, in particular, Sections 1, 2, 3, 6, 7, 9, 10, 14, 15, 16, 23, 24, 25, 28, and pursuant to your oath, and requires your written response to me specific to the subject matter. Your failure to respond, within 30 days, as stipulated, and rebut, with particularity, everything in this letter with which you disagree is your lawful, legal and binding agreement with and admission to the fact that everything in this letter is true, correct, legal, lawful and binding upon you, in any court, anywhere in America, without your protest or objection or that of those who represent you. Your silence is your acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

Frivolous Presentment titled " CEASE AND DESIST: Trademark and Related Intellectual Property Infringement of IP Materials Belonging to Mr. James Corey Goode; Stalking Protective Order" and as dated June 5, 2018 and as delivered by Valerie Yanaros Wilde and James Corey Goode to Petitioner, is hereby refused for the following reasons based in fact, law, and evidence and whereby statutes are mentioned as a courtesy and all proceedings shall be in accordance with Constitutional law.

1. Lack of indorsement **(UCC 3-501)** on presentment, and whereby lack of indorsement can only be further equated with fraud **(18 USC 1341).**

2. For Valerie Yanaros Wilde, failure to certify identity as a public servant with an oath of office to the Constitution of the United States of America.

3. For failure to provide a certified copy of, Valerie Yanaros Wilde's, Oath of Office to the Constitution.

4. For failure to certify Valerie Yanaros Wilde is an attorney or lawyer.

5. For failure of Valerie Yanaros Wilde to certify any identity.

6. Harassment through impersonating the Respondent, James Corey Goode (C.R.S. 18-5-113).

7. Presentment dated June 5, 2018 is frivolous and without merit.

**EXHIBIT J** (4 of 6) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

8. Email sent June 5, 2018 and Presentment dated June 5, 2018 and as received via Fed Ex mail number 781287902236 by Petitioner on June 8, 2018, from Yanaros Law, Valerie Yanaros Wilde, failed to meet due process of law through failure to be served via Certified Mail and is hereby deemed Mail Fraud (941.18 USC §1341) " *Schmuck v. United States*, 489 U.S. 705, 721 n. 10 (1989); *see also Pereira v. United States*, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B. Silikovitz, *Mail and Wire Fraud*, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited).

9. For failure by Respondent, James Corey Goode, and Co-Conspirator, Valerie Yanaros Wilde, to provide proof of authority (Power of Attorney or affidavit) to legally or lawfully speak on behalf of Respondent, James Corey Goode, and whereby failure can only be equated with fraud, acquiescence, and tacit agreement to all allegations as served on Respondent James Corey Goode by Petitioner with certified delivery of Courtesy Notice "Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate" dated April 18, 2018 and subsequent mailings and whereby Respondent non-performance was duly noted and attested to on May 16, 2018 with the Notice of Fault in Dishonor (Opportunity to Cure) and final certification of Respondent non-performance with delivery of Notice of Default in Dishonor, duly noted June 4, 2018.

10. Respondent, James Corey Goode, has failed to rebut with particularity anything in Petitioner's presumptive Courtesy Notice since April 18, 2018 presentment and as received by Respondent on or about April 20, 2018.

11. The following certified documents and sundried have been filed on public record **per due process of law, The Constitutions, Federal Rules of Evidence, and Colorado Rules of Evidence: Chapter 33, Article IV, Rule 401 with public record Reception No 2843230 and as recorded, June 7, 2018, 4:01:00 PM, at Sheila Reiner, Mesa County, CO, CLERK AND RECORDER.**

    a. Certificate of Service dated April 18, 2018
    b. Notice of Written Correspondence dated April 28, 2018
    c. Certificate of Service dated May 16, 2018
    d. Notice of Fault in Dishonor (Opportunity to Cure) dated May 16, 2018
    e. Amendment One dated May 16, 2018
    f. Addendum One dated May 16, 2018
    g. Fines and Fees dated May 16, 2018
    h. Certified Billing Statement 001dated May 16, 2018
    i. Courtesy Notice Stop and Desist Use of Intellectual Property and Copyrighted Materials with Intent to Litigate – AMENDED and dated May 16, 2018
    j. Certificate of Service dated May 29, 2018
    k. Certified Billing Statement 002 dated May 28, 2018
    l. Certificate of Service dated June 4, 2018
    m. Notice of Default in Dishonor dated June 4, 2018

**EXHIBIT J** (5 of 6) MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER

12. Email dated June 5,2018 included what appeared to be Mr. Goode's personal email address, at the very least an email address Petitioner has never had or known about prior to date of harassment email. Whereby, if Petitioner were indeed a stalker and Mr. Goode's safety were indeed in question, why would this be done? Two reasons can be equated. 1. Respondent doesn't truly believe Petitioner is a stalker and is bearing false witness. 2. Respondent is trying to emotionally coerce Petitioner into activities that may be alleged as stalking and thereby is further evidence of emotional coercion.

13. Presentment received by mail on June 8, 2018, threatens Petitioner with a "Stalking Protective Order" Whereby "stalking" was only ever incited after Petitioner began Due Process of Law to the best of her abilities to stop the uses of copyrighted and infringed upon intellectual property belonging to Petitioner and as used by Respondent, James Corey Goode since 2017. Therefore frivolous June 5, 2018 presentment is deemed as further evidence of willfully and knowingly performing avoidance and evasion where a responsibility is due to learn the truth (18 USC §1001, CRM 910 Knowingly and Willfully).

14. **Presentment is in direct violation of Alyssa-Chrystie: of the Montalbano family, inalienable Constitutional rights** and in particular but not limited to:

   a. Is an overt attempt to take away the right of freedom of speech by taking away the right to write to Mr. Goode to address grievances in accordance with Due Process of Law and Mr. Goode's right to respond. (Constitution of the United States of America, First and Fourth Amendments; Colorado Constitution Sections 10, 24, 25).

   b. Theft of Private (Intellectual) Property (Constitution of the United States of America, Fourth Amendment; Colorado Constitution Sections 14, 15)

   c. Bearing False Witness (Constitution of the United States of America, Fourth Amendment. Colorado Constitution Sections 3, 7)

   d. Violation of Due Process of Law (Constitution of the United States of America, Fifth Amendment; Colorado Constitution Section 25)

   e. Stalking Protective Orders typically take away the right to a Trial by Jury (Constitution of the United States of America, Sixth Amendment; Colorado Constitution Sections 3, 6, 7, 10, 16, 16a, 23, 25)

   f. Stalking Protective Orders typically take away the right to face the accuser (Constitution of the United States of America, Sixth Amendment; Colorado Constitution Section 16, 16a)

g.  Valerie Yanaros Wilde has perjured her Oath of Office to the Constitution for accepting a
title of nobility with a foreign state, as seen after her name in June 5, 2018 email and denoted
as "Esq." and is in direct violation of her Oath of Office to the Constitution and is therefore a
'domestic and foreign' threat to Alyssa-Chrystie: Montalbano and her inalienable
Constitutional rights and the freedoms granted thereof. (Constitution of the United States of
America, Article 1, Section 9; Colorado Constitution Section 9)

*"No Title of Nobility shall be granted by the United States: And no Person holding any
Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of
any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince or
foreign State."*

h.  For the aforementioned Constitutional reasons, Valerie Yanaros Wilde has performed Color
of Law. (18 USC §242) and has therefore perjured her Oath of Office to the Constitution of
the United States of America (Constitution of the United States of America, Article 1, Section
9, and Article 6) and has thereby vacated her office. (Colorado Constitution, Section 9)

If you disagree with anything in this letter, then rebut that with which you disagree, in writing,
with particularity, to me, within 30 days of this letter's date, and support your disagreement with
evidence, fact and law. Your failure to respond, as stipulated, is your agreement with and admission to
the fact that everything in this letter is true, correct, legal, lawful, and is your irrevocable agreement
attesting to this, fully binding upon you, in any court in America, without your protest or objection or that
of those who represent you.

All Rights Reserved,

Alyssa-Chrystie: Montalbano

Citizen of the Real Land of the United States of America

State of CO, County of Mesa
Signed before me on this
of June 2018 by Kimberly Blossom
Notary Public

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26 2023

Notice Constitutional Law Precedence and Failure to Respond

# EXHIBIT K MOTION TO ORDER CEASE AND DESIST
UNAUTHORIZED USE OF INTELLECTUAL PROPERTY, DREAM VISIONS,
COPYRIGHTED MATERIALS AND DEFAMATION OF CHARACTER (R. 18)

May 16, 2018

## FINES & FEES

### For Intellectual Property Use and Copyright Infringement – Due Immediately

**For failure to respond the following fine and fees are hereby implemented and made due immediately as of the date of this notice;**

For any and all uses of Petitioner's Intellectual Property and Copyrighted Materials by Respondent from December 1, 2016 through April 20, 2018; the Following Fines and Fees Outlined Below are due immediately:

- $150/hr for Petitioner's research, locating additional infringements, and legal services.

- Any and all Expenses Incurred for

- 50% of any and all royalties as received by Respondent from GAIA INC for any and all Cosmic Disclosure episodes utilizing Petitioner's Intellectual Property and Copyrighted Materials and as sent in error since 2016.

- 50% of any royalties received by Respondent in any capacity from any form of medium that utilizes Petitioner's intellectual property or copyrighted materials.

- $200 Fine per episode of Cosmic Disclosure utilizing Petitioner's Intellectual Property in any capacity.

- $100 Fine for each individual use of intellectual property and copyrighted materials contained within an episode.

- $300 Fine for each use within any medium, to include but not limited to: print, television, radio, Internet, and any other medium as of yet to be developed or discovered.

- $150 Fine for each Respondent Associate use.

- $100 Fine for each "synchronistic" use.

- $700 Fine for dissemination of Petitioner's dream information and intel at public events, teachings, or other similar workshops online or offline.

- $1500 Fine per mutilation of intellectual property and Copyrighted Materials in any medium.

- $50 fine per day for late payment

Additionally, the above outlined fines and fees are <u>doubled</u> for any and all uses <u>after April 20, 2018.</u> Fines and fees may be collected from Respondent's wages, social security, tax returns, businesses, and any other source of income for remedy due Petitioner.

Signed with Prejudice,

*Alyssa-Chrystie Montalbano*

Alyssa Montalbano (UCC 1-308)

State of _CO_ ,County of _Mesa_
Signed before me on this _16_ day
of _May 2018_ by _Kimberly D Blossom_
Notary Public _Kimberly D Blossom_

FINES & FEES For Intellectual Property Use and Copyright Infringement - Due Immediately

KIMBERLY D. BLOSSOM
NOTARY PUBLIC
STATE OF COLORDO
NOTARY ID 20064016248
MY COMMISSION EXPIRES APRIL 26, 2022

**CERTIFICATE OF SERVICE**

I certify that on 6.25.2018 (date) true and accurate copies of **EXHIBITS A to K** were served on the other party by:

☐ Hand Delivery, ☐ E-filed, ☐ Faxed to this number_____,  **or**

☒ by placing it in the United States mail, postage pre-paid, and addressed to the following: (include name and address):

To: Valerie Yanaros Wilde, Esq.
5057 Keller Springs Rd. Suite 300
Addison, Texas 75001
USPS Certified Mail No. 7017 2620 0000 7185 1052

To: James Corey Goode
1140 US Highway 287, Suite 400-266
Broomfield, Colorado 80020
USPS Certified Mail No. 7017 2620 0000 7185 1069

Alyssa-Chrystie-Montalbano
Petitioner/Plaintiff