

Case 1:20-cv-00742-DDD-KLM Document 121-21 Filed 12/22/20 USDC Colorado Page 1 of 15

Sphere Being Alliance

Home

About

YouTube

Events

Photos

Videos

Posts

Reviews

Groups

Community

Info and Ads

Sphere Being Alliance shared a post

Update and Public Statement on recent events...

Corey Goode

JULY 17, 2018
date 18C103 Broomfield
Stalking case opened

Update and Public Statement on recent events:

We are looking forward to settling back in at home after a little over a month of travels.

We enjoyed a week in LA at Disclosure Fest where we also had meeting with a number of people and groups discussing working together in big ways.

This includes the plans for a Mass Meditation event in Washington DC on 11/11/2018 during the military parade.

These meetings should also lead to some very exciting announcements that will benefit our entire community and help us come together for our common goal of Full Disclosure.

These announcements will completely displace the volume of upsetting and stressful evets that have popped up over the last week or so.

After the week in LA we then flew out to Maui for 17 days.

Thanks to our close friends Amy and Jamie who live there, we were able to stay with them and have an epic adventure on a shoe string budget.

Maui ended up being the perfect place for an unplanned sabbatical.

I was able to have time to slow down and reflect on the incredible amount of stress, abuse, personal 'dark alliance' attacks, 3 deaths in the family in the last 19 months, my Father in Hospice and not doing well and the incredible weight of the responsibilities laid on my shoulders over the last 3 years were all crushing in on me.

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AS - DEFAMATION
FACEBOOK JULY 17, 2018
1 OF 2



Sphere Being Alliance
@BlueAvians

- Home
- About
- YouTube
- Events
- Photos
- Videos
- Posts
- Reviews
- Groups
- Community
- Info and Ads

Liked · Following · Share · ...

Those are just the things we can make public... So MUCH has gone on that we cannot talk about.

Thankfully I had an opportunity to address most of these traumas to some degree and am feeling much better as a result.

Now, it is time to get back to work! These distractions can no longer delay this important mission.

Over the last 3 years, I have also had to deal with a number of individuals that have taken a very unhealthy personal interest in me to a point of having to obtain protective orders for my protection and the protection of my family.

The feeling of having someone strongly pursuing you based on fantasies or delusions is a creepy and unsettling feeling that I wouldn't wish on anyone.

As all of you are aware... While Stacy and I were in Maui, another public controversy arose with the unauthorized release of some alleged personal information and correspondence that has since gone viral.

Since then I have received a constant and steady stream of emails and messages on Facebook asking me to make a public statement.

The only statement I can make right now is that "Legally, I am unable to publicly comment at this time".

What I can say is that I am responding very strongly, privately and in an ethical and legal manner.

I hope to be able to make more of a public statement in the near future.

I understand and appreciate how upset and confused many in the community are right now, rightly so.

It would be wonderful if we could focus on Unity and working together for Full Disclosure until more clarity can be given on these issues.

This will be our main focus at our upcoming Dimensions of Disclosure event here in Colorado this August.

We appreciate the huge amount of support that those in the community have shown over the last week.

The letters of support and donations have assisted us greatly both energetically and financially.

We also appreciate the energetic work many of you have been doing ...

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AS - DEFAMATION
FACEBOOK JULY 17, 2018
2 OF 2

Screenshot_20190320-070421

Taken: March 20, 2019 at 7:04am

77% 7:04 AM

https://www.reddit.com/r/C

reddit USE APP

Log in / Register

r/CosmicDisclosure

CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims to be plaintiff

projectavalon.net

Share

Write a comment

← UNKNOWN TO PLAINTIFF

What the hell. No matter what your feelings about Corey Goode this is crazy.

At the top she states CG must have read all her emails since he made a folder for them. Er, that's not how emails work.

Then she goes on and on about the legalities of her case then she gets to the bizarre point.

It seems to me she is claiming she can see the future in her dreams. But not clearly, she 'interprets' her dreams (see below). So she is suing CG for using her mad dream predictions in his work

I think she is crazy.

"In current time, I always know what Corey and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do...

and his attorney are up to or thinking to try, cause I already see it first in dreams, where they first have to tell me, show me, and/or ask my permission to do... whatever... in 3D. I sent them a handful of dreams showing them how I already knew I'd win the Broomfield case before I even knew about the Broomfield case in 3D. I saw in a dream a baseball team of like 2 or 3 women in the baseball "Field" and one got up and basically bunted a homerun with an industrial "Broom!" I also saw Corey was extremely angry when they tried and failed to open the 1st stalking case June 2018. In that dream CG appeared as a large octopus squid thing and I was in space with a handful of friends. I then saw a girl by the water that I felt very connected with and the squid came up and basically ripped off her leg, like it was supposed to be me, but it wasn't.This was symbolic of the 1st failed attempt and how they tried to harm me. I then saw the attorney would fail to serve me repeatedly, because I had a dream with a young girl (she was disguised) who had a PO box, but I didn't seen to have one, but was thinking to get one. I also saw that my in-house-state-court review on August 24th would essentially be cancelled because a guy took my gas pump number 24 and cancelled my using it. This was symbolic also of the Broomfield case being cancelled (closed) because it too was on the 24th (July) and the hearing was short and essentially 'cancelled.' "

Edit: typos

no1113 122d

So, essentially, OP posted this even though it 100% appears to be a huge, massive, nothing-burger rant made by a crazy woman.

So then why was it posted? I mean...does OP think it somehow gives more weight to the flak that Goode has been getting lately? If nothing else, this post almost does the opposite because it shows that at least some of the people trying to go after Goode are just straight up crazy lo

OPEN REDDIT APP

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
2 OF 2

SBAGoode 120d

This is, of course, more FAKE NEWS about CG!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional". You can see this for yourself in the public record if a small amount of research was done.

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension. When she was asked to stay away from CG and stop emailing him she then filed this baseless lawsuit.

The Magistrate states the plaintiff is "delusional" in their latest court filing when the case was referred to the Federal Judge to be dismissed with prejudice. Maybe one day these emails and the recorded call with her will be made public to let everyone make up their own minds? The whole thing is very unsettling and creepy IMHO.

I guarantee you will NOT see anyone publish this info on Avalon. Only derogatory info about CG is allowed to be published on that forum no matter how fake it is.

Someone in Avalon should post this response and ask her about how she believes she and CG were married in another dimension... or would that be too fair and balanced?

The Plaintiff has stepped over the line here (legally) and all of this has now been sent into the courts to verify their stalking type of behavior and their mental state.

I think a number of people became carried away during recent attack campaign against CG and will find themselves being reported to professional organizations that they are a part of as well as experience civil suits being filed against them. In a few instances, this activity rose to a criminal level of Cyber-Stalking that is being referred to the appropriate law enforcement agencies.

It would be nice if people took the time to research the claims of those speaking against CG as much as they are researching and doxxing CG and his team.

Now, let the trolling begin, lol

SBA

Screenshot_20190318-003408

Taken: March 18, 2019 at 12:34am

bashar_speaks 119d

> She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

And you are? In any case, thank you, it's nice to get another perspective on the situation.

> Someone in Avalon should post this response and ask her about how she believes she and CG were married in another dimension... or would that be too fair and balanced?

I wish someone would, that would be interesting. To join the

MOTION PRELIMINARY INJUNCTION
AFFIDAVIT ALYSSA C MONTALBANO
EXHIBIT AU
DEFAMATION REDDIT
1 OF 2

Case 1:20-cv-00742-DDD-KLM Document 121-21 Filed 12/22/20 USDC Colorado Page 5 of 15

EXHIBIT A0

(pg 3 of 3)

no1113 120d

If it's "b)", then that's *very* disingenuous. Not cool.

SSAGcindie 120d

Very good points.

This is, of course, more FAKE NEWS!

This case is being dismissed and the Magistrate referred to the plaintiff as being "Delusional".

She has openly claimed that she and I were married in 'another dimension' and was trying to bring that fantasy into reality in this dimension.

Close UP Defendant making knowingly false statements.

The Magistrate states the plaintiff is delusional in their latest court filing when it was referred to the Federal Judge to be dismissed with prejudice.

AFFIDAVIT ALYSSA CHRYSTIE MONTALBANO EXHIBIT AP - DEFENDANT AND ASSOCIATE Facebook DEFAMATORY POSTS (2 pgs)

100% 10:40 PM

← Timeline Review

Timeline Review

Settings

**Chuck Raymond**

2 hrs

Hey guys an gals, please take a min and scope this out. Did you know ..haha, there is this...woman, **Ari Stone** who is trying to sue Corey Goode. I would like to bring a couple things to your attention because some things are not right here. PEOPLE, are not acting right.

This woman claims to have sex with Corey in his dreams if I'm not mistaken... she says she know the future ect. You have to get all the details here , because this isn't JUST, oh look some one crazy is trying to pull something.

This gal is in cahoots with Dark Journalist, and Project Avalon which CALLED CPS ON Corey and tried to cause all sorts of problems. Yeah! Corey, one of the most normal, polite, down to earth cats I ever met. Ok.

As well, this woman had approached me at Eclipse of Disclosure. For no other reason than because I was doing some art for the SBA, I was offered a job. Even though I had no experience in that position.

What I'm saying is a few years ago , she was here, trying to mess with us! I think she is some sort of asset. How else are you going to have time and shit to try to mess with Corey like this?

I don't think it's right, I don't think people are acting RIGHT. As in NOT what they claim to be. As in fishey fish stink!!

Go ahead and look into this ...crap man, and what they are trying to pull on this guy. I'm sorry, I just don't think it's an isolated deal. I'm not a fkn dummy....

What's your take on this?

REDDIT.COM

**CG being sued for Fraud/Infringement, poster on Project Avalon Forum claims t...**

2

1 Comment • 4 Shares

Like Comment Share

HIDE

ADD TO TIMELINE

Screenshot March 17, 2019 at 10:40 pm

— my artist Facebook account.

All knowingly false statements

EXHIBIT AP
(pg 2 of 2)

Chuck Raymond

Dawn Engelbrecht

— creepy clown

GIPHY

Like Reply

**Chuck Raymond**
You should be ashamed of your self Ari. And you don't fool me for a second. I'm not the only one that can see the truth.... you k ow there's a lot heavier shit going on than this little game your playing right now.... you might want to really think about who you want to be.. And what you want to spend your life on. Because we're making our choices every day here... And it ends up very sad when peo... See More

Like Reply

**Amber Jean Wheeler** like i understand if y...

**James Corey Goode**
It is unfortunate that the other party decided to post details of their frivolous litigation against me and make them public through forums (Known to attack me), Facebook, YouTube and blog posts. It should have remained confidential especially since the other party is requesting the case files be sealed for what will become obvious reasons. It is also suspect that they have joined the Dark Alliance group (& other interests) that has slandered and attempted to character assassinate the 'SBA brand' and myself in particular. They have also contacted many in the community spreading slanderous rumors about me (As have others). If anyone really wants to know the BIZARRE nature of the numerous and irrational court filings this party has made against me they can request the publicly available court files from the Broomfield, Colorado State Court (Montalbano vs Goode). People will have to investigate for themselves and make up their own minds as I will not discuss the details of an ongoing lawsuit, frivolous as it may be. TY, Chuck for the post of support. You raise some of the very questions I am sure my attorneys will ask. It also gives people an idea of what I and other 'public figures' in this community deal with on a regular basis. I commented on this in more detail recently on my live interview on Edge of Wonder. No worries, this is what attorneys are for. If I focused on all of the coordinated attacks, blacklisting and the variety of stalkers I deal with I would never get any work done. I now have a team of attorneys that manage these things so that they only enter my consciousness when necessary. They are looking over what is or should be acted on in Civil Court regarding the online attacks, slander, and blacklisting that have occurred over the last two years. Like I said on EOW, I typically have a handful of people at one time that has unhealthy infatuations with me. CG

Like Reply

EOW = Edge of Wonder
YouTube Channel

Write a comment



(217) Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits i... Page 1 of 5

EXHIBIT CC
DOXXING and Defamation

/* Most common used flex styles*/ /* Basic flexbox reverse styles */ /* Flexbox alignment */ /* Non-flexbox positioning helper styles */

#2018CV50 #RingOfFire #DarkAlliance

Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits incoming

2,348 views • Mar 2, 2020

184 31 SHARE SAVE ...

COREY GOODE
3.79K subscribers

SUBSCRIBE

To contribute evidence or testimony on the activities of current/former employees/executives/contractors of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church (Rita), Dark Journalist, Clif High, CW Chanter, Steve Cambrian, Ari Stone, Stina Bobina, Conscious Life Expo, Contact in the Desert, Richard Dolan, Linda M Howe, Project Avalon Forum aka Bill Ryan or others (Related to our case) please email me with 'ATTN Legal Team' at SphereBeingAlliance@gmail.com.
If you are under NDA contracts we are happy to subpoena you so you can speak on the record.

I will be posting all court documents publicly on SphereBeingAlliance.com and published below.
ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50 - https://spherebeingalliance.com/docum...

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben Zavodnick - Link coming soon

#RingOfFire #DarkAlliance #20andback #BlueChickenCult #GaiaTV #F2B #JChurchRadio #FaderNauts #RICO #Cyberstalking

Video unlisted link leaked. Making public now instead of the planned date. Nothing they can do about what is coming now anyway...

Category People & Blogs

SHOW LESS

I have never worked at or for Gaia TV & all people listed here are potential or actual witnesses in the case

This is more harassment as he's publicly releasing my private contact info to his cult following.

177 Comments SORT BY

Add a public comment...

Up next AUTOPLAY

Jesse Ventura | Talks at Google
Talks at G...
Recommended for you

CORONA HOAX AND 5G LED ...
ANTHONY STE...
Recommended for you
New

CORONA AND THE GREEN ...
ANTHONY STE...
3.4K views • 4 days ago
New

CORONA HOAX - PUBLIC ...
ANTHONY STE...
Recommended for you
New

Kerry Cassidy and Mark ...
C.W. Chanter
382 views • Streamed 1 hour
New

LIVE: Top stories & ...
FOX 10 Ph...
776 watching
LIVE NOW

Best Carol Burnett Show ...
FrownsUpside...
Recommended for you

CIA's secret brainwashing ...
The Fifth E...
Recommended for you

All the Pieces are moving int...
RichieFromBos...
36K views • 2 days ago
New

5G LED KILLS INSECTS - ...
ANTHONY STE...
Recommended for you
New

"The truth about mobile ...
The University ...
Recommended for you

https://www.youtube.com/watch?v=tx3jCEZHB9I 3/5/2020

EXHIBIT CL
2 pages

Screenshot
Feb 18, 2020
@ 8:31 AM

mobile.twitter.com/skehoer

Search Twitter

Log in | Sign up

**Corey Goode (Official)** · Feb 11
- Alyssa Montalbano's frivolous lawsuit against me was dismissed for failure to state a cognizable claim. Ordered her to pay my legal fees for improperly instigating & prolonging litigation. I am very grateful to our supporters who have kept us in your prayers! CG

**Victoria Gates** · Feb 11
Congratulations! First of many Vindications and Victories for you. It's time!

**Corey Goode (Official)** @CoreyGoode · Feb 11
I couldn't agree more. First of many Dark Alliance Legal Dominoes to fall. This case was active for nearly 2 years! The wheels of justice move too slowly but they move. Much more to come! Including public announcements of all of the sorted details from G/JW's cyber campaign.

**Sean Daniel Kehoe** · Feb 12
... and what about the image of the package you supposedly to the New Jersey Bar Association that they never received or had a complaint filed? Seems a bit one sided right? Seems just like how a narrative is controlled in a larp/cult @StevenCambian @c_chanter

**Corey Goode (Official)** @CoreyGoode · Feb 12
Interesting fact. NJ Bar Association NEVER informs Attorneys they are under investigation. Even if they call & ask. Call them & verify this protocol yourself. It takes up to 9 mo to investigate. They have asked for additional info from us. Benjamine I Zavodnick's day is coming.

**Corey Goode (Official)** · Feb 12
After the New Jersey Bar takes action against Benjamin I Zavodnick aka CW Chanter, & that sounds like it will be soon... I will post the ENTIRE NJ Bar Complaint online for everyone to see. It is a doozy let me tell you! Lots for the Bar to sift through. Down with the 🤡's!

**Sean Daniel Kehoe**

Replying to @CoreyGoode @VictoriaRGates and 3 others

Still no comments on your failed attempt against @clif_high ? Why aren't you telling your larpers about that?

Feb 12, 2020 · Twitter for iPhone

1 Like

**Corey Goode (Official)** @CoreyGoode · Feb 12
Replying to @skehoemusic @VictoriaRGates and 4 others
We haven't even begun to go after him yet. Not even a little. We certainly will. We are going after the whole lot of them. We will be releasing all data from investigations on these clowns this year. He is on the list of people to go after legally

**Sean Daniel Kehoe** · Feb 12
So far re @clif_high you are 0 for 1. Not a great start

**Gabriel D Vine**
I used to like Clif until I heard him speak about any technical matters. After exaggerated bragging about his supposed coding abilities, any comment on the specifics and he's outed as a charlatan

No technically competent person would ever make such errors.

**Steven Cambian**
I left our interview more convinced there is nothing to web bot then i was before our interview, and i didn't even get to ask too many questions from a more coding or technical perspective

**Gabriel D Vine**
Dude literally admits his dad was a spy (why is navy dad suddenly in air force uniform

← Corey Goode

**Corey Goode**
Feb 12 at 5:32 AM ·

Ari Stone's (AKA Alyssa Montalbano) frivolous lawsuit against me was dismissed for failure to state a cognizable claim as "dream visions are neither tangible or intangible property" and I did not defame her. The Court has ordered Ari Stone to pay my legal fees for improperly instigating and prolonging this litigation. I am very grateful to all of our friends and supporters who have kept me and my family in your thoughts through all of this. Keep an eye out for further actions against these Jay Weidner/Gaia TV/Dark Alliance proxies in the coming weeks. We will PROVE who is behind all of this. DISCLOSURE starts here! The SWAMP in Ufology will be exposed and drained in 2020.

DISTRICT COURT, MESA COUNTY, COLORADO
Court Address:
Mesa County Justice Center, 125 North Spruce Street, Grand Junction, CO 81501
Plaintiff(s): ALYSSA-CHRYSTIE MONTALBANO
v.
Defendant(s): JAMES COREY GOODE

DATE FILED: January 29, 2020

△ COURT USE ONLY △
Case Number: 2019CV50
Division: 10 Courtroom:

**Order: Renewed Motion to Dismiss for Failure to State a Complaint**

The motion/proposed order attached hereto: GRANTED.

This matter comes before the court on Defendant's Renewed Motion to Dismiss that was filed pursuant to C.R.C.P. 12(b)(5). After reviewing the motion and response, as well as relevant portions of the rest of the case file and other relevant legal authority, the court enters this order.

In ruling on a motion to dismiss for failure to state a claim, the court must accept all factual allegations of the complaint as true and view them in the light most favorable to the plaintiff. *Denver Post Corp. v. Ritter*, 255 P.3d 1083, 1088 (Colo. 2011). The court may only consider the facts alleged in the pleadings, documents attached as exhibits or incorporated by reference and matters proper for judicial notice. *Id.* If the court considers matters outside the pleadings, it must convert the motion to one for summary judgment and give all parties a chance to submit relevant evidence. C.R.C.P. 12(b).

Here, applying the standards articulated above, and for the reasons that were articulated by Defendant in his motion, I find that Plaintiff has failed to state a cognizable claim as dream visions are neither tangible nor intangible property and Plaintiff has failed to show that Defendant broadcasted any defamatory statement published or uttered in or as a part of a visual or sound radio broadcast.

In any tort action in which claims are dismissed before trial pursuant to C.R.C.P. 12(b), the defendant is entitled to an award of reasonable attorney fees. C.R.S. § 13-17-201. Similarly, Colorado law authorizes the recovery of attorney fees where a party or an attorney brings or defends an action that lacks substantial justification. C.R.S. § 13-17-102(4). According to the statute, an action lacks substantial justification if it is substantially frivolous. Id. A claim is substantially frivolous if the proponent can present no rational argument based on the evidence or law in support of that claim or defense. *W. United Realty, Inc. v. Isaacs*, 679 P.2d 1063, 1069 (Colo. 1984). An award of attorney fees is an important sanction against an attorney or party who improperly instigates or prolongs litigation. *In re Marriage of Aldrich*, 945 P.2d 1370, 1378 (Colo. 1997). The attorney fee statute is designed to prevent burdensome litigation that interferes with the effective administration of justice. C.R.S. § 13-17-101. However, the statute is not designed to discourage counsel from zealously representing a client, but rather to balance that duty against the important policy of discouraging unnecessary litigation. *W. United Realty, Inc.*, supra.

Here, the Court finds that Defendant is entitled to an award of attorney's fees given that his renewed motion to dismiss was granted. Furthermore, I find that Plaintiff's claim is substantially frivolous.

For these reasons, Defendant's motion is granted and the case is ordered dismissed. Defendant shall, however, have 14 days to file an affidavit in support of his request for attorney's fees, Plaintiff shall have 21 days to respond after the affidavit is filed, and Defendant shall then have 7 days to file a reply to Plaintiff's response.

Issue Date: 1/29/2020

BRIAN JAMES FLYNN
District Court Judge

Like Comment Share

J Briana Palasek and 1.7K others

Most Relevant

 Write a comment... 

Thread

Corey Goode (Official)
@CoreyGoode

Evidence Received. Attorney Benjamin I Zavodnick aka CW Chanter & #Cyberstalking cult. To provide evidence/ testimony on Jay Weidner & CW - SphereBeingAlliance@Gmail.com. #DarkAlliance #RingOfFire #F2b @c_chanter @jayweidner1 @YourMotherGaia @jayweidner @cliif_high @NJStateBar

6:04 PM · 26 Feb 20 · Twitter Web App

67 Retweets 264 Likes

Corey Goode (Official) @CoreyG... · 1d
Replying to @CoreyGoode @c_chanter and 5 others
The hacking, the harassment online, Tort interfearance & this email show clearly that actual 'CyberStalking' is occurring. This behavior is the legal definition of the act. We are directly targeting each of the bad actors. #RingOfFire #DarkAlliance #cyberstalking
7 15 109

Corey Goode (Official) @CoreyG... · 1d
With civil suits, Police/FBI Reports & Civil Suits...
4 8 74

Corey Goode (Official) @CoreyG... · 1d
Did I mention Civil Suits? lol.
6 8 76

David Mc @DavidM50 · 1d
Replying to @CoreyGoode @c_chanter and 5 others
Stay strong Brother! Battles will be won and lost but TRUTH will always win in the end

Tweet your reply

screenshot
Feb 28, 2020
@7:05pm

MR Goode publicly declares he is in fact targeting Ms. Montalbano

EXHIBIT CM
3 pages

Twitter

Screenshot Feb 25, 2020
@ 3:29pm

**Corey Goode (Official)** @CoreyGoode · 1h

ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE - youtube.com/watch?v=sLbMRM... @AriStone @jayweidner1 @c_chanter @YourMotherGaia #RingOfFire #DarkAlliance #cyberstalking

ALYSSA CHRYSTIE MONTALBANO aka Ari Stone vs. COREY GOODE

youtube.com

15 12 60

Published on Feb 25, 2020

Alleged cyber-stalker ALYSSA CHRYSTIE MONTALBANO aka @AriStone has worked with the #DarkAlliance Jay Weidner and other current/former Gaia TV executives/employees/contractors to cyber harass and Tort interference against Corey Goode. https://spherebeingalliance.com/docum... ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50

Motions against Judge Flynn.pdf

Evidence - Montalbano Tangible Dream vision Trade Secret 02-19-2020.pdf

Exhibits, part 1 02-19-2020.pdf

Exhibits, part 2 02-19-2020.pdf

https://youtu.be/sLbMRMcUKjY

Category People & Blogs

#2018CV50 #RingOfFire #DarkAlliance

Corey Goode - Litigation Agreement Signed - Jay Weidner - Gaia TV - Law Suits incoming

4,270 views · 2 months ago

209 49 Share Download Save

COREY GOODE
4.32K subscribers

SUBSCRIBE

Published on Mar 2, 2020

To contribute evidence or testimony on the activities of current/former employees/executives/contractors of Gaia TV, Jirka Rysavy, Jay Weidner, Jimmy Church (Rita), Dark Journalist, Clif High, CW Chanter, Steve Cambrian, Ari Stone, Stina Bobina, Conscious Life Expo, Contact in the Desert, Richard Dolan, Linda M Howe, Project Avalon Forum aka Bill Ryan or others (Related to our case) please email me with 'ATTN Legal Team' at SphereBeingAlliance@gmail.com.
If you are under NDA contracts we are happy to subpoena you so you can speak on the record.

— All potential witnesses for this case

I will be posting all court documents publicly on SphereBeingAlliance.com and published below.

ALYSSA CHRYSTIE MONTALBANO aka @AriStone vs. JAMES COREY GOODE - Mesa, Co District Court Case #2018CV50 - https://spherebeingalliance.com/docum...

GOODE VS Gaia Inc./Jay Weidner - Link coming soon

NJ Bar Association Complaint - CW Chanter aka Ben Zavodnick - Link coming soon

#RingOfFire #DarkAlliance #20andback #BlueChickenCult #GaiaTV #F2B #JChurchRadio #FaderNauts #RICO #Cyberstalking

Video unlisted link leaked. Making public now instead of the planned date. Nothing they can do about what is coming now anyway..

Category People & Blogs

Up next Autoplay 



Screenshot July 11, 2020

Cave Briefing - Alliance, State of Ufology, Lawsuits, GN & ECETI Updates - Corey Goode

32,129 views · 1 day ago

At 11:15 he asks people to Donate to his lawsuit funds claiming he's draining the 'swamp.'

3.3K 73 Share Download Save

SphereBeing Alliance
141K subscribers

SUBSCRIBE

Published on Jul 9, 2020

A quick update recorded 7/9/2020 at Eldorado Springs, Colorado. I give a quick update on my legal cases (Civil/Criminal), Graphic Novel, DOD Events beginning in 2021, Briefings from the Alliance and the upcoming trip to ECETI.

www.AcceleratingAscension.com
www.LightWarriorLegalFund.com (Law Suit Info)