| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>MESA COUNTY JUSTICE CENTER, 125 NORTH SPRUCE STREET, GRAND JUNCTION, CO, 81501 | DATE FILED: August 5, 2020 |
|---|---|
| **Plaintiff(s)** ALYSSA-CHRYSTIE MONTALBANO<br>v.<br>**Defendant(s)** JAMES COREY GOODE | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2018CV50<br>Division: 10    Courtroom: |
| **Order:Motion for Attorneys' Fees and Request for Hearing** ||

The motion/proposed order attached hereto: GRANTED.

Having considered Plaintiff's objection, I find a hearing to be unnecessary. Therefore, the motion is granted and a judgment against Plaintiff and in favor of Defendant enters in the amount of $116,600.

Issue Date: 8/5/2020

*[signature]*

BRIAN JAMES FLYNN
District Court Judge