*REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SET HEARING*
*EXHIBIT X - Copyrights (4 pages)*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-662-567**
Effective Date of Registration:
October 21, 2018

## Title

Title of Work: Dreams The Missing Text
What are they? Why do we have them? and How What we do in them Determines Waking 3D Life Experience

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: September 16, 2018
Nation of 1st Publication: United States
International Standard Number: ISBN 978-0996960830
Preregistration: PRE000010247

## Author

Author: Alyssa Montalbano
Pseudonym: Ari Stone
Author Created: text, photograph(s), artwork
Citizen of: United States

## Copyright Claimant

Copyright Claimant: Alyssa Montalbano
2536 Rimrock Ave, Suite 400-117, Grand Junction, CO, 81505, United States

## Rights and Permissions

Name: Alyssa Montalbano
Email: aristoneart@ymail.com
Telephone: (970)250-8365
Address: 2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505 United States

*EXHIBIT 25 (4 pages)*

## Certification

Name: Alyssa Chrystie Montalbano
Date: October 21, 2018

Copyright Office notes: Basis for Registration: Collective work

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tupl*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-662-562**

Effective Date of Registration:
October 21, 2018

---

## Title

**Title of Work:** DreamWalker Dream Diary Adventures of Enetka Tulina: & the Trizad of Peace

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 17, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0996960816

## Author

- **Author:** Ari Stone
  **Pseudonym:** Ari Stone
  **Author Created:** text, photograph(s), artwork
  **Citizen of:** United States
  **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Alyssa Montalbano
2536 Rimrock Ave, Suite 400-117, Grand Junction, CO, 81505, United States

## Rights and Permissions

**Name:** Alyssa Montalbano
**Email:** aristoneart@ymail.com
**Telephone:** (970)250-8365
**Address:** 2536 Rimrock Ave
Suite 400-117
Grand Junction, CO 81505 United States

## Certification

Page 1 of 2

Name:  Alyssa Chrystie Montalbano
Date:  October 21, 2018