## COD Docketing

**From:** COD Docketing
**Sent:** Friday, November 18, 2022 9:25 AM
**To:** 'Mesa.court@judicial.state.co.us'
**Subject:** 22-cv-02224-CNS Order for Remand
**Attachments:** 22-cv-02224 cert order to remand - Mesa.pdf

Hello everyone,

Attached please find a certified copy of an order remanding the above-mentioned case back to your court. Your case name is Alyssa Chrystie Montalbano v. James C. Goode.
Please let me know you have any questions.

Clerk's Office
U.S. District Court
District of Colorado